UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, and EVERGREEN INTERNATIONAL TRUST,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN D. RAINES, TIMOTHY HOWARD, LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL, and JOHN DOE,<br><br>　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:06CV00082 |

## ORDER GRANTING RELIEF FROM STIPULATED ORDER OF CONSOLIDATION

The Court having considered the plaintiffs' objection to consolidation of the above-captioned individual action with the class action captioned *In re Fannie Mae Securities Litigation*, Consolidated Civil Action No. 1:04-cv-01639 (the "Class Action"), and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.　The terms of the Stipulated Order of Consolidation which was entered in the Class Action on April 7, 2005, shall not apply to this action.

2.　This action shall proceed as a separate individual action, captioned *Evergreen Equity Trust,, et al v Federal National Mortgage Association, et al.*, Case No. 1:06-cv-00082,

with the plaintiffs to be represented by counsel of their choice, and not by the lead counsel in the Class Action.

       3.      Counsel for the plaintiffs in this action shall use their best efforts to coordinate discovery with the Class Action, and to avoid unnecessary duplication, inefficiency, and inconvenience to the Court, other parties, other counsel, and witnesses; provided, however, that nothing herein shall require the plaintiffs to act in a way they believe would be unduly prejudicial to their interests.

Dated: _____, 2006      _____
                                                          Judge Richard J. Leon
                                                          United States District Court Judge