UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, and EVERGREEN INTERNATIONAL TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN D. RAINES, TIMOTHY HOWARD, LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL, and JOHN DOE,<br><br>Defendants. | Case No. 1:06CV00082<br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF ANNE M. MULCAHEY AND FREDERICK V. MALEK** |

I, ~~Mark Sweet of~~ *Barbara Van Gelder* Wiley Rein & Fielding, LLP., on behalf of defendants Anne M. Mulcahey and Frederick V. Malek, hereby accept service of the Summonses and Complaint in the above-captioned action this 17th day of February, 2006, and acknowledge that I have been furnished with copies of the Summonses and Complaint.

_____
~~Mark Sweet~~
Barbara Van Gelder