UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, and EVERGREEN INTERNATIONAL TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN D. RAINES, TIMOTHY HOWARD, LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL, and JOHN DOE,<br><br>Defendants. | Case No. 1:06CV00082<br><br><br>ACCEPTANCE OF SERVICE ON BEHALF OF JAMIE S. GORELICK |

I, Julia E. Guttman of Baker Botts L.L.P., on behalf of defendant Jamie S. Gorelick, hereby accept service of the Summons and Complaint in the above-captioned action this 21st day of February, 2006, and acknowledge that I have been furnished with copies of the Summons and Complaint.

Julia E. Guttman