UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EVERGREEN EQUITY TRUST, *et al*    )
                                   )
            Plaintiffs,            )   Case No. 1:06CV00082
                                   )
    v.                             )
                                   )
FEDERAL NATIONAL MORTGAGE ASSOCIATION, )
*et al*                            )
                                   )
            Defendants.            )

**[PROPOSED] ORDER GRANTING
MOTION TO ADMIT MEGAN D. MCINTYRE *PRO HAC VICE***

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Megan D. McIntyre, is permitted to argue and try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: March _____, 2006

                                        _____
                                        The Honorable Richard J. Leon