UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |

**DEFENDANT FANNIE MAE'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY BRIEF REGARDING OBJECTIONS TO CONSOLIDATION**

Defendant Fannie Mae, through undersigned counsel, respectfully moves this Court for leave to file the attached Supplemental Reply Regarding Objections to Consolidations (the "Supplemental Reply") and shows as follows:

1. On February 27, 2006, Fannie Mae filed its Response to Evergreen and Franklin Templeton's Applications For Relief ("Fannie Mae's Response"), asking this Court to keep the Evergreen and Franklin Templeton actions consolidated with the above-captioned actions through final judgment.

2. On March 1, 2006, Lead Plaintiffs in the above-captioned action filed their Response to the Evergreen and Franklin Plaintiffs' Objections to Consolidation ("Lead Plaintiffs' Response"), opposing consolidation of the Evergreen and Franklin Templeton actions and proposing that this Court coordinate the actions instead.

3. On March 10, 2006, the Evergreen and Franklin Templeton Plaintiffs filed their Reply In Support of Objection to Consolidation (the "Evergreen and Franklin Templeton

Plaintiffs' Reply"), challenging Fannie Mae's Response on several grounds. The Evergreen and Franklin Templeton Plaintiffs also explicitly referenced the arguments made by Lead Plaintiffs in support of Lead Plaintiffs' proposed coordination.

4. Fannie Mae seeks leave to file the attached Supplemental Reply in order to address the coordination proposed by Lead Plaintiffs in the Lead Plaintiffs' Response and endorsed by the Evergreen and Franklin Templeton Plaintiffs in the Evergreen and Franklin Templeton Plaintiffs' Reply. The Supplemental Reply will aid the Court by providing the Court a fuller record of the arguments and by directing the Court to legal authorities relevant to the specific issues in contention.

## CONCLUSION

For the foregoing reasons, Defendant Fannie Mae respectfully requests that this Court grant leave for Fannie Mae to file the attached Supplemental Reply Regarding Objections to Consolidation.

Dated: March 16, 2006               Respectfully submitted,

**ON BEHALF OF DEFENDANT**

      /s/ Jeffrey W. Kilduff _____
John Beisner (D.C. Bar No. 320747)
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Kimberly A. Newman (D.C. Bar No. 420236)
Robert M. Stern (D.C. Bar No. 478742)
Natasha Colton (D.C. Bar No. 479647)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA  90071-2899
T:  213/430-6000
F:  213/430-6407
*Counsel for Defendant Fannie Mae*

## **CERTIFICATE OF SERVICE**

I certify that on March 16, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Zuckerman Spaeder LLP
1201 Connecticut Ave., NW
12th Floor
Washington, DC  20036-2638

*Counsel for Defendant J. Timothy Howard*

David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

Curtis V. Trinko
Jeffrey B. Silverstein
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY  10036
-and-
Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
429 Forbes Ave.
Pittsburgh, PA

*Counsel For Plaintiffs Anne E. Flynn and Robert L. Garber, as Custodian for Michael Saul Garber*

Mark A. Topaz
Richard A. Maniskas
Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004

*Counsel for Plaintiffs Vincent Vinci*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169
-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801

*Counsel for Plaintiff Evergreen Trust and Franklin Templeton Trusts*

2

3

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA  92101
-and-
Robert W. Liles
1054 31st Street, NW
Suite 415
Washington, DC  20007

*Counsel for Plaintiff Sassan Shahrokhinia*

        /s/ Michael J. Walsh, Jr.
        Michael J. Walsh, Jr.

3