## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Response to Fannie Mae's Supplemental Reply Regarding Plaintiffs' Objection to Consolidation was served by electronic service upon the parties listed below on this 21st day of March, 2006:

**CLASS PLAINTIFFS' COUNSEL**
Joshoua S. Devore
Steven J. Toll
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

**DEFENSE COUNSEL**

Robert M. Stern, Esquire
O'MELVENY & MYERS L.L.P.
1625 I Street, N.W.
Washington, D.C. 20006

James E. Anklam
Carolyn E. Morris
Jamie Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

Julia E. Guttman, Esquire
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Mark W. Ryan, Esquire
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

Eric R. Delinsky, Esquire
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW Suite 1000
Washington, DC 20036

Michelle D. Schwartz, Esquire
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005

Michelle D. Schwartz, Esquire
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005

David I. Ackerman
James Hamilton
SWIDLER BERLIN, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007

Earl J. Silbert
Erica Lynne Salmon
PIPER RUDNICK GRAY CARY US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037

Fred Fisher Fielding
Barbara Ann Van Gelder
WILEY REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC 20006

Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

_/s/ Stuart M. Grant_
Stuart M. Grant
(D.C. Bar # 450895)