UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

Evergreen Equity Trust, et al.    )
                                  )
          v.                      )   No. 1:06-cv-00082 (RLJ)
                                  )
Federal National Mortgage Association, et al.,  )
                                  )

---

**WAIVER OF SERVICE OF SUMMONS**

TO:   Megan D. McIntyre
      Grant & Eisenhofer P.A.
      Chase Manhattan Centre
      1201 N. Market Street
      Wilmington, DE 19801

I acknowledge receipt of your request that I accept service of process on behalf of my clients, Ann Korologos, Donald Marron, and Stephen Ashley, and that my clients waive service of a summons in the action of *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, which is case number 06-CV-0082 in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the clients on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

My clients will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against my clients if an answer or motion under Rule 12 is not served upon you on or before May 1, 2006, as previously agreed, *unless such date is further extended by the Court.*

April 11 2006
(DATE)

John J. Clarke, Jr., Esquire
DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Counsel for Ann Korologos, Donald Marron, and Stephen Ashley