UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, and EVERGREEN INTERNATIONAL TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN D. RAINES, TIMOTHY HOWARD, LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL, and JOHN DOE,<br><br>Defendants. | Case No. 1:06CV00062<br><br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF J. TIMOTHY HOWARD** |

I, Eric R. Delinksy of Zuckerman Spaeder, LLP, on behalf of defendant J. Timothy Howard, hereby accept service of the Summons and Complaint in the above-captioned action this 26 day of ~~February~~ April, 2006, and acknowledge that I have been furnished with copies of the Summons and Complaint.

_____
Eric R. Delinsky