UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action. No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, et al. )<br>)<br>v. )<br>)<br>Federal National Mortgage Association, et al., ) | No. 1:06-cv-00082 (RJL) |
| Franklin Managed Trust, et al. )<br>)<br>v. )<br>)<br>Federal National Mortgage Association, et al., ) | No. 1:06-cv-00139 (RJL) |

## PLAINTIFFS' MOTION TO LIFT THE PSLRA DISCOVERY STAY

Plaintiffs in *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00082 (RJL) ("Evergreen Action") and *Franklin Managed Trust v. Federal National Mortgage Assoc., et al.*, No. 1:06-cv-00139 (RJL) ("Franklin Action") (collectively "Plaintiffs") hereby move the Court for relief from the automatic stay provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), so as to permit Plaintiffs to participate in coordinated discovery along with the Lead Plaintiffs in the related consolidated class action captioned *In re Fannie Mae Securities Litigation*, Master Civil Action No. 1:04-

cv-01639 (the "Class Action") pending in this Court. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: April 27, 2006

_____
GRANT & EISENHOFER P.A.
Stuart M. Grant (DC BAR ID #450895)
Chase Manhattan Centre
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100