## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |

| | |
|---|---|
| **In re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 1:04-cv-01639** |
| | **Judge Richard J. Leon** |
| **Evergreen Equity Trust,** *et al.*, **v. Federal National Mortgage Association,** *et al.* | |
| **and** | **Case No. 1:06CV00082** |
| **Franklin Managed Trust,** *et al.*, **v. Federal National Mortgage Association,** *et al.* | **Case No. 1:06CV00139** |

### CONSENT MOTION TO THE EXTENSION OF TIME

Fannie Mae, on behalf of and with the consent of defendants Ashley, Duberstein, Gerrity, Gorelick, Harvey, Howard, Justiz, Korologos, Malek, Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, and Rahl, and with the consent and agreement of plaintiffs in *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.* and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, hereby respectfully requests a two-week extension of time for defendants to file motions to dismiss the Evergreen and Franklin Complaints. Due to competing obligations on defense counsel in both this action and other coordinated actions, we believe that good cause exists for modification of the existing schedule. The parties therefore request that the Court extend the deadline for defendants to file motions to dismiss to May 15, 2006, plaintiffs to file responses to defendants' motions to dismiss to June 30, 2006, and defendants to file replies to July 28, 2006.

2

Dated:  April 27, 2006

Respectfully submitted,

    /s/ Jeffrey W. Kilduff            _
John Beisner (D.C. Bar No. 320747)
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Natasha Colton (D.C. Bar No. 479647)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414
-and-
Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA  90071-2899
Los Angeles, CA  90071-2899
T:  213/430-6000
F:  213/430-6407

*Counsel to Defendants Fannie Mae,
Kenneth Duberstein, William R. Harvey,
Taylor C. Segue, and H. Patrick Swygert*

## CERTIFICATE OF SERVICE

I certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Zuckerman Spaeder LLP
1201 Connecticut Ave., NW
12th Floor
Washington, DC  20036-2638

*Counsel for Defendant J. Timothy Howard*

David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

James D. Wareham
Laura L. Flippin
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005

*Counsel for Defendant Daniel H. Mudd*

John J. Clarke, Jr.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY  10020-1104
-and-
Earl Silbert
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, NW
Washington, DC  20036

**Counsel for Defendants Stephen B. Ashley, Ann Korologos, and Donald B. Marron**

James Hamilton
Bingham McCutchen LLP
3000 K Street, N.W.
Suite 300
Washington, DC  20007

**Counsel for Defendant Joe K. Pickett**

Rhonda D. Orin
Daniel J. Healy
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC  20037

**Counsel for Defendant Leslie Rahl**

Robert Romano
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178-0060

**Counsel for Defendant Tom Gerrity**

Fred F. Fielding
Barbara Van Gelder
Mark B. Sweet
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006

**Counsel for Defendants Anne Mulcahy and Frederic V. Malek and counsel for Defendant Tom Gerrity in Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.**

2

Julia Guttman
Baker Botts LLP
The Warner 1299 Pennsylvania Ave., NW
Washington, DC 20004

*Counsel for Defendant Jamie Gorelick*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, Texas 78701

*Counsel for Defendant Manuel Justiz*

Andrew Tulumello
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Defendant KPMG*

Curtis V. Trinko
Jeffrey B. Silverstein
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY 10036
-and-
Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
429 Forbes Ave.
Pittsburgh, PA

*Counsel For Plaintiffs Anne E. Flynn and Robert L. Garber, as Custodian for Michael Saul Garber*

Mark A. Topaz
Richard A. Maniskas
Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004

*Counsel for Plaintiffs Vincent Vinci*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169
-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801

*Counsel for Plaintiff Evergreen Trust and Franklin Templeton Trusts*

4

5

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA  92101
-and-
Robert W. Liles
1054 31st Street, NW
Suite 415
Washington, DC  20007

***Counsel for Plaintiff Sassan Shahrokhinia***


                                                  /s/ Michael J. Walsh, Jr.
                                                Michael J. Walsh, Jr.