A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Evergreen Equity Trust, et al.

        Plaintiff(s)

vs.

Federal National Mortgage Association, et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06cv00082

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven M. Salky   as counsel in this
                                                 (Attorney's Name)

case for:   J. Timothy Howard
                     (Name of party or parties)

May 1, 2006
Date

360175
BAR IDENTIFICATION

_/s/ Steven M. Salky_
Signature

Steven M. Salky
Print Name

Zuckerman Spaeder LLP 1800 M Street, N.W.
Address

Washington, D.C.   20036
City      State      Zip Code

202-778-1828
Phone Number