A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Evergreen Equity Trust, et al.

        Plaintiff(s)

vs.

Federal National Mortgage Association, et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06cv00082

To the Clerk of this court and all parties of record:

Please enter the appearance of __Ellen D. Marcus__ as counsel in this
(Attorney's Name)

case for: __J. Timothy Howard__
(Name of party or parties)

May 1, 2006
Date

*[signature: Ellen D. Marcus]*
Signature

Ellen D. Marcus
Print Name

475045
BAR IDENTIFICATION

Zuckerman Spaeder, LLP 1800 M Street, N.W.
Address

Washington, D.C.   20036
City      State      Zip Code

202-778-1815
Phone Number