AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Evergreen Equity Trust, et al.
)
       Plaintiff(s)      )  **APPEARANCE**
)
)
       vs.        )  CASE NUMBER  1:06cv00082
Federal National Mortgage Association, et )
al.      )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Eric Delinsky  as counsel in this
                                        (Attorney's Name)

case for:  J. Timothy Howard
              (Name of party or parties)


May 1, 2006
Date

*[Signature]*
Signature

Eric Delinsky
Print Name

460958
BAR IDENTIFICATION

Zuckerman Spaeder LLP 1800 M Street, N.W.
Address

Washington, D.C.  20036
City       State       Zip Code

202-778-1831
Phone Number