AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Evergreen Equity Trust, et al.                )
                                              )
       Plaintiff(s)         )    **APPEARANCE**
                                              )
                                              )
       vs.                  )    CASE NUMBER    1:06cv00082
Federal National Mortgage Association, et     )
al.                                           )
       Defendant(s)         )


To the Clerk of this court and all parties of record:

Please enter the appearance of  Steven M. Salky  as counsel in this
       (Attorney's Name)

case for: J. Timothy Howard
       (Name of party or parties)


May 1, 2006
Date

_[signature]_
Signature

Steven M. Salky
Print Name

360175
BAR IDENTIFICATION

Zuckerman Spaeder LLP 1800 M Street, N.W.
Address

Washington, D.C.   20036
City          State          Zip Code

202-778-1828
Phone Number