UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Judge Richard J. Leon |
| and | Case No. 1:06CV00082 |
| Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 |

## ACCEPTANCE OF SERVICE ON BEHALF OF DANIEL H. MUDD

I, Carolyn E. Morris of Paul, Hastings, Janofsky & Walker LLP, on behalf of defendant Daniel H. Mudd, hereby accept service of the Summons and Complaint in the above-captioned action this 27th day of April, 2006 and acknowledge that I have been furnished with copies of the Summons and Complaint.

Carolyn E. Morris