UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, and EVERGREEN INTERNATIONAL TRUST,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN D. RAINES, TIMOTHY HOWARD, LEANNE G. SPENCER, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERICK V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, MOLLY H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL, and JOHN DOE,<br><br>　　　　　　Defendants. | Case No. 1:06CV00062<br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF LEANNE G. SPENCER** |

I, Mark W. Ryan of Mayer, Brown, Rowe & Maw LLP, on behalf of defendant Leanne G. Spencer, hereby accept service of the Summons and Complaint in the above-captioned action this 26th day of April, 2006, and acknowledge that I have been furnished with copies of the Summons and Complaint.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Mark W. Ryan