**CERTIFICATE OF SERVICE**

I certify that on May 12, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                  /s/ Stuart M. Grant
                                                  Stuart M. Grant