AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Evergreen Equity Trust, et al.,

        Plaintiff(s)

vs.

Federal National Mortgage Association, et al.,

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06-CV-00082 (RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michelle D. Schwartz__ as counsel in this
                (Attorney's Name)

case for: __Franklin D. Raines__
        (Name of party or parties)

May 15, 2005
Date

*/s/ Michelle D. Schwartz*
Signature

D.C. Bar No. 491662
BAR IDENTIFICATION

Michelle D. Schwartz
Print Name

725 12th Street, NW
Address

Washington, DC   20005
City    State    Zip Code

202-434-5000
Phone Number