## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00082 (RJL) |
| and | |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

## DEFENDANT DANIEL H. MUDD'S SUPPLEMENTAL MOTION TO DISMISS THE EVERGREEN AND FRANKLIN COMPLAINTS

For the reasons stated in the Director Defendants' Motion to Dismiss the Evergreen and Franklin Complaints, Fannie Mae's Motion to Dismiss, Ms. Gorelick's Motion to Dismiss, and the accompanying Memoranda of Law, Daniel H. Mudd hereby respectfully moves this Court for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Evergreen and Franklin Complaints and granting such other and further relief as the Court deems just and proper.

- 2 -

Respectfully submitted,


By:_____/s/_____
James D. Wareham (D.C. Bar No. 411799)
James E. Anklam (D.C. Bar No. 414122)
Carolyn E. Morris (D.C. Bar No. 463865)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
202-551-1700 (tel.)
202-551-1705 (fax)

*Counsel for Defendant Daniel H. Mudd*

Dated: May 15, 2006