# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.* and | |
| | Case No. 1:06CV00082 (RJL) |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

## PROPOSED ORDER

Upon consideration of Daniel H. Mudd's Supplemental Motion to Dismiss the Evergreen and Franklin Complaints, Fannie Mae's Motion to Dismiss, the Directors' Motion to Dismiss, Ms. Gorelick's Motion to Dismiss, the supporting papers, and the record herein.

**IT IS HEREBY ORDERED** that Mr. Mudd's Supplemental Motion to Dismiss the Evergreen and Franklin Complaints is **GRANTED**.

Dated: _____

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

LEGAL_US_E # 70897539.1