## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative and ERISA Litigation** | MDL NO. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No.: 1:04-CV-01639<br><br>Judge Richard J. Leon |
| **Evergreen Equity Trust, et al.**<br>　　v.<br>**Federal National Mortgage Association, et al.** | Case No. 1:06-CV-00082 (RJL) |
| **Franklin Managed Trust, et al.**<br>　　v.<br>**Federal National Mortgage Association, et al.** | Case No. 1:06-CV-00139 (RJL) |

### DEFENDANT LEANNE SPENCER'S MOTION TO DISMISS
### THE EVERGREEN AND FRANKLIN COMPLAINTS

Defendant Leanne G. Spencer ("Spencer") respectfully moves this Court pursuant to Rule 12(b)(6) to dismiss the following claims against her: Counts III (claims under Section 18 of the Exchange Act), Counts VI (claims under Section 15 of the Securities Act), Counts VII (claims under Section 20A of the Exchange Act), Counts VIII (claims for common law fraud), Counts IX (claims for negligent misrepresentation) in the Evergreen and Franklin Complaints, as well as Count XI of the Evergreen Complaint (claims under Massachusetts General Law chapter 93A) and Count XI of the Franklin Complaint (claims under California Corporation Code Section 25500). As is set forth in more detail in the accompanying Memorandum of Law, the Complaint

fails to plead essential elements of claims, and many of the claims are barred by the relevant statute of limitations.

WHEREFORE, Spencer respectfully requests that the Court dismiss the claims against her.

Dated:  May 15, 2006                                  Respectfully submitted,

                                     By:     /s/ David S. Krakoff
                                          David S. Krakoff (D.C. Bar No. 229641)
                                          Mark W. Ryan (D.C. Bar No. 359098)
                                          Christopher F. Regan (D.C. Bar No. 433972)
                                          Eldad Z. Malamuth (D.C. Bar No. 479457)
                                          MAYER, BROWN, ROWE & MAW LLP
                                          1909 K Street, N.W.
                                          Washington, D.C.  20006
                                          Tel. (202) 263-3000
                                          Fax (202) 263-3300

                                          *Counsel for Defendant*
                                          *Leanne G. Spencer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative and ERISA Litigation** | **MDL NO. 1668** |
| **In re Fannie Mae Securities Litigation** | **Consolidated Civil Action No.: 1:04-CV-01639**<br><br>**Judge Richard J. Leon** |
| **Evergreen Equity Trust, et al.**<br>       v.<br>**Federal National Mortgage Association, et al.** | **Case No. 1:06-CV-00082 (RJL)** |
| **Franklin Managed Trust, et al.**<br>       v.<br>**Federal National Mortgage Association, et al.** | **Case No. 1:06-CV-00139 (RJL)** |

**[PROPOSED] ORDER**

Before this Court is Defendant Leanne Spencer's Motion to Dismiss the Evergreen and Franklin Complaints pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Having considered the papers submitted by Spencer, plaintiffs' opposition thereto, and counsels' oral arguments before this Court, and for good cause shown, IT IS HEREBY ORDERED that Defendant Leanne Spencer's Motion to Dismiss is GRANTED and that the claims in Counts III, VI, VII, VIII, IX, and XI against her are dismissed.

_____
Judge Richard J. Leon

Dated: _____, 2005

Copies to:

David S. Krakoff
Mark W. Ryan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

Kevin M. Downey
Joseph M. Terry
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Zuckerman Spaeder LLP
1201 Connecticut Ave., NW
12th Floor
Washington, DC  20036-2638

*Counsel for Defendant J. Timothy Howard*

John Beisner
Jeffrey W. Kilduff
Robert M. Stern
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006

*Counsel for Defendant Fannie Mae, Kenneth Duberstein, William R. Harvey, Taylor C. Segue III and H. Patrick Swygert*

James D. Wareham
Laura L. Flippin
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005

*Counsel for Defendant Daniel H. Mudd*

2

James Hamilton
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC 20006

*Counsel for Defendant Joe K. Pickett*

Earl J. Silbert (D.C. Bar No. 053132)
Erica Salmon Byrne (D.C. Bar No. 480477)
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, NW
Washington, DC 20036
-and-
John J. Clarke, Jr.
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

*Counsel for Defendants Stephen B. Ashley, Ann Korologos, and Donald B. Marron*

Julia E. Guttman (D.C. Bar No. 412912)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*Counsel for Defendant Jamie S. Gorelick*

Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178-0060

*Counsel for Defendant Tom Gerrity in the Franklin Action*

3

Fred F. Fielding (D.C. Bar No. 099296)
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006

*Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Tom Gerrity in the Evergreen Action*

Shannon H. Ratliff
Texas Bar No. 16573000
Michael L. Navarre
Texas Bar No. 00792711
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701

*Counsel for Defendant Manuel J. Justiz*

Rhonda D. Orin (D.C. Bar No. 439216)
Daniel J. Healy (D.C. Bar No. 476233)
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC 20037
-and-
John H. Doyle, III
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Defendant Leslie Rahl*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169

4

-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801

*Counsel for Plaintiffs Evergreen and Franklin*

**CERTIFICATE OF SERVICE**

      I certify that on May 15, 2006, I caused the foregoing Defendant Leanne Spencer's Motion to Dismiss the Evergreen and Franklin Complaints and [Proposed] Order to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                      /s/ Eldad Z. Malamuth
                                      Eldad Z. Malamuth