UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.* and | Case No. 1:06CV00082 (RJL) |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

**DECLARATION OF ROBERT M. STERN IN SUPPORT OF
FANNIE MAE AND THE DIRECTOR DEFENDANTS' JOINT REQUEST FOR
JUDICIAL NOTICE AND APPENDIX OF AUTHORITIES**

I, ROBERT M. STERN, declare:

I am a Counsel with the law firm of O'Melveny & Myers, LLP, and counsel of record for defendant Fannie Mae as well as director defendants Kenneth Duberstein, William R. Harvey, Taylor C. Segue III, H. Patrick Swygert, and Manuel J. Justiz in the above-captioned action. If called as a witness, I could and would testify competently to the following facts:

1. Attached hereto as Exhibit 1 is a true and correct copy of Fannie Mae's filing on Form 8-K, dated September 29, 2004;

2. Attached hereto as Exhibit 2 is a true and correct copy of Fannie Mae's filing on Form 8-K, filed December 22, 2004;

3. Attached hereto as Exhibit 3 is a true and correct copy of Fannie Mae's filing on Form 10-12G, filed March 31, 2003;

4. Attached hereto as Exhibit 4 is a true and correct copy of the SEC's No Action, Interpretive and/or Exemptive Letter: Federal National Mortgage Association, dated July 12, 2002;

5. Attached hereto as Exhibit 5 is a true and correct copy of the Statement of Warren B. Rudman Before the Committee on Financial Services, dated March 14, 2006.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Office of Federal Housing Enterprise Oversight ("OFHEO") Report of Findings to Date, Special Examination of Fannie Mae, dated September 17, 2004;

7. Attached hereto as Exhibit 7 is a true and correct copy of Fannie Mae's Filing on Form NT 10-Q for the period September 30, 2004, filed November 15, 2004; and

8. Attached hereto as Exhibit 8 is a true and correct copy of the following Washington Post article: David S. Hilzenrath, *Fannie's Issues: Simple or Not?; 2 Agencies Differ*, Oct. 23, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration is executed on May 15, 2006.

_____
Robert M. Stern

## CERTIFICATE OF SERVICE

I certify that on May 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Kevin M. Downey
Joseph M. Terry
Michelle D. Schwartz
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Ellen Marcus
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036-5802

*Counsel for Defendant J. Timothy Howard*

David S. Krakoff
Mark W. Ryan
Christopher F. Regan
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

Andrew Tulumello
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

*Counsel for Defendant KPMG*

Curtis V. Trinko
Jeffrey B. Silverstein
Law Office of Curtis V. Trinko, LLP
16 West 46th Street, 7th Floor
New York, NY  10036
-and-
Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
429 Forbes Ave.
Pittsburgh, PA

*Counsel For Plaintiffs Anne E. Flynn and Robert L. Garber, as Custodian for Michael Saul Garber*

Mark A. Topaz
Richard A. Maniskas
Richard S. Schiffrin
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004

*Counsel for Plaintiffs Vincent Vinci*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169
-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801

*Counsel for Plaintiff Evergreen Trust and Franklin Templeton Trusts*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA  92101
-and-
Robert W. Liles
1054 31st Street, NW
Suite 415
Washington, DC  20007

*Counsel for Plaintiff Sassan Shahrokhinia*

                                                /s/ Michael J. Walsh, Jr.
                                                  Michael J. Walsh, Jr.