UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, et al. ) <br> ) <br> v. ) <br> ) <br> Federal National Mortgage Association, et al., ) | No. 1:06-cv-00082 (RJL)<br><br>**AFFIDAVIT OF STUART M. GRANT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF DELAWARE    )
                                        )  SS.
COUNTY OF NEW CASTLE )

Stuart M. Grant, being duly sworn, hereby deposes and says as follows:

1. I am an attorney admitted to practice in the District of Columbia and the United States District Court for the District of Columbia. I am a director with the law firm of Grant & Eisenhofer P.A., counsel for Evergreen Equity Trust, Evergreen Select Equity Trust, Evergreen Variable Annuity Trust, and Evergreen International Trust (collectively, "plaintiffs").

2. I make this Affidavit in support of the motion for admission *pro hac vice* of Christine M. Mackintosh to appear as counsel for plaintiffs in this action.

3. Ms. Mackintosh is an associate with the firm of Grant & Eisenhofer P.A. As evidenced by the Certificate of Good Standing annexed to her Affidavit (attached hereto as Exhibit 1), Ms. Mackintosh is a member in good standing of the Commonwealth of Pennsylvania.

4. I know Ms. Mackintosh to be of the finest moral character.

5.   It is respectfully requested that the Court grant the motion for an Order permitting Christine M. Mackintosh to appear in this action as counsel for plaintiffs *pro hac vice*. A proposed form of Order is annexed hereto as Exhibit 2.

/s/ Stuart M. Grant
Stuart M. Grant (D.C. Bar # 450895)

Sworn to and subscribed before me
this 16 day of ~~April~~ may 2006.

/s/ Carol E. Woodring
Notary Public

CAROL E. WOODRING
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2007