UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, et al. )<br>)<br>v. )<br>)<br>Federal National Mortgage Association, et al., ) | No. 1:06-cv-00082 (RJL)<br><br>**AFFIDAVIT OF CHRISTINE M. MACKINTOSH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

STATE OF DELAWARE     )
                                          )  SS.
COUNTY OF NEW CASTLE  )

Christine M. Mackintosh, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Grant & Eisenhofer P.A.

2. Grant & Eisenhofer P.A. is located at 1201 North Market Street, Wilmington, Delaware, 19801 and the main number is (302) 622-7000.

3. I submit this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

4. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania. I am also admitted to practice and in good standing before the United States District Court for the Eastern District of Pennsylvania.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. There are no pending disciplinary proceedings against me in any state or federal court.

WHEREFORE, your affiant respectfully submits that she be permitted to appear as counsel *pro hac vice* in this case.

_____
Christine M. Mackintosh

Sworn to and subscribed before me
This 16th day of May, 2006.

_____
Notary Public

CAROL E. WOODRING
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 23, 2007



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Christine Marie MacKintosh, Esq.*

#### DATE OF ADMISSION

*February 7, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 15, 2006

_____
Patricia A. Johnson
Chief Clerk