# CERTIFICATE OF SERVICE

I hereby certify that the Notice of Motion and Motion To Admit Counsel, *Pro Hac Vice*, Affidavits of Stuart M. Grant and Christine M. Mackintosh in Support of Motion to Admit Counsel *Pro Hac Vice* and Proposed Order were served by electronic service upon the parties listed below on this 16th day of May 2006:

## CLASS PLAINTIFFS' COUNSEL

Joshoua S. Devore
Steven J. Toll
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005

Jeffrey C. Block
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02169

Stanley M. Chesley
James R. Cummins
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

## DEFENSE COUNSEL

Robert M. Stern, Esquire
O'MELVENY & MYERS L.L.P.
1625 I Street, N.W.
Washington, D.C. 20006

*Counsel for Fannie Mae, Thomas Gerrity, Taylor Segue, William Harvey, Joe Pickett, Victor Ashe, Kenneth Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Julia E. Guttman
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

*Counsel for Jamie Gorelick*

James E. Anklam
James Wareham
Carolyn E. Morris
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005

*Counsel for Daniel Mudd*

Mark W. Ryan
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC 20006

*Counsel for Leanne Spencer*

Eric R. Delinsky
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW Suite 1000
Washington, DC 20036

*Counsel for Timothy Howard*

Fred Fisher Fielding
Barbara Ann Van Gelder
WILEY REIN & FIELDING, LLP
1776 K Street, NW
Washington, DC 20006

*Counsel for Anne Mulcahy and Frederic Malek*

Daniel John Healy
John H. Doyle, III
Rhonda D. Orin
ANDERSON KILL & OLICK, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037

*Counsel for Leslie Rahl*

Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

*Counsel for KPMG LLP*

Michelle D. Schwartz
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005

*Counsel for Franklin Raines*

Earl J. Silbert
Erica Lynne Salmon
DLA PIPER RUDNICK GRAY CARY US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036

*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

David I. Ackerman
James Hamilton
SWIDLER BERLIN, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007

*Counsel for Joe Pickett*

_____
Stuart M. Grant
(D.C. Bar # 450895)