UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE AND ERISA LITIGATION | MDL No. 1668 |
| EVERGREEN EQUITY TRUST, et al.,<br><br>Plaintiffs,<br><br>- against –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>Defendants. | Case No. 1:06-CV-00082 (RJL) |
| FRANKLIN MANAGED TRUST, et al.,<br><br>Plaintiffs,<br><br>- against –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>Defendants. | Case No. 1:06-CV-00139 (RJL) |

NOTICE OF RESOLUTION OF MOTION TO LIFT AUTOMATIC STAY OF DISCOVERY SOLELY AS TO CERTAIN DIRECTOR DEFENDANTS

PLEASE TAKE NOTICE that a stipulated agreement has been reached resolving the points of dispute between plaintiffs in the Evergreen and Franklin actions and the fifteen newly named director defendants in those actions, Stephen B. Ashley, Kenneth M. Duberstein, Thomas P. Gerrity, Jamie S. Gorelick, William R. Harvey, Manuel J. Justiz, Ann McLaughlin Korologos, Frederick V. Malek, Donald B. Marron,

Daniel H. Mudd, Anne M. Mulcahy, Joe Pickett, Leslie Rahl, Taylor C. Segue III and H. Patrick Swygert (the "Director Defendants"), with respect to the motion of the Evergreen and Franklin plaintiffs for relief from the automatic stay of discovery under the federal securities laws.

As a result of this consensual resolution, the Evergreen and Franklin plaintiffs hereby withdraw their motion for relief from the automatic stay of discovery solely with respect to discovery directed to the Director Defendants and three non-party directors (Bridget A. Macaskill, Greg C. Smith and John K. Wulff) and the Director Defendants hereby withdraw their opposition to all other aspects of that motion.

A copy of the parties' stipulation is attached as Exhibit A to this notice.

Dated: Washington, D.C.
May 22, 2006

| | |
|---|---|
| /s/ Stuart M. Grant | /s/ Earl J. Silbert |
| Stuart M. Grant (D.C. Bar No. 450895) | Earl J. Silbert (D.C. Bar No. 053132) |
| Grant & Eisenhofer P.A. | Erica Salmon Byrne (D.C. Bar No. 480477) |
| Chase Manhattan Centre | DLA Piper Rudnick Gray Cary US LLP |
| 1201 N. Market Street, Suite 2100 | 1200 19th Street, NW |
| Wilmington, DE 19801 | Washington, DC 20036 |
| T: 302/622-7000 | T: 202/861-3900 |
| F: 302/622-7100 | F: 202/223-2085 |
| | -and- |
| Counsel for Plaintiffs in Evergreen and Franklin Actions | John J. Clarke, Jr. |
| | DLA Piper Rudnick Gray Cary US LLP |
| | 1251 Avenue of the Americas |
| | New York, NY 10020-1104 |
| | T: 212/835-6000 |
| | F: 212/884-8520 |
| | |
| | Counsel for Defendants Stephen B. Ashley, Ann Korologos, and Donald B. Marron |

| | |
|---|---|
| /s/ Jeffrey W. Kilduff | /s/ Christian J. Mixter |

John Beisner (D.C. Bar No. 320747)
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Kimberly A. Newman (D.C. Bar. No. 430326)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414

Seth Aronson
O'Melveny & Myers LLP
400 South Hope Street, 15th Floor
Los Angeles, CA  90071-2899
T:  213/430-6000
F:  213/430-6407

Counsel for Defendants Kenneth Duberstein, William R. Harvey, Taylor C. Segue III and H. Patrick Swygert

Christian J. Mixter (D.C. Bar No. 352238)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC  20004
T:  202/739-3000
F:  202/739-3001
-and-
Robert Romano
Rachelle Barstow
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178-0060
T:  212/309-6000
F:  212/309-6001

