

Schedule A
Contemporaneous Trading Chart

| | Defendant Sales | | | | Contemporaneous Plaintiff Purchases | | | |
|---|---|---|---|---|---|---|---|---|
| Defendant | Transaction Date | Shares | Unit Price | Proceeds | Plaintiff | Transaction Date | Shares | Unit Price |
| Howard | 1/15/2003 | 470 | $69.29 | $32,564 | | | | |
| | 1/16/2003 | | | | Evergreen Equity Trust | 1/16/2003 | 6,503 | $69.09 |
| | 1/16/2003 | | | | Evergreen Variable Annuity Trust | 1/16/2003 | 510 | $69.09 |
| | 1/16/2003 | | | | Evergreen Variable Annuity Trust | 1/16/2003 | 1,300 | $69.26 |
| | 1/16/2003 | | | | Evergreen Select Equity Trust | 1/16/2003 | 22,494 | $69.54 |
| | 1/16/2003 | | | | Evergreen Select Equity Trust | 1/16/2003 | 9,126 | $68.91 |
| | 1/16/2003 | | | | Evergreen Equity Trust | 1/16/2003 | 68 | $68.94 |
| | 1/16/2003 | | | | Evergreen Equity Trust | 1/16/2003 | 14,455 | $69.09 |
| | 1/16/2003 | | | | Evergreen Variable Annuity Trust | 1/16/2003 | 1,160 | $69.09 |
| | 1/16/2003 | | | | Evergreen Variable Annuity Trust | 1/16/2003 | 1,300 | $69.21 |
| | 1/16/2003 | | | | Evergreen Equity Trust | 1/16/2003 | 1,426 | $69.59 |
| | 1/16/2003 | | | | Evergreen Equity Trust | 1/16/2003 | 1,426 | $69.54 |
| | 1/16/2003 | | | | Evergreen Equity Trust | 1/16/2003 | 1,426 | $69.59 |
| | 1/17/2003 | | | | Evergreen Variable Annuity Trust | 1/17/2003 | 100 | $69.10 |
| | 1/17/2003 | | | | Evergreen Variable Annuity Trust | 1/17/2003 | 100 | $69.15 |
| Howard | 1/21/2003 | 5,019 | $69.43 | $348,469 | | | | |
| Spencer | 1/21/2003 | 1,044 | $69.43 | $72,485 | | | | |
| Raines | 1/21/2003 | 20,908 | $69.43 | $1,451,642 | | | | |
| | 1/21/2003 | | | | Evergreen Select Equity Trust | 1/21/2003 | 6,500 | $69.30 |
| | 1/24/2003 | | | | Evergreen Select Equity Trust | 1/24/2003 | 2,725 | $65.96 |
| | 11/5/2003 | | | | Evergreen Select Equity Trust | 11/5/2003 | 1,010 | $70.63 |
| | 11/5/2003 | | | | Evergreen Equity Trust | 11/5/2003 | 500 | $70.91 |
| Howard | 11/13/2003 | 300 | $69.57 | $20,871 | | | | |
| Howard | 11/13/2003 | 4,400 | $69.55 | $306,020 | | | | |
| Howard | 11/13/2003 | 200 | $69.54 | $13,908 | | | | |
| Howard | 11/13/2003 | 500 | $69.46 | $34,730 | | | | |
| Howard | 11/13/2003 | 7,700 | $69.45 | $534,765 | | | | |
| Howard | 11/13/2003 | 1,000 | $69.43 | $69,430 | | | | |
| Howard | 11/13/2003 | 500 | $69.42 | $34,710 | | | | |
| Howard | 11/13/2003 | 2,400 | $69.41 | $166,584 | | | | |
| Howard | 11/13/2003 | 4,900 | $69.40 | $340,060 | | | | |
| Howard | 11/13/2003 | 700 | $69.39 | $48,573 | | | | |
| Howard | 11/13/2003 | 400 | $69.38 | $27,752 | | | | |
| Howard | 11/13/2003 | 3,200 | $69.37 | $221,984 | | | | |
| Howard | 1/5/2004 | 6,829 | $74.50 | $508,726 | | | | |
| Raines | 1/5/2004 | 29,664 | $74.50 | $2,209,820 | | | | |
| Spencer | 1/5/2004 | 1,452 | $74.50 | $108,167 | | | | |
| | 1/9/2004 | | | | Evergreen Equity Trust | 1/9/2004 | 3,800 | $72.95 |
| Howard | 1/23/2004 | 7,825 | $78.32 | $612,815 | | | | |
| Raines | 1/23/2004 | 24,874 | $78.32 | $1,948,007 | | | | |
| Spencer | 1/23/2004 | 1,230 | $78.32 | $96,327 | | | | |
| Spencer | 1/27/2004 | 3,000 | $79.00 | $237,000 | | | | |
| | 2/6/2004 | | | | Evergreen Equity Trust | 2/6/2004 | 1,000 | $77.86 |
| | 2/13/2004 | | | | Evergreen Equity Trust | 2/13/2004 | 100 | $79.08 |
| | 2/13/2004 | | | | Evergreen Equity Trust | 2/13/2004 | 300 | $79.07 |
| Spencer | 2/19/2004 | 6,200 | $79.66 | $493,892 | | | | |
| Spencer | 2/19/2004 | 600 | $79.73 | $47,838 | | | | |
| | 3/29/2004 | | | | Evergreen Equity Trust | 3/29/2004 | 100 | $74.73 |
| Howard | 3/31/2004 | 100 | $74.64 | $7,464 | | | | |
| Howard | 3/31/2004 | 100 | $74.60 | $7,460 | | | | |
| Howard | 3/31/2004 | 100 | $74.66 | $7,466 | | | | |
| Howard | 3/31/2004 | 100 | $74.70 | $7,470 | | | | |
| Howard | 3/31/2004 | 100 | $74.77 | $7,477 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Howard | 3/31/2004 | 200 | $74.48 | $14,896 | | | | |
| Howard | 3/31/2004 | 200 | $74.49 | $14,898 | | | | |
| Howard | 3/31/2004 | 300 | $74.40 | $22,320 | | | | |
| Howard | 3/31/2004 | 100 | $74.46 | $7,446 | | | | |
| Howard | 3/31/2004 | 100 | $74.47 | $7,447 | | | | |
| Howard | 3/31/2004 | 100 | $74.56 | $7,456 | | | | |
| Howard | 3/31/2004 | 200 | $74.50 | $14,900 | | | | |
| Howard | 3/31/2004 | 200 | $74.53 | $14,906 | | | | |
| Howard | 3/31/2004 | 100 | $74.55 | $7,455 | | | | |
| Howard | 3/31/2004 | 100 | $75.23 | $7,523 | | | | |
| Howard | 3/31/2004 | 200 | $74.36 | $14,872 | | | | |
| Howard | 3/31/2004 | 400 | $74.39 | $29,756 | | | | |
| Howard | 3/31/2004 | 200 | $74.34 | $14,868 | | | | |
| Howard | 3/31/2004 | 100 | $74.33 | $7,433 | | | | |
| Howard | 3/31/2004 | 100 | $74.31 | $7,431 | | | | |
| Howard | 3/31/2004 | 100 | $75.33 | $7,533 | | | | |
| Howard | 3/31/2004 | 100 | $74.85 | $7,485 | | | | |
| Howard | 3/31/2004 | 100 | $75.14 | $7,514 | | | | |
| Howard | 3/31/2004 | 100 | $75.10 | $7,510 | | | | |
| Howard | 4/1/2004 | 200 | $74.68 | $14,936 | | | | |
| Howard | 4/1/2004 | 100 | $74.64 | $7,464 | | | | |
| Howard | 4/1/2004 | 100 | $74.62 | $7,462 | | | | |
| Howard | 4/1/2004 | 100 | $74.47 | $7,447 | | | | |
| Howard | 4/1/2004 | 200 | $74.49 | $14,898 | | | | |
| Howard | 4/1/2004 | 100 | $74.45 | $7,445 | | | | |
| Howard | 4/1/2004 | 100 | $74.42 | $7,442 | | | | |
| Howard | 4/1/2004 | 100 | $74.43 | $7,443 | | | | |
| Howard | 4/1/2004 | 100 | $74.40 | $7,440 | | | | |
| Howard | 4/1/2004 | 100 | $74.57 | $7,457 | | | | |
| Howard | 4/1/2004 | 200 | $74.20 | $14,840 | | | | |
| Howard | 4/1/2004 | 100 | $74.39 | $7,439 | | | | |
| Howard | 4/1/2004 | 200 | $74.34 | $14,868 | | | | |
| Howard | 4/1/2004 | 100 | $74.30 | $7,430 | | | | |
| Howard | 4/1/2004 | 100 | $74.07 | $7,407 | | | | |
| Howard | 4/1/2004 | 300 | $74.17 | $22,251 | | | | |
| Howard | 4/1/2004 | 300 | $74.14 | $22,242 | | | | |
| Howard | 4/1/2004 | 100 | $74.12 | $7,412 | | | | |
| Howard | 4/1/2004 | 600 | $74.15 | $44,490 | | | | |
| Howard | 4/1/2004 | 300 | $74.10 | $22,230 | | | | |
| | 4/5/2004 | | | | Evergreen Equity Trust | 4/5/2004 | 800 | $74.90 |
| | | | | | | | | |
| Howard | 4/28/2004 | 100 | $68.62 | $6,862 | | | | |
| Howard | 4/28/2004 | 100 | $68.42 | $6,842 | | | | |
| Howard | 4/28/2004 | 100 | $68.48 | $6,848 | | | | |
| Howard | 4/28/2004 | 100 | $68.47 | $6,847 | | | | |
| Howard | 4/28/2004 | 100 | $68.49 | $6,849 | | | | |
| Howard | 4/28/2004 | 100 | $68.50 | $6,850 | | | | |
| Howard | 4/28/2004 | 100 | $68.55 | $6,855 | | | | |
| Howard | 4/28/2004 | 100 | $68.58 | $6,858 | | | | |
| Howard | 4/28/2004 | 100 | $68.59 | $6,859 | | | | |
| Howard | 4/28/2004 | 100 | $68.57 | $6,857 | | | | |
| Howard | 4/28/2004 | 200 | $68.20 | $13,640 | | | | |
| Howard | 4/28/2004 | 100 | $68.29 | $6,829 | | | | |
| Howard | 4/28/2004 | 200 | $68.31 | $13,662 | | | | |
| Howard | 4/28/2004 | 100 | $68.33 | $6,833 | | | | |
| Howard | 4/28/2004 | 300 | $68.30 | $20,490 | | | | |
| Howard | 4/28/2004 | 100 | $68.35 | $6,835 | | | | |
| Howard | 4/28/2004 | 200 | $69.35 | $13,870 | | | | |
| Howard | 4/28/2004 | 200 | $68.08 | $13,616 | | | | |
| Howard | 4/28/2004 | 100 | $68.05 | $6,805 | | | | |
| Howard | 4/28/2004 | 100 | $68.88 | $6,888 | | | | |
| Howard | 4/28/2004 | 100 | $67.95 | $6,795 | | | | |
| Howard | 4/28/2004 | 200 | $68.15 | $13,630 | | | | |
| Howard | 4/28/2004 | 100 | $68.18 | $6,818 | | | | |
| Howard | 4/28/2004 | 100 | $68.17 | $6,817 | | | | |
| Howard | 4/28/2004 | 100 | $68.12 | $6,812 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Howard | 4/28/2004 | 100 | $68.14 | $6,814 | | | | |
| Howard | 4/28/2004 | 100 | $68.10 | $6,810 | | | | |
| Howard | 4/28/2004 | 100 | $68.90 | $6,890 | | | | |
| Howard | 4/29/2004 | 200 | $68.76 | $13,752 | | | | |
| Howard | 4/29/2004 | 100 | $68.75 | $6,875 | | | | |
| Howard | 4/29/2004 | 200 | $68.70 | $13,740 | | | | |
| Howard | 4/29/2004 | 100 | $68.46 | $6,846 | | | | |
| Howard | 4/29/2004 | 100 | $68.45 | $6,845 | | | | |
| Howard | 4/29/2004 | 100 | $68.40 | $6,840 | | | | |
| Howard | 4/29/2004 | 100 | $68.54 | $6,854 | | | | |
| Howard | 4/29/2004 | 100 | $69.22 | $6,922 | | | | |
| Howard | 4/29/2004 | 100 | $68.20 | $6,820 | | | | |
| Howard | 4/29/2004 | 100 | $68.23 | $6,823 | | | | |
| Howard | 4/29/2004 | 100 | $68.32 | $6,832 | | | | |
| Howard | 4/29/2004 | 200 | $68.35 | $13,670 | | | | |
| Howard | 4/29/2004 | 100 | $69.00 | $6,900 | | | | |
| Howard | 4/29/2004 | 100 | $69.08 | $6,908 | | | | |
| Howard | 4/29/2004 | 100 | $69.02 | $6,902 | | | | |
| Howard | 4/29/2004 | 100 | $68.88 | $6,888 | | | | |
| Howard | 4/29/2004 | 100 | $68.86 | $6,886 | | | | |
| Howard | 4/29/2004 | 200 | $68.80 | $13,760 | | | | |
| Howard | 4/29/2004 | 100 | $68.83 | $6,883 | | | | |
| Howard | 4/29/2004 | 100 | $68.07 | $6,807 | | | | |
| Howard | 4/29/2004 | 100 | $68.06 | $6,806 | | | | |
| Howard | 4/29/2004 | 200 | $68.96 | $13,792 | | | | |
| Howard | 4/29/2004 | 100 | $69.19 | $6,919 | | | | |
| Howard | 4/29/2004 | 100 | $68.94 | $6,894 | | | | |
| Howard | 4/29/2004 | 200 | $68.90 | $13,780 | | | | |
| Howard | 4/29/2004 | 200 | $68.10 | $13,620 | | | | |
| Howard | 4/29/2004 | 200 | $68.15 | $13,630 | | | | |
| | 5/6/2004 | | | | Evergreen Equity Trust | 5/6/2004 | 700 | $69.23 |
| | 5/11/2004 | | | | Evergreen Equity Trust | 5/11/2004 | 58,929 | $69.98 |
| | 5/11/2004 | | | | Evergreen Equity Trust | 5/11/2004 | 51,071 | $70.01 |
| Howard | 5/12/2004 | 100 | $68.68 | $6,868 | | | | |
| Howard | 5/12/2004 | 100 | $68.65 | $6,865 | | | | |
| Howard | 5/12/2004 | 200 | $68.64 | $13,728 | | | | |
| Howard | 5/12/2004 | 300 | $68.61 | $20,583 | | | | |
| Howard | 5/12/2004 | 100 | $68.71 | $6,871 | | | | |
| Howard | 5/12/2004 | 200 | $68.75 | $13,750 | | | | |
| Howard | 5/12/2004 | 100 | $68.76 | $6,876 | | | | |
| Howard | 5/12/2004 | 200 | $68.56 | $13,712 | | | | |
| Howard | 5/12/2004 | 100 | $68.51 | $6,851 | | | | |
| Howard | 5/12/2004 | 100 | $68.58 | $6,858 | | | | |
| Howard | 5/12/2004 | 100 | $68.52 | $6,852 | | | | |
| Howard | 5/12/2004 | 100 | $69.28 | $6,928 | | | | |
| Howard | 5/12/2004 | 100 | $69.36 | $6,936 | | | | |
| Howard | 5/12/2004 | 200 | $68.88 | $13,776 | | | | |
| Howard | 5/12/2004 | 100 | $68.83 | $6,883 | | | | |
| Howard | 5/12/2004 | 100 | $69.02 | $6,902 | | | | |
| Howard | 5/12/2004 | 100 | $69.04 | $6,904 | | | | |
| Howard | 5/12/2004 | 200 | $69.06 | $13,812 | | | | |
| Howard | 5/12/2004 | 100 | $69.01 | $6,901 | | | | |
| Howard | 5/12/2004 | 100 | $69.00 | $6,900 | | | | |
| Howard | 5/12/2004 | 200 | $68.92 | $13,784 | | | | |
| Howard | 5/12/2004 | 100 | $68.93 | $6,893 | | | | |
| Howard | 5/12/2004 | 100 | $68.98 | $6,898 | | | | |
| Howard | 5/12/2004 | 100 | $69.10 | $6,910 | | | | |
| Howard | 5/12/2004 | 300 | $69.15 | $20,745 | | | | |
| Howard | 5/13/2004 | 100 | $69.77 | $6,977 | | | | |
| Howard | 5/13/2004 | 100 | $69.71 | $6,971 | | | | |
| Howard | 5/13/2004 | 100 | $70.45 | $7,045 | | | | |
| Howard | 5/13/2004 | 100 | $70.42 | $7,042 | | | | |
| Howard | 5/13/2004 | 200 | $69.48 | $13,896 | | | | |
| Howard | 5/13/2004 | 100 | $70.50 | $7,050 | | | | |
| Howard | 5/13/2004 | 100 | $69.52 | $6,952 | | | | |
| Howard | 5/13/2004 | 100 | $70.28 | $7,028 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Howard | 5/13/2004 | 400 | $70.20 | $28,080 | | | | |
| Howard | 5/13/2004 | 100 | $70.33 | $7,033 | | | | |
| Howard | 5/13/2004 | 100 | $70.30 | $7,030 | | | | |
| Howard | 5/13/2004 | 100 | $70.35 | $7,035 | | | | |
| Howard | 5/13/2004 | 100 | $70.01 | $7,001 | | | | |
| Howard | 5/13/2004 | 200 | $70.00 | $14,000 | | | | |
| Howard | 5/13/2004 | 100 | $70.09 | $7,009 | | | | |
| Howard | 5/13/2004 | 300 | $69.80 | $20,940 | | | | |
| Howard | 5/13/2004 | 200 | $70.10 | $14,020 | | | | |
| Howard | 5/13/2004 | 200 | $69.99 | $13,998 | | | | |
| Howard | 5/13/2004 | 100 | $70.17 | $7,017 | | | | |
| Howard | 5/13/2004 | 100 | $69.91 | $6,991 | | | | |
| Howard | 5/13/2004 | 200 | $69.90 | $13,980 | | | | |
| Howard | 5/13/2004 | 300 | $69.95 | $20,985 | | | | |
| Howard | 5/13/2004 | 100 | $69.96 | $6,996 | | | | |
| | 5/17/2004 | | | | Evergreen Equity Trust | 5/17/2004 | 200 | $69.05 |
| Spencer | 5/18/2004 | 194 | $68.60 | $13,308 | | | | |
| Howard | 5/26/2004 | 100 | $67.79 | $6,779 | | | | |
| Howard | 5/26/2004 | 100 | $67.73 | $6,773 | | | | |
| Howard | 5/26/2004 | 100 | $68.21 | $6,821 | | | | |
| Howard | 5/26/2004 | 100 | $68.30 | $6,830 | | | | |
| Howard | 5/26/2004 | 200 | $68.02 | $13,604 | | | | |
| Howard | 5/26/2004 | 400 | $68.07 | $27,228 | | | | |
| Howard | 5/26/2004 | 300 | $68.05 | $20,415 | | | | |
| Howard | 5/26/2004 | 500 | $68.01 | $34,005 | | | | |
| Howard | 5/26/2004 | 200 | $68.08 | $13,616 | | | | |
| Howard | 5/26/2004 | 300 | $68.06 | $20,418 | | | | |
| Howard | 5/26/2004 | 100 | $67.85 | $6,785 | | | | |
| Howard | 5/26/2004 | 100 | $68.00 | $6,800 | | | | |
| Howard | 5/26/2004 | 100 | $68.03 | $6,803 | | | | |
| Howard | 5/26/2004 | 200 | $67.99 | $13,598 | | | | |
| Howard | 5/26/2004 | 100 | $68.11 | $6,811 | | | | |
| Howard | 5/26/2004 | 300 | $68.10 | $20,430 | | | | |
| Howard | 5/26/2004 | 200 | $67.97 | $13,594 | | | | |
| Howard | 5/26/2004 | 100 | $67.94 | $6,794 | | | | |
| Howard | 5/27/2004 | 100 | $68.75 | $6,875 | | | | |
| Howard | 5/27/2004 | 300 | $69.23 | $20,769 | | | | |
| Howard | 5/27/2004 | 100 | $68.83 | $6,883 | | | | |
| Howard | 5/27/2004 | 100 | $68.84 | $6,884 | | | | |
| Howard | 5/27/2004 | 200 | $69.05 | $13,810 | | | | |
| Howard | 5/27/2004 | 300 | $69.06 | $20,718 | | | | |
| Howard | 5/27/2004 | 200 | $69.07 | $13,814 | | | | |
| Howard | 5/27/2004 | 100 | $69.04 | $6,904 | | | | |
| Howard | 5/27/2004 | 100 | $69.02 | $6,902 | | | | |
| Howard | 5/27/2004 | 100 | $69.03 | $6,903 | | | | |
| Howard | 5/27/2004 | 100 | $69.08 | $6,908 | | | | |
| Howard | 5/27/2004 | 600 | $69.00 | $41,400 | | | | |
| Howard | 5/27/2004 | 200 | $69.01 | $13,802 | | | | |
| Howard | 5/27/2004 | 100 | $68.87 | $6,887 | | | | |
| Howard | 5/27/2004 | 200 | $68.94 | $13,788 | | | | |
| Howard | 5/27/2004 | 200 | $69.18 | $13,836 | | | | |
| Howard | 5/27/2004 | 100 | $68.98 | $6,898 | | | | |
| Howard | 5/27/2004 | 100 | $69.13 | $6,913 | | | | |
| Howard | 5/27/2004 | 100 | $68.93 | $6,893 | | | | |
| Howard | 5/27/2004 | 100 | $69.11 | $6,911 | | | | |
| Howard | 5/27/2004 | 100 | $68.95 | $6,895 | | | | |
| | 6/8/2004 | | | | Evergreen Equity Trust | 6/8/2004 | 800 | $69.28 |
| Howard | 6/9/2004 | 200 | $69.60 | $13,920 | | | | |
| Howard | 6/9/2004 | 100 | $69.61 | $6,961 | | | | |
| Howard | 6/9/2004 | 100 | $69.64 | $6,964 | | | | |
| Howard | 6/9/2004 | 200 | $69.63 | $13,926 | | | | |
| Howard | 6/9/2004 | 100 | $69.65 | $6,965 | | | | |
| Howard | 6/9/2004 | 100 | $69.62 | $6,962 | | | | |
| Howard | 6/9/2004 | 100 | $69.48 | $6,948 | | | | |
| Howard | 6/9/2004 | 100 | $69.45 | $6,945 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Howard | 6/9/2004 | 100 | $69.57 | $6,957 | | | | |
| Howard | 6/9/2004 | 300 | $69.55 | $20,865 | | | | |
| Howard | 6/9/2004 | 200 | $69.52 | $13,904 | | | | |
| Howard | 6/9/2004 | 100 | $69.54 | $6,954 | | | | |
| Howard | 6/9/2004 | 500 | $69.50 | $34,750 | | | | |
| Howard | 6/9/2004 | 300 | $69.51 | $20,853 | | | | |
| Howard | 6/9/2004 | 100 | $69.53 | $6,953 | | | | |
| Howard | 6/9/2004 | 100 | $69.58 | $6,958 | | | | |
| Howard | 6/9/2004 | 100 | $69.25 | $6,925 | | | | |
| Howard | 6/9/2004 | 100 | $69.29 | $6,929 | | | | |
| Howard | 6/9/2004 | 100 | $69.28 | $6,928 | | | | |
| Howard | 6/9/2004 | 100 | $69.20 | $6,920 | | | | |
| Howard | 6/9/2004 | 200 | $69.38 | $13,876 | | | | |
| Howard | 6/9/2004 | 100 | $69.18 | $6,918 | | | | |
| Howard | 6/9/2004 | 100 | $69.10 | $6,910 | | | | |
| | 6/10/2004 | | | | Evergreen Equity Trust | 6/10/2004 | 100 | $70.04 |
| Howard | 6/10/2004 | 200 | $69.65 | $13,930 | | | | |
| Howard | 6/10/2004 | 100 | $69.61 | $6,961 | | | | |
| Howard | 6/10/2004 | 200 | $69.62 | $13,924 | | | | |
| Howard | 6/10/2004 | 100 | $69.63 | $6,963 | | | | |
| Howard | 6/10/2004 | 200 | $69.78 | $13,956 | | | | |
| Howard | 6/10/2004 | 100 | $69.77 | $6,977 | | | | |
| Howard | 6/10/2004 | 100 | $69.74 | $6,974 | | | | |
| Howard | 6/10/2004 | 300 | $69.75 | $20,925 | | | | |
| Howard | 6/10/2004 | 100 | $69.72 | $6,972 | | | | |
| Howard | 6/10/2004 | 100 | $69.71 | $6,971 | | | | |
| Howard | 6/10/2004 | 100 | $69.79 | $6,979 | | | | |
| Howard | 6/10/2004 | 200 | $69.76 | $13,952 | | | | |
| Howard | 6/10/2004 | 100 | $69.47 | $6,947 | | | | |
| Howard | 6/10/2004 | 100 | $69.50 | $6,950 | | | | |
| Howard | 6/10/2004 | 100 | $69.55 | $6,955 | | | | |
| Howard | 6/10/2004 | 100 | $69.52 | $6,952 | | | | |
| Howard | 6/10/2004 | 300 | $69.88 | $20,964 | | | | |
| Howard | 6/10/2004 | 100 | $69.87 | $6,987 | | | | |
| Howard | 6/10/2004 | 100 | $69.86 | $6,986 | | | | |
| Howard | 6/10/2004 | 100 | $69.83 | $6,983 | | | | |
| Howard | 6/10/2004 | 100 | $69.80 | $6,980 | | | | |
| Howard | 6/10/2004 | 100 | $69.84 | $6,984 | | | | |
| Howard | 6/10/2004 | 100 | $69.81 | $6,981 | | | | |
| Howard | 6/10/2004 | 100 | $69.98 | $6,998 | | | | |
| Howard | 6/10/2004 | 100 | $69.94 | $6,994 | | | | |
| Howard | 6/10/2004 | 100 | $69.90 | $6,990 | | | | |
| Howard | 6/10/2004 | 100 | $69.91 | $6,991 | | | | |
| | | | | | | | | |
| Howard | 7/7/2004 | 100 | $71.65 | $7,165 | | | | |
| Howard | 7/7/2004 | 100 | $71.69 | $7,169 | | | | |
| Howard | 7/7/2004 | 100 | $71.64 | $7,164 | | | | |
| Howard | 7/7/2004 | 400 | $71.61 | $28,644 | | | | |
| Howard | 7/7/2004 | 100 | $71.62 | $7,162 | | | | |
| Howard | 7/7/2004 | 100 | $71.73 | $7,173 | | | | |
| Howard | 7/7/2004 | 200 | $71.72 | $14,344 | | | | |
| Howard | 7/7/2004 | 200 | $71.70 | $14,340 | | | | |
| Howard | 7/7/2004 | 100 | $71.43 | $7,143 | | | | |
| Howard | 7/7/2004 | 100 | $71.40 | $7,140 | | | | |
| Howard | 7/7/2004 | 100 | $71.41 | $7,141 | | | | |
| Howard | 7/7/2004 | 100 | $71.47 | $7,147 | | | | |
| Howard | 7/7/2004 | 100 | $70.45 | $7,045 | | | | |
| Howard | 7/7/2004 | 200 | $71.57 | $14,314 | | | | |
| Howard | 7/7/2004 | 100 | $71.50 | $7,150 | | | | |
| Howard | 7/7/2004 | 200 | $71.58 | $14,316 | | | | |
| Howard | 7/7/2004 | 200 | $71.55 | $14,310 | | | | |
| Howard | 7/7/2004 | 100 | $71.59 | $7,159 | | | | |
| Howard | 7/7/2004 | 100 | $70.56 | $7,056 | | | | |
| Howard | 7/7/2004 | 100 | $70.54 | $7,054 | | | | |
| Howard | 7/7/2004 | 100 | $71.20 | $7,120 | | | | |
| Howard | 7/7/2004 | 100 | $71.06 | $7,106 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Howard | 7/7/2004 | 100 | $71.09 | $7,109 | | | | |
| Howard | 7/7/2004 | 200 | $71.05 | $14,210 | | | | |
| Howard | 7/7/2004 | 100 | $71.01 | $7,101 | | | | |
| Howard | 7/7/2004 | 100 | $71.10 | $7,110 | | | | |
| Howard | 7/8/2004 | 100 | $71.65 | $7,165 | | | | |
| Howard | 7/8/2004 | 200 | $71.45 | $14,290 | | | | |
| Howard | 7/8/2004 | 200 | $71.46 | $14,292 | | | | |
| Howard | 7/8/2004 | 100 | $71.48 | $7,148 | | | | |
| Howard | 7/8/2004 | 100 | $71.44 | $7,144 | | | | |
| Howard | 7/8/2004 | 100 | $71.49 | $7,149 | | | | |
| Howard | 7/8/2004 | 100 | $71.47 | $7,147 | | | | |
| Howard | 7/8/2004 | 100 | $71.42 | $7,142 | | | | |
| Howard | 7/8/2004 | 100 | $71.50 | $7,150 | | | | |
| Howard | 7/8/2004 | 200 | $71.52 | $14,304 | | | | |
| Howard | 7/8/2004 | 100 | $71.56 | $7,156 | | | | |
| Howard | 7/8/2004 | 200 | $71.53 | $14,306 | | | | |
| Howard | 7/8/2004 | 400 | $71.29 | $28,516 | | | | |
| Howard | 7/8/2004 | 100 | $71.27 | $7,127 | | | | |
| Howard | 7/8/2004 | 100 | $71.25 | $7,125 | | | | |
| Howard | 7/8/2004 | 200 | $71.23 | $14,246 | | | | |
| Howard | 7/8/2004 | 100 | $71.35 | $7,135 | | | | |
| Howard | 7/8/2004 | 300 | $71.34 | $21,402 | | | | |
| Howard | 7/8/2004 | 100 | $71.31 | $7,131 | | | | |
| Howard | 7/8/2004 | 100 | $71.36 | $7,136 | | | | |
| Howard | 7/8/2004 | 100 | $71.32 | $7,132 | | | | |
| Howard | 7/8/2004 | 100 | $71.30 | $7,130 | | | | |
| Howard | 7/8/2004 | 100 | $71.38 | $7,138 | | | | |
| Howard | 7/8/2004 | 100 | $71.16 | $7,116 | | | | |
| Howard | 7/8/2004 | 100 | $71.12 | $7,112 | | | | |
| | 7/13/2004 | | | | Evergreen Equity Trust | 7/13/2004 | 3,700 | $70.55 |
| | | | | | | | | |
| Howard | 9/15/2004 | 100 | $76.45 | $7,645 | | | | |
| Howard | 9/15/2004 | 100 | $76.42 | $7,642 | | | | |
| Howard | 9/15/2004 | 200 | $76.41 | $15,282 | | | | |
| Howard | 9/15/2004 | 100 | $76.43 | $7,643 | | | | |
| Howard | 9/15/2004 | 100 | $76.40 | $7,640 | | | | |
| Howard | 9/15/2004 | 100 | $76.23 | $7,623 | | | | |
| Howard | 9/15/2004 | 100 | $76.21 | $7,621 | | | | |
| Howard | 9/15/2004 | 200 | $76.27 | $15,254 | | | | |
| Howard | 9/15/2004 | 100 | $76.28 | $7,628 | | | | |
| Howard | 9/15/2004 | 200 | $76.38 | $15,276 | | | | |
| Howard | 9/15/2004 | 100 | $76.31 | $7,631 | | | | |
| Howard | 9/15/2004 | 100 | $76.33 | $7,633 | | | | |
| Howard | 9/15/2004 | 400 | $76.03 | $30,412 | | | | |
| Howard | 9/15/2004 | 300 | $76.00 | $22,800 | | | | |
| Howard | 9/15/2004 | 100 | $76.07 | $7,607 | | | | |
| Howard | 9/15/2004 | 300 | $76.04 | $22,812 | | | | |
| Howard | 9/15/2004 | 100 | $76.06 | $7,606 | | | | |
| Howard | 9/15/2004 | 100 | $75.89 | $7,589 | | | | |
| Howard | 9/15/2004 | 100 | $76.05 | $7,605 | | | | |
| Howard | 9/15/2004 | 100 | $76.02 | $7,602 | | | | |
| Howard | 9/15/2004 | 100 | $76.10 | $7,610 | | | | |
| Howard | 9/15/2004 | 100 | $75.92 | $7,592 | | | | |
| Howard | 9/15/2004 | 100 | $75.98 | $7,598 | | | | |
| Howard | 9/15/2004 | 200 | $75.99 | $15,198 | | | | |
| Howard | 9/16/2004 | 200 | $76.64 | $15,328 | | | | |
| Howard | 9/16/2004 | 300 | $76.60 | $22,980 | | | | |
| Howard | 9/16/2004 | 100 | $76.62 | $7,662 | | | | |
| Howard | 9/16/2004 | 100 | $76.70 | $7,670 | | | | |
| Howard | 9/16/2004 | 200 | $76.49 | $15,298 | | | | |
| Howard | 9/16/2004 | 200 | $76.47 | $15,294 | | | | |
| Howard | 9/16/2004 | 100 | $76.45 | $7,645 | | | | |
| Howard | 9/16/2004 | 100 | $76.48 | $7,648 | | | | |
| Howard | 9/16/2004 | 100 | $76.44 | $7,644 | | | | |
| Howard | 9/16/2004 | 200 | $76.46 | $15,292 | | | | |
| Howard | 9/16/2004 | 100 | $76.41 | $7,641 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Howard | 9/16/2004 | 500 | $76.59 | $38,295 | | | | |
| Howard | 9/16/2004 | 500 | $76.56 | $38,280 | | | | |
| Howard | 9/16/2004 | 100 | $76.55 | $7,655 | | | | |
| Howard | 9/16/2004 | 100 | $76.52 | $7,652 | | | | |
| Howard | 9/16/2004 | 400 | $76.50 | $30,600 | | | | |
| Howard | 9/16/2004 | 100 | $76.54 | $7,654 | | | | |
| Howard | 9/16/2004 | 100 | $76.29 | $7,629 | | | | |
| | 9/17/2004 | | | | Evergreen Select Equity Trust | 9/17/2004 | 47 | $77.19 |
| | 9/17/2004 | | | | Evergreen Equity Trust | 9/17/2004 | 32 | $77.19 |
| | | | | | | | | |