AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7-17-06 |
| NAME OF SERVER (PRINT) Melissa Harrison | TITLE Legal Courier |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Leroy Hamilton of Radian Group Inc., 1601 Market Street, Philadelphia, PA 19103

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7·17·06      *Melissa Harrison*
                Date             Signature of Server

827 King Street
Wilmington DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

In re Fannie Mae Securities Litigation

Evergreen Equity Trust, et al.,

**SUMMONS IN A CIVIL CASE**

V.

Federal National Mortgage Association, et al.

CASE NUMBER: 04-CV-1639 (RJL) Cons. 06-cv-00082 RJL

TO: (Name and address of Defendant)

Radian Group, Inc.
1601 Market Street
Philadelphia, PA 19103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stuart M. Grant, Esquire
Grant & Eisenhofer P.A.
Chase Manhattan Center
1201 North Market Street
Wilmington, DE 19801

an answer to the amended complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    7/5/06

CLERK                                       DATE

T. Davis

(By) DEPUTY CLERK