IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** <br> **and** | Case No. 1:06CV00082 (RJL) |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | Case No. 1:06CV00139 (RJL) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on July 20, 2006, Radian Group, Inc., electronically filed the following documents in Consolidated Civil Action No. 1:04-cv-01639 (RJL) but—due to a "syntax error" with the ECF system—the filings could not be spread to Case Nos. 1:06CV00082 (RJL) and 1:06CV00139 (RJL): (1) Entry of Appearance (Docket No. 183); (2) Corporate Disclosure Statement (Docket No. 184); (3) Pro Hac Vice Motion, Order, and Declarations of David Smith, Dionna Litvin, and Jonathan S. Liss (Docket No. 185); and (4) Consent Motion for Enlargement and Order (Docket No. 186). Paper copies were mailed to the following persons:

>Seth Alben Aronson
>O'MELVENY & MYERS, LLP
>400 South Hope Street
>15th Floor

Los Angeles, CA 90071-2899

Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Palza East
Suite 400
Bala Cynwyd, PA 19004

Darren J. Check
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Hal M. Hirsch
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166

Christine M. MacKintosh
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801

Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801

Gerald L. Rutledge
ALFRED G. YATES JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA 15219-1604

Richard S. Schiffrin
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Alan J. Statman
STATMAN, HARRIS, SIEGEL & EYRICH LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

-3-

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street
7th Floor
New York, NY 10036

Alfred G. Yates , Jr
ALFRED G. YATES, JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA 15219-1604

Barbara L. Yates
ALFRED G. YATES, JR., P.C.
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA 15219-1604

The Clerk's Office suggested that this Notice of Filing be filed and served to inform any interested party of the availability of these documents in the consolidated case file or upon request to jstern@schnader.com.

Dated: July 21, 2006                        _____/s/ Jonathan M. Stern_____
                                                        Jonathan M. Stern
                                            Schnader Harrison Segal & Lewis LLP
                                            2001 Pennsylvania Avenue, NW
                                            Suite 300
                                            Washington, DC 20006-1825
                                            Telephone: (202) 419-4202