## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |

| | |
|---|---|
| **In re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 1:04-cv-01639 (RJL)** |
| **Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | |
| **and** | **Case No. 1:06CV00082 (RJL)** |
| **Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.*** | **Case No. 1:06CV00139 (RJL)** |

---

### ENTRY OF APPEARANCE

---

Please enter my appearance on behalf of Defendant Radian Group, Inc., (1601 Market Street, Philadelphia, PA  19103-2337) in the above-captioned cases.

Dated:  July 19, 2006                                  Respectfully submitted,

                                                        RADIAN GROUP, INC.
                                                        By Counsel

SCHNADER HARRISON SEGAL & LEWIS LLP

By:    /s/ Jonathan M. Stern
Jonathan M. Stern (DC Bar No. 412689)
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC  20006-1825
Telephone:  (202) 419-4202
Facsimile:  (202) 419-4252