UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Fannie Mae Securities Litigation ) Civil Action No. 1:04-cv-01639 (RJL)
) Consolidated Action

DECLARATION OF ERYN MEAD STARUN IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE

Eryn Mead Starun declares pursuant to 28 U.S.C. § 1746:

1.  I am an attorney and associate of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1615 L Street, N.W., Suite 1300, Washington, D.C. 20036-5694 (202-223-7300) ("Paul, Weiss"). Before March 13, 2006, I was an associate of Paul, Weiss and resident in the firm's office in New York, New York.

2.  I submit this declaration in support of my admission *pro hac vice* in this Court as attorney to non-party Paul, Weiss, which firm has been served with a subpoena duces tecum by plaintiffs in the above-referenced matter.

3.  I am an attorney admitted to practice and a member in good standing of the bar of the State of California since 2000; the United States District Court for the Northern District of California since 2000; the United States District Court for the Eastern District of California since 2000; the United States District Court for the Southern District of California since 2000; the United States Court of Appeals for the Ninth Circuit since 2000; the United States District Court for the Central District of California since 2001; the State of New York since 2003; the United States District Court for the Southern District of New York since 2004;

the United States District Court for the Eastern District of New York since 2004; and the United States Court of Appeals for the Third Circuit since 2005.

    4.    No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me previously in any jurisdiction.

    5.    I have not previously applied for or been admitted *pro hac vice* to this Court.

    6.    I moved from the State of New York to the District of Columbia on or about March 13, 2006. I submitted an application for admission to the District of Columbia bar on June 13, 2006.

    7.    I hereby certify pursuant to Rule 83.2(j) of the Rules of the United States District Court for the District of Columbia that I am personally familiar with the Local Rules of this Court and other applicable rules.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Eryn Mead Starun

July 28, 2006