A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EVERGREEN EQUITY TRUST, et al.

       Plaintiff(s)  )  **APPEARANCE**

       vs.  )  CASE NUMBER   1:06-cv-00082-RJL

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Holly A. Pal  as counsel in this
                       (Attorney's Name)

case for:  J. Timothy Howard
           (Name of party or parties)

August 16, 2006
Date

*Holly A. Pal*
Signature

Holly A. Pal
Print Name

DC Bar No. 490737
BAR IDENTIFICATION

Zuckerman Spaeder LLP
Address

1800 M Street, NW, Washington DC 20036
City       State       Zip Code

202-778-1800
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2006, I filed the foregoing Notice of Appearance with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Holly A. Pal
Holly A. Pal