A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EVERGREEN EQUITY TRUST, et al.

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER   1:06-cv-00082-RJL |
| FEDERAL NATIONAL MORTGAGE | ) |  |
| ASSOCIATION, et al. | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Tammy Gershoni   as counsel in this
(Attorney's Name)

case for:   J. Timothy Howard
(Name of party or parties)

August 16, 2006
Date

DC Bar No. 473382
BAR IDENTIFICATION

Signature

Tammy Gershoni
Print Name

Zuckerman Spaeder LLP
Address

1800 M Street, NW, Washington DC 20036
City          State          Zip Code

202-778-1800
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2006, I filed the foregoing Notice of

Appearance with the Clerk of Court via the CM/ECF system, which will send notification of

such filing to the counsel of record in this matter who are registered on the CM/ECF system.


/s/ Tammy Gershoni
Tammy Gershoni