## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.* and | Case No. 1:06CV00082 (RJL) |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

### NOTICE OF ENTRY OF APPEARANCE

Defendant Joe K. Pickett requests that the Clerk of Court please enter the appearance of David I. Ackerman as counsel for Defendant Joe K. Pickett in the above-captioned matters.

/s/ David I. Ackerman
David I. Ackerman (D.C. Bar No. 482075)
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC  20006
T:  202/373-6000
F:  202/373-6001

*Counsel for Defendant Joe K. Pickett*

Dated: August 17, 2006

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of August, 2006, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be served on counsel of record by filing an electronic version with the United States District Court for the District of Columbia.

/s/ David I. Ackerman