AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

In re: Fannie Mae Securities Litigation )
        Plaintiff(s) )
              ) **APPEARANCE**
              )
              )
        vs. ) CASE NUMBER    1:04-cv-01639
              )
              )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Christopher F. Regan   as counsel in this
                                           (Attorney's Name)

case for:   Leanne Spencer
                  (Name of party or parties)

08/17/2006
Date

/s/ Christopher F. Regan
Signature

Christopher F. Regan
Print Name

433792
BAR IDENTIFICATION

Mayer Brown Rowe & Maw LLP  1909 K Street, N.W.
Address

Washington, DC  20006
City        State       Zip Code

202-263-3380
Phone Number

**CERTIFICATE OF SERVICE**

     I certify that on August 17, 2006, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                                /s/ Christopher F. Regan
                                              Christopher F. Regan