UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 1:04-cv-1639 (RJL)** |
| **Evergreen Equity Trust**, *et al,* **v. Federal National Mortgage Association,** *et al.* | **Case No. 1:06-cv-00082 (RJL)** |
| **and** | |
| **Franklin Managed Trust,** *et al.* **v. Federal National Mortgage Association,** *et al.* | **Case No. 1:06-cv-00139 (RJL)** |

**ORDER GRANTING MOTION BY
RADIAN GUARANTY INC. TO DISMISS
THE SECOND AMENDED COMPLAINTS**

The Motion by Radian Guaranty Inc. to Dismiss the Second Amended Complaints in *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, Case No. 1:06-cv-0082 (RJL) and *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, Case No. 1:06-cv-00139 (RJL) (collectively, "Second Amended Complaints") is GRANTED. It is hereby ORDERED that Second Amended Complaints are DISMISSED with prejudice as against Radian Guaranty Inc.

Dated:

Richard H. Leon, U.S. District Judge