# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

## OFHEO'S MOTION FOR AN EXTENSION OF TIME

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests a one day extension of time from September 12, 2006, to September 13, 2006, to respond to Defendant J. Timothy Howard's Motion to Compel Production of Documents and Mr. Franklin Raines' Motion to Compel Production by OFHEO (collectively "Motions to Compel"). Pursuant to Local Rule 7(m), counsel for OFHEO, Mr. Howard, and Mr. Raines conferred, and Mr. Howard's counsel opposes this motion. Mr. Raines' counsel does not take a position on this motion.

There is good cause to grant this Motion. OFHEO fully intended to respond to the two Motions to Compel by the due date; however, due to an unanticipated delay by the agency review process, the undersigned could not finalize the opposition brief in time today for internal supervisory review prior to filing it with the Court.[1]

---

[1] On September 8, 2006, OFEHO filed a motion for an extension of time until September 12, 2006, to respond to the Motions to Compel. To date, the Court has not ruled on that motion.

Given these circumstances, the Court should grant OFHEO's motion for a one-business days extension of time until September 13, 2006, to respond to the two Motions to Compel.

Dated: September 12, 2006.                Respectfully Submitted,

    /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Office of Federal Housing
Enterprise Oversight.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

ORDER GRANTING OFHEO's MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time and the entire record herein, it is this_____ day of _____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight shall have up to and including September 13, 2006, to file a single response to both Mr. J. Timothy Howard's Motion to Compel (Dkt. No. 195) and Mr. Franklin Raines' Motion to Compel (Dkt. No. 219).

SO ORDERED.

_____

U.S. District Judge