**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| FRANKLIN MANAGED TRUST et al., *Plaintiffs*, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION et al., *Defendants*. | No. 1:06-cv-00139 (RJL) |

**CONSENT MOTION OF KPMG LLP FOR AN EXTENSION OF TIME
TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE
FRANKLIN-TEMPLETON COMPLAINT**

On August 6, 2006, this Court granted the Franklin-Templeton plaintiffs' consent motion for an extension of time to file an opposition to KPMG LLP's motion to dismiss the amended Franklin-Templeton complaint. With the consent of the Franklin-Templeton plaintiffs, KPMG now respectfully requests an extension of time to file its reply in support of its motion to dismiss from the current date of October 6, 2006, to and including October 27, 2006.

Respectfully submitted this 4th day of October 2006.

    /s/ Andrew S. Tulumello
F. Joseph Warin (D.C. Bar No. 235978)
Andrew S. Tulumello (D.C. Bar. No. 468351)
Melanie L. Katsur (D.C. Bar No. 484969)
Henry C. Whitaker (D.C. Bar No. 499210)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for KPMG LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing to be transmitted on or before October 5, 2006, to the following counsel registered to receive electronic service or by United States mail for those not so registered:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Martyn Liles, PLLC
1054 31st Street, N.W.
Suite 415
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

| | |
|---|---|
| Stuart M. Grant<br>Christine M. MacKintosh<br>Megan D. McIntyre<br>Grant & Eisenhofer, P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, DE 19801<br>*Counsel for the Franklin Templeton Plaintiffs* | Jeffrey W. Kilduff<br>Seth A. Aronson<br>Michael J. Walsh, Jr.<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* |
| Kevin M. Downey<br>Alex G. Romain<br>Daniel N. Marx<br>Joseph M. Terry, Jr.<br>Michelle D. Schwartz<br>Matthew L. Fore<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5091<br>*Counsel for Defendant Franklin D. Raines* | Steven M. Salky<br>Eric R. Delinsky<br>Ellen D. Marcus<br>Holly Ann Pal<br>Tammy Gershoni<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036-2638<br>*Counsel for Defendant Timothy J. Howard* |
| David S. Krakoff<br>Christopher F. Regan<br>Mayer, Brown, Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br>*Counsel for Defendant Leanne G. Spencer* | David I. Ackerman<br>Bingham McCutchen, LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br><br>James Hamilton<br>Swidler Berlin LLP<br>3000 K Street, N.W. Suite 300<br>Washington, D.C. 20007<br>*Counsel for Defendant Joe Pickett* |
| Erica Lynne Salmon<br>Piper, Rudnick, Gray & Carey LLP<br>1200 19th Street, N.W. Suite 700<br>Washington, D.C. 20036<br>*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos* | Julie E. Guttman<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>*Counsel for Defendant Jamie S. Gorelick* |

4

| | |
|---|---|
| James D. Wareham<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* | David Smith<br>Dionna K. Litvin<br>Jonathan S. Liss<br>Jonathan Michael Stern<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street<br>Philadelphia, PA 19103-7286<br>*Counsel for Radian Group Inc.* |
| Fred F. Fielding<br>Barbara Van Gelder<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Anne M. Mulcahy and Frederic V. Malek* | Robert Romano<br>Bonnie Altro<br>Morgan, Lewis & Bockius<br>101 Park Avenue<br>New York, NY 10178-0060<br>*Counsel for Defendant Thomas P. Gerrity* |
| Shannon Ratliff<br>Ratliff Law Firm<br>600 Congress Avenue<br>Suite 3100<br>Austin, TX 78701<br>*Counsel for Manuel Justiz* | Daniel John Healy<br>John H. Doyle, III<br>Rhonda D. Orin<br>Anderson Kill & Olick LLP<br>2100 M Street, N.W. Suite 650<br>Washington, D.C. 20037<br>*Counsel for Defendant Leslie Rahl* |
| Daryl Andrew Libow<br>Richard H. Klapper<br>Michael T. Tomaino, Jr.<br>Daniel H.R. Laguardia<br>Jeremy C. Bates<br>Patrice A. Rouse<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>*Counsel for Goldman Sachs* | |

/s/ Justin S. Herring  
Justin S. Herring

5