UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"           :  MDL No. 1688
Litigation                                             :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:   Consolidated Civil Action
In re Fannie Mae Securities Litigation    :   No.: 1:04-CV-01639 (RJL)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT GOLDMAN, SACHS & CO**.

To the Clerk of this court and all parties of record:

    Please enter the appearance of Patrice A. Rouse as counsel in this case for defendant Goldman, Sachs & Co.

Dated:  October 17, 2006

/s/ Patrice A. Rouse
Patrice A. Rouse
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
(212) 558-4000