UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association : 
Securities, Derivative, and "ERISA"  :   MDL No. 1688
Litigation :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:   Consolidated Civil Action
In re Fannie Mae Securities Litigation  :   No.: 1:04-CV-01639 (RJL)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT GOLDMAN, SACHS & CO**.

To the Clerk of this court and all parties of record:

      Please enter the appearance of Jeremy C. Bates as counsel in this case for defendant Goldman, Sachs & Co.

Dated:  October 17, 2006                /s/ Jeremy C. Bates
                                               Jeremy C. Bates
                                               SULLIVAN & CROMWELL LLP
                                               125 Broad Street
                                               New York, NY  10004
                                               (212) 558-4000