UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"          : MDL No. 1688
Litigation                                   :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
:  Consolidated Civil Action
In re Fannie Mae Securities Litigation       : No.: 1:04-CV-01639 (RJL)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT GOLDMAN, SACHS & CO**.

To the Clerk of this court and all parties of record:

      Please enter the appearance of Michael T. Tomaino, Jr. as counsel in this case for defendant Goldman, Sachs & Co.

Dated:  October 17, 2006          /s/ Michael T. Tomaino, Jr.
                                              Michael T. Tomaino, Jr.
                                              SULLIVAN & CROMWELL LLP
                                              125 Broad Street
                                              New York, NY  10004
                                              (212) 558-4000