UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In Re Federal National Mortgage    )
Association Securities, Derivative, and   ) MDL No. 1688
"ERISA" Litigation                 )
                                   )
                                   )
In re: Fannie Mae Securities       ) Consolidated Civil Action No. 04-1639
Litigation                         ) (RJL)

## ORDER

Upon consideration of the motions by parties, argument by counsel, and the entire record herein, it is this 6th day of November, 2006 hereby

**ORDERED** that the Motions to Compel the Production of Documents of OFHEO filed by defendant J. Timothy Howard [#195] and defendant Franklin Raines [#219] are **GRANTED**, and it is further

**ORDERED** that the production on a rolling basis of all non-privileged, responsive documents by OFHEO will proceed by four installments with productions due to defendants Howard and Raines on December 12, 2006, January 12, 2007, February 12, 2007, and March 12, 2007, and it is further

**ORDERED** that defendants Howard and Raines will submit a prioritized list of document requests one month in advance of each production deadline, with a copy submitted to the Court and a copy submitted to OFHEO, with the first such list due November 13, 2006, and it is further

**ORDERED** that a detailed privilege log of those documents for which a privilege is being asserted is to accompany each production

**SO ORDERED.**

RICHARD J. LEON
United States District Judge