UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE, AND "ERISA" LITIGATION | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Case No. 1:04-cv-01639 (RJL) |
| EVERGREEN EQUITY TRUST, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*;<br><br>　　　　Defendants. | Case No. 1:06CV00082 (RJL) |
| FRANKLIN MANAGED TRUST, *et al.*<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*<br><br>　　　　Defendants. | Case No. 1:06CV00139 (RJL) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

Please enter the appearance of Daniel J. Healy as counsel in this case for:

Defendant Leslie Rahl.

| | |
|---|---|
| Dated: November 14, 2006 | Respectfully submitted, |
| | _/s/ Daniel J. Healy_<br>Rhonda D. Orin (Bar # 439216)<br>Daniel J. Healy (Bar # 476233)<br><br>Anderson Kill & Olick, LLP<br>2100 M. Street, NW<br>Suite 650<br>Washington, DC  20037<br>Tel:  (202) 218-0040<br>Fax: (202) 218-0055 |

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this case who are registered on the CM/ECF.

                                                 */s/ Daniel J. Healy*
                                                 Daniel J. Healy