UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE, AND "ERISA" LITIGATION | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Case No. 1:04-cv-01639 (RJL) |
| EVERGREEN EQUITY TRUST, *et al.*,<br>    Plaintiffs,<br>v.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*;<br>    Defendants. | Case No. 1:06CV00082 (RJL) |
| FRANKLIN MANAGED TRUST, *et al.*<br>    Plaintiffs,<br>v.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*<br>    Defendants. | Case No. 1:06CV00139 (RJL) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND
ALL PARTIES OF RECORD:

Please enter the appearance of Rhonda D. Orin as counsel in this case for:

Defendant Leslie Rahl.

Dated: November 14, 2006

Respectfully submitted,

/s/ Rhonda D. Orin
Rhonda D. Orin (Bar # 439216)
Daniel J. Healy (Bar # 476233)

Anderson Kill & Olick, LLP
2100 M. Street, NW
Suite 650
Washington, DC 20037
Tel: (202) 218-0040
Fax: (202) 218-0055

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this case who are registered on the CM/ECF.

                                         */s/ Rhonda D. Orin*
                                         Rhonda D. Orin