IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIRELLI ARMSTRONG TIRE CORPORATION RETIREE MEDICAL BENEFITS TRUST, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRANKLIN D. RAINES, et al.,<br><br>　　　　　　Defendants. | Case No. 1:04-cv-01852<br>Judge Leon |
| WAYNE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRANKLIN D. RAINES, et al.,<br><br>　　　　　　Defendants. | Case No. 1:04-cv-02228<br>Judge Leon |
| JAMES KELLMER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD B. MARRON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:05-cv-0037<br>Judge Leon |

DC01:461261

-2-

## NOTICE OF ENTRY OF APPEARANCE

Defendant Jamie S. Gorelick requests that the Clerk of Court please enter the appearance of Nicholas A. Brady as additional counsel for Defendant Jamie S. Gorelick in the above-captioned matters.

 

                                      */s/ William H. Jeffress, Jr.*
                                 William H. Jeffress, Jr., Bar No. 041152
                                 Julia E. Guttman, Bar No. 412912
                                 Nicholas A. Brady, Bar No. 484612
                                 BAKER BOTTS, L.L.P.
                                 1299 Pennsylvania Avenue, N.W.
                                 Washington, D. C. 20004-2400
                                 (202) 639-7700
                                 (202) 585-1047 Facsimile

Dated: December 12, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of December, 2006, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be served on counsel of record by filing an electronic version with the United States District Court for the District of Columbia, and by U.S. First-Class mail, postage prepaid, to the following counsel:

Cyrus B. Mehri
Steven A. Skalet
Mehri & Skalet, P.L.L.C.
1300 19th Street, NW, Suite 400
Washington, D. C. 20036

John Christopher Pasierb
COHEN, GETTINGS & CAULKINS, P.C.
2200 Wilson Boulevard, Suite 800
Arlington, VA 22210

Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue North
Nashville, TN 37201

Nancy M. Juda
LERACH COUGHLIN STOIA GELLER
RUDMAN & BOBBINS, LLP
1100 Connecticut Avenue, NW
Suite 730
Washington, D. C. 20036

William S. Lerach
Darren J. Robbins
Byron S. Georgiou
Mary K. Blasy
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
401 B Street, Suite 7000
San Diego, CA 92101

Richard D. Greenfield
GREENFIELD & GOODMAN, LLC
7426 Tour Drive
Easton, MD 21601

Michael J. Walsh, Jr.
John Beisner
Jeffrey Kilduff
Kimberly Newman
O'MELVENY & MYERS, LLP
1625 Eye Street, NW
Washington, D. C. 20006

Seth Aronson
O'MELVENY & MYERS, LLP
400 S. Hope Street
Los Angeles, CA 90071

James Hamilton
David I. Ackerman
SWIDLER BERLIN, LLP
3000 K Street, N.W., Suite 300
Washington, D. C. 20007

Robert C. Blume
Joseph Warin
Antoinette DeCamp
Andrew S. Tulumello
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, D. C. 20005

James D. Wareham
Carolyn Elizabeth Morris
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
875 15th Street, N.W.
Washington, DC 20005

Dennis E. Glazer
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

| | |
|---|---|
| David S. Krakof<br>Mark W. Ryan<br>MAYER, BROWN, ROWE & MAW, LLP<br>1909 K Street, N.W.<br>Washington, D. C. 20006 | David Wallace Stanley<br>THE CANOE LAW GROUP, P.C.<br>317 Massachusetts Avenue, N.E.<br>Washington, D. C. 20002 |
| Paul Rowe<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019 | Steven M. Salky<br>Carole J. Yanofsky<br>Eric Delinsky<br>ZUCKERMAN SPAEDER, LLP<br>1201 Connecticut Avenue, N.W.<br>Washington, D. C. 20036 |
| Kevin M. Downey<br>Joseph M. Terry<br>WILLIAMS & CONNOLLY, LLP<br>725 12th Street, N.W.<br>Washington, D. C. 20005 | |

_____
Nicholas A. Brady