IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| FANNIE MAE,<br><br>*Plaintiff*,<br>v.<br><br>KPMG LLP,<br><br>*Defendant*. | No. 1:06-cv-02111 (RJL) |

## NOTICE OF RELATED CASE

KPMG has removed to this Court *Fannie Mae v. KPMG LLP*, No. 1:06-cv-02111, which Fannie Mae filed in the Superior Court of the District of Columbia on December 12, 2006. This case arises out of the same series of facts and events as do the consolidated cases in *In re Fannie Mae Securities Litigation.* KPMG has notified the Clerk of the Court that this action is a related case. A copy of the Notices of Removal and the Notice of Related Case filed with the Clerk of the Court is attached.

Dated: December 12, 2006

                                                    Respectfully submitted,

                                                    /s/Andrew S. Tulumello
                                                    F. Joseph Warin (D.C. Bar No. 235978)
                                                    Andrew S. Tulumello (D.C. Bar. No. 468351)
                                                    Melanie L. Katsur (D.C. Bar No. 484969)
                                                    Henry C. Whitaker (D.C. Bar No. 499210)
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    1050 Connecticut Avenue, N.W.
                                                    Washington, D.C. 20036
                                                    Telephone: (202) 955-8500
                                                    Facsimile: (202) 467-0539

                                                   *Counsel for KPMG LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused copies of the foregoing to be transmitted on December 12, 2006, to the following counsel registered to receive electronic service and by United States mail on December 13, 2006 to those not so registered:

Joshua S. Devore
Steven J. Toll
Matthew K. Handley
Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll P.L.L.C
West Tower, Suite 500
1100 New York Ave., N.W.
Washington, D.C. 20005
*Counsel for Plaintiffs Vincent Vinci*; *State Teachers Retirement System of Ohio*; *Anne E. Flynn; Robert L. Garber*

James R. Cummins
Melanie S. Corwin
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio*

Julie A. Richmond
Kathleen M. Donovan-Maher
Jeffery C. Block
Joseph C. Merchman
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio*

Alan J. Statman
Jeffery P. Harris
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System*; *State Teachers Retirement System of Ohio*

Frank J. Johnson
Brett M. Weaver
Law Office of Frank J. Johnson
402 W. Broadway 27th Floor
San Diego, CA 92101
*Counsel for Plaintiff Sassan Shahrokhinia*

Robert W. Liles
Martyn Liles, PLLC
1054 31st Street, N.W.
Suite 415
Washington, D.C. 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

| | |
|---|---|
| Stuart M. Grant<br>Christine M. MacKintosh<br>Megan D. McIntyre<br>Grant & Eisenhofer, P.A.<br>Chase Manhattan Centre<br>1201 N. Market Street<br>Wilmington, DE 19801<br>*Counsel for the Franklin Templeton Plaintiffs* | Jeffrey W. Kilduff<br>Seth A. Aronson<br>Michael J. Walsh, Jr.<br>O'Melveny & Myers LLP<br>1625 Eye Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl* |
| Jerome L. Epstein<br>Ian Heath Gershengorn<br>Jenner & Block LLP<br>601 13th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Fannie Mae* | Steven M. Salky<br>Eric R. Delinsky<br>Ellen D. Marcus<br>Holly Ann Pal<br>Tammy Gershoni<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036-2638<br>*Counsel for Defendant Timothy J. Howard* |
| Kevin M. Downey<br>Alex G. Romain<br>Daniel N. Marx<br>Joseph M. Terry, Jr.<br>Michelle D. Schwartz<br>Matthew L. Fore<br>John E. Clabby<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5091<br>*Counsel for Defendant Franklin D. Raines* | David I. Ackerman<br>Bingham McCutchen, LLP<br>2020 K Street, N.W.<br>Washington, D.C. 20006<br><br>James Hamilton<br>Swidler Berlin LLP<br>3000 K Street, N.W. Suite 300<br>Washington, D.C. 20007<br>*Counsel for Defendant Joe Pickett* |
| David S. Krakoff<br>Christopher F. Regan<br>Mayer, Brown, Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br>*Counsel for Defendant Leanne G. Spencer* | Julie E. Guttman<br>Baker Botts LLP<br>The Warner<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>*Counsel for Defendant Jamie S. Gorelick* |

2

| | |
|---|---|
| Erica Lynne Salmon<br>Cristen E. Sikes<br>Piper, Rudnick, Gray & Carey LLP<br>1200 19th Street, N.W. Suite 700<br>Washington, D.C. 20036<br>*Counsel for Defendants Stephen B. Ashley,*<br>*Donald B. Marron, and Ann Korologos* | James D. Wareham<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Defendant Daniel H. Mudd* |
| Fred F. Fielding<br>Barbara Van Gelder<br>Wiley Rein & Fielding LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Anne M. Mulcahy and*<br>*Frederic V. Malek* | David Smith<br>Dionna K. Litvin<br>Jonathan S. Liss<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street<br>Philadelphia, PA 19103-7286<br><br>Jonathan Michael Stern<br>Schnader Harrison Segal & Lewis LLP<br>2001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>*Counsel for Radian Group Inc.* |
| Daryl Andrew Libow<br>Richard H. Klapper<br>Michael T. Tomaino, Jr.<br>Daniel H.R. Laguardia<br>Jeremy C. Bates<br>Patrice A. Rouse<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>*Counsel for Goldman Sachs* | Rachelle M. Barstow<br>Robert M. Romano<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br><br>Patrick D. Conner<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave. N.W.<br>Washington, D.C. 20004<br>*Counsel for Defendant Thomas P. Gerrity* |
| Shannon Ratliff<br>Ratliff Law Firm<br>600 Congress Avenue<br>Suite 3100<br>Austin, TX 78701<br>*Counsel for Manuel Justiz* | Daniel John Healy<br>John H. Doyle, III<br>Rhonda D. Orin<br>Anderson Kill & Olick LLP<br>2100 M Street, N.W. Suite 650<br>Washington, D.C. 20037<br>*Counsel for Defendant Leslie Rahl* |

        /s/ Justin S. Herring
        Justin S. Herring