UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

**OFHEO'S MOTION FOR AN EXTENSION OF TIME**

Pursuant Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO") respectfully requests an extension of time from January 4, 2007, to January 19, 2007, to file a response to Defendant Franklin Raines' Motion to Compel (Dkt. No. 313) and Motion to Show Cause (Dkt. No. 316). Pursuant to Local Rule 7(m), counsel for OFHEO and Defendant Raines conferred and counsel for Defendant Raines does not take a position on this Motion.

There is good cause to grant this Motion. On December 21, 2006, Defendant Raines filed a motion to compel OFHEO to comply with the Court's Protective Order (Dkt. No. 313) and, the next day, filed a Motion to Show Cause (Dkt. No. 316). Under Local Rule 7(b), OFHEO has until January 4, 2007, to file a response to the Motion to Compel and January 5, 2007, to respond to the Motion to Show Cause. As explained to Defendant Raines' counsel during the parties' meet and confer on December 15, 2006 (a full week prior to these two motions), the undersigned is on scheduled leave beginning December 23, 2006, and will not return to the office until January 2, 2007.

1

Upon return to the office during the week of January 1st, the undersigned has to file a reply in Bolden v. Ashcroft, No. 03-1030 (EGS) – this deadline was extended twice.  During the week of January 8th, the undersigned has to file an appellate opposition brief in ACT v. USAID, No. 06-5147 (D.C. Cir.); two motions for summary affirmance in Carter v. Dep't of the Navy, No. 06-5378 (D.C. Cir.) and Newby v. Dep't of Transportation, No. 06-5245 (D.C. Cir.).  In that same week, the undersigned has two mediation sessions before Magistrate Judges Kay and Facciola.

For these reasons, the Court should grant OFHEO's motion for an extension of time until January 19, 2007, to respond to Defendant Raines' two motions.


Dated: December 22, 2006.                    Respectfully Submitted,


    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Office of Federal Housing Enterprise Oversight.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re Federal National Mortgage Assoc. Securities, Derivative, and "ERISA" Lit. | ) ) ) ) | MDL No. 1688 |
| In Re Fannie Mac Securities Lit. | ) ) ) | Consolidated Action: 04-1639 (RJL) |

ORDER GRANTING OFHEO'S MOTION FOR AN EXTENSION OF TIME

Upon consideration of the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time and the entire record herein, it is this_____ day of _____, 2006,

ORDERED that the Office of Federal Housing Enterprise Oversight's Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that the Office of Federal Housing Enterprise Oversight shall have up to and including January 19, 2007, to respond to Defendant Raines' Motion to Compel (Dkt. No. 313) and Motion to Show Cause (Dkt. No. 316).

SO ORDERED.

_____

U.S. District Judge