

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 20, 2006

VIA E-MAIL IN PDF FORMAT

Alex G. Romain, Esq.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005-5901

    Re:    <u>MDL No. 1668</u>

Dear Mr. Romain:

    This is in response to your December 18, 2006 letter alleging certain "inadequacies" concerning the privilege log OFHEO produced on December 12, 2006.

    The letter does not, as Defendants committed to do in our December 15th meet and confer session, specify only those privilege log entries for which Defendants seek additional descriptive information to determine whether to challenge the privilege assertion. This is standard procedure and similar to protocols OFHEO has reached with your firm in other cases.

    At present, the December 18th letter does not specify the entries on the privilege log for which Defendants seek further information. We urge that Defendants comply with the agreement reached by the parties at the meeting. More particularly, we ask that Defendants specify the entries on the privilege log for which Defendants need more information. This process will greatly limit or eliminate the need for any judicial involvement in this matter.



GOVERNMENT
EXHIBIT
C

      Please do not hesitate to contact me if you have any questions or need additional information.

                    Sincerely,
                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

        By:        //s//
                    John C. Truong
                    Assistant United States Attorney

cc via e-mail:

Mr. Eric Delinsky
Ms. Melanie Corwin
Mr. Dave Felt
Ms. Charlotte Reid
Mr. Joe Aronica