UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation | ) Consolidated Civil Action No. 1:04-cv-01639 <br> ) <br> ) Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.* <br> and <br> Franklin Managed Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | ) Case No. 1:06CV00082 <br> ) <br> ) <br> ) Case No. 1:06CV00139 |

### NOTICE OF ENTRY OF APPEARANCE

Defendant Jamie S. Gorelick requests that the Clerk of Court please enter the appearance of Nicholas A. Brady as additional counsel for Defendant Jamie S. Gorelick in the matter captioned *Franklin Managed Trust, et al., v. Federal National Mortgage Association, et al.* consolidated with *In re Fannie Mae Securities Litigation*, No. 1:04-cv-01639.

/s/ _____
William H. Jeffress, Jr., Bar No. 041152
Julia E. Guttman, Bar No. 412912
Nicholas A. Brady, Bar No. 484612
BAKER BOTTS, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D. C. 20004-2400
202.639.7700
202.639.7890 Facsimile

Dated: February 5, 2007

DC01:465051

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2007, I caused a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE to be served on counsel of record by filing an electronic version with the United States District Court for the District of Columbia, and by U.S. First-Class mail, postage prepaid, to the following counsel:

Rachell M. Barstow
MORGAN, LEWIS, & Bockius LLP
101 Park Avenue
New York, NY 10178

Richard S. Schiffrin
Stuart L. Berman
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Seth Aronson
O'MELVENY & MYERS, LLP
400 S. Hope Street
Los Angeles, CA 90071

Eryn Mead Starun
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036-5694

Alan J. Statman
STATMAN, HARRIS & EYRICH LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street
7th Floor
New York, NY 10036

Hal M. Hirsch
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166

Donna K. Litvin
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street
Philadelphia, PA 19103-7286

Christine M. MacKintosh
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801

Joseph C. Merschman
BERMAN DEVALERIO PEASEE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02109

Robert Michael Romano
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Alfred G. Yates, Jr.
Barbara L. Yates
Gerald L. Rutledge
ALFRED G. YATES JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA

Nicholas A. Brady