**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "Erisa" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Case No. 1:04-cv-01639 (RJL) |
| In re Fannie Mae Derivative Litigation | Case No. 1:04-cv-01783 (RJL) |
| Evergreen Equity Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*; Defendants. | Case No. 1:06CV00082 (RJL) |
| Franklin Managed Trust, *et al.* Plaintiffs, v. Federal National Mortgage Association, *et al.* Defendants. | Case No. 1:06CV00139 (RJL) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that, pursuant to Local Rule 83.6(b), Daniel J. Healy of Anderson Kill & Olick, L.L.P. hereby withdraws his appearance as counsel for Defendant Leslie Rahl in the above-captioned cases. John H. Doyle,

III of Anderson Kill & Olick, P.C. and Rhonda D. Orin of Anderson Kill & Olick, L.L.P. will continue to represent Ms. Rahl in those cases. Please remove Mr. Healy from the service lists in those cases.

Daniel J. Healy

Leslie Rahl

Respectfully submitted,

*/s/ Rhonda D. Orin*

Rhonda D. Orin (Bar # 439216)
Anderson Kill & Olick, LLP
2100 M. Street, NW
Suite 650
Washington, DC 20037
Tel: (202) 218-0040
Fax: (202) 218-0055

**CERTIFICATE OF SERVICE**

I certify that on March 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this case who are registered on the CM/ECF.

*/s/ Rhonda D. Orin*
Rhonda D. Orin