IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639 (RJL) |
| **Evergreen Equity Trust,** *et al.*, **v. Federal National Mortgage Association,** *et al.* | Case No. 1:06CV00082 (RJL) |
| **and** | |
| **Franklin Managed Trust,** *et al.*, **v. Federal National Mortgage Association,** *et al.* | Case No. 1:06CV00139 (RJL) |

# CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2007, I mailed to the following persons true copies of Radian Guaranty, Inc.'s Supplemental Memorandum of Points and Authorities in Support of the Motion by Radian Guaranty Inc. to Dismiss the Second Amended Complaints, which was electronically filed on March 14, 2007, in Consolidated Civil Action No. 1:04-cv-01639 (RJL) and in Civil Action Nos. 1:06CV00082 (RJL) and 1:06CV00139 (RJL):

Seth Alben Aronson
O'MELVENY & MYERS, LLP
400 South Hope Street
15th Floor
Los Angeles, CA  90071-2899

Rachelle M. Barstow
Robert Michael Romano, Esq.
MORGAN, LEWIS, & BOCKIUS LLP
101 Park Avenue
New York, NY  10178

DCDATA 37565_1

-2-

Richard S. Schiffrin
Stuart L. Berman
Darren J. Check
SCHIFFRIN & BARROWAY, LLP
Three Bala Palza East
Suite 400
Bala Cynwyd, PA  19004

Hal M. Hirsch
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166

Christine M. MacKintosh
Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE  19801

Joseph C. Merschman
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA  02109

Eldad Avi Malamuth, Esq.
MAYER, BROWN, ROWE & MAW
1909 K Street, NW
Washington, DC  20006

Alfred G. Yates, Jr
Barbara L. Yates
Gerald L. Rutledge
ALFRED G. YATES JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA  15219-1604

Eryn Mead Starun
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC  20036-5694

-3-

Alan J. Statman
STATMAN, HARRIS & EYRICH LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH  45202

Curtis V. Trinko
LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street
7th Floor
New York, NY  10036

Dated:  March 20, 2007                    /s/ Jonathan M. Stern
                                              Jonathan M. Stern
                                              Schnader Harrison Segal & Lewis LLP
                                              2001 Pennsylvania Avenue, NW
                                              Suite 300
                                              Washington, DC 20006-1825
                                              Telephone: (202) 419-4202

DCDATA 37565_1