Counsel for Defendant Tom Gerrity in the Franklin Action

3

| | |
|---|---|
| /s/ Michael L. Navarre<br>Shannon H. Ratliff<br>Texas Bar No. 16573000<br>Michael L. Navarre<br>Texas Bar No. 00792711<br>Ratliff Law Firm, P.L.L.C.<br>600 Congress Avenue, Suite 3100<br>Austin, Texas  78701<br>T:  512/493-9600<br>F:  512/493-9625<br><br>Counsel for Defendant Manuel J. Justiz | /s/ Julia E. Guttman<br>Julia E. Guttman (D.C. Bar No. 412912)<br>Baker Botts LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>T:  202/639-7700<br>F:  202/639-7890<br><br>Counsel for Defendant Jamie S. Gorelick |
| /s/ James D. Wareham<br>James D. Wareham (D.C. Bar No. 411799)<br>James Anklam (D.C. Bar No. 414122)<br>Carolyn W. Morris (D.C. Bar No. 463865)<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, NW<br>Washington, DC 20005<br>T:  202/551-1700<br>F:  202/551-1705<br><br>Counsel for Defendant Daniel H. Mudd | /s/ Fred F. Fielding<br>Fred F. Fielding (D.C. Bar No. 099296)<br>Barbara Van Gelder (D.C. Bar No. 265603)<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C.  20006<br>T:  202/719-7000<br>F:  202/719-7207<br><br>Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Tom Gerrity in the Evergreen Action |
| /s/ Rhonda D. Orin<br>Rhonda D. Orin (D.C. Bar No. 439216)<br>Daniel J. Healy (D.C. Bar No. 476233)<br>Anderson Kill & Olick, P.C.<br>2100 M Street, NW<br>Suite 650<br>Washington, DC  20037<br>T:  202/218-0049<br>F:  202/218-0055<br>-and-<br>John H. Doyle, III<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY  10020<br>T:  212/278-1000<br>F:  212/272-1733<br><br>Counsel for Defendant Leslie Rahl | /s/ James Hamilton<br>James Hamilton (D.C. Bar No. 108928)<br>David I. Ackerman (D.C. Bar No. 482075)<br>Bingham McCutcheon LLP<br>2020 K Street, NW<br>Washington, DC  20006<br>T:  202/373-6000<br>F:  202/373-6001<br><br>Counsel for Defendant Joe K. Pickett |

CERTIFICATE OF SERVICE

I certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

Stuart M. Grant
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801

*Counsel for Plaintiffs in Evergreen  and Franklin*

Stanley M. Chesley
James R. Cummins
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202
-and-
Jeffrey C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02169
-and
Steven J. Toll
Daniel S. Sommers
Cohen, Millstein, Hausfeld, & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

*Counsel for Plaintiff Ohio Public Employees Retirement System*

Andrew S. Tulumello
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20037

*Counsel for Defendant KPMG LLP*

Jeffrey W. Kilduff
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006

*Counsel for Defendants Fannie Mae, Kenneth Duberstein, William R. Harvey, Taylor C. Segue III and H. Patrick Swygert*

Kevin M. Downey, Esq.
Joseph M. Terry, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5091

*Counsel for Defendant Franklin D. Raines*

Steven M. Salky
Eric Delinsky
Zuckerman Spaeder LLP
1201 Connecticut Ave., NW
12th Floor
Washington, DC  20036-2638

*Counsel for Defendant J. Timothy Howard*

David S. Krakoff, Esq.
Mark W. Ryan, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101

*Counsel for Defendant Leanne G. Spencer*

James D. Wareham
Laura L. Flippin
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, NW
Washington, DC 20005

*Counsel for Defendant Daniel H. Mudd*

James Hamilton
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, DC  20006

*Counsel for Defendant Joe K. Pickett*

2

Rhonda D. Orin
Daniel J. Healy
Anderson Kill & Olick, P.C.
2100 M Street, NW
Suite 650
Washington, DC  20037

*Counsel for Defendant Leslie Rahl*

Robert Romano
Bonnie Altro
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178-0060

*Counsel for Defendant Tom Gerrity*

Fred F. Fielding
Barbara Van Gelder
Mark B. Sweet
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006

*Counsel for Defendants Anne Mulcahy and Frederic V. Malek and counsel for Defendant Tom Gerrity in Evergreen Action*

Julia Guttman
Baker Botts LLP
The Warner 1299 Pennsylvania Ave., NW
Washington, DC 20004

*Counsel for Defendant Jamie Gorelick*

Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, Texas 78701

*Counsel for Defendant Manuel Justiz*

         /s/ Erica Salmon Byrne
           Erica Salmon Byrne (DC Bar No. 480477)

3