UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| ) | |
| Evergreen Equity Trust, *et al.*, ) | |
| Plaintiffs, ) | No. 1:06-cv-00082 (RJL) |
| v. ) | |
| Federal National Mortgage Association, *et al.*, ) | |
| Defendants. ) | |
| Franklin Managed Trust, *et al.*, ) | |
| Plaintiffs, ) | No. 1:06-cv-00139 (RJL) |
| v. ) | |
| Federal National Mortgage Association, *et al.*, ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned as the sponsoring member of the Bar of this Court and pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Jeff A. Almeida to appear and participate in proceedings in this Court in the above-referenced actions as Counsel for Plaintiffs Evergreen Equity Trust, et al. and Plaintiffs Franklin Managed Trust, et al. The grounds for this motion are set forth in the signed certification of Mr. Almeida, which is attached hereto and incorporated herein.

The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia with whom Mr. Almeida will be associated in this case.

WHEREFORE, for these and other reasons, we respectfully request the Court to grant this Motion and enter the Order for admission *pro hac vice*.

Dated: May 3, 2007                              Respectfully submitted,

                                                   */s/ Stuart M. Grant*
                                                   Stuart M. Grant (D.C. Bar # 450895)
                                                   GRANT & EISENHOFER P.A.
                                                   Chase Manhattan Centre
                                                   1201 N. Market St.
                                                   Wilmington, DE 19801
                                                   (302) 622-7000
                                                   (302) 622-7100 (facsimile)
                                                   Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on May 3, 2007, the attached Motion for Admission *Pro Hac Vice*, Certification of Jeff A. Almeida and Proposed Order were electronically filed using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF. Service was accomplished on counsel not registered through the CM/ECF system via First Class U.S. Mail, as indicated below.

**VIA U.S. MAIL:**

Fred F. Fielding
Barbara Van Gelder
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Tom Gerrity in the Evergreen Action*

Rachelle M. Barstow, Esquire
Robert M. Romano, Esquire
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
*Counsel for Tom Gerrity in Civil Action Nos. 04-CV-1639, 06-CV-0139, MDL 1668 and 04-CV-1783*

William K. Dodds
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel to Tom Gerrity in Fannie Mae Sec. Litig., Evergreen and Franklin Actions*

Jonathan S. Liss
Dionna K. Litvin
David Smith
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, 36th Floor
Philadelphia, PA 19103
*Counsel for Radian Guaranty Inc.*

**VIA CM/ECF NOTIFICATION:**

Jeffrey C. Block
Kathleen M. Donovan-Maher
Julie A. Richmond
Joseph C. Merschman
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02169
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

James R. Cummins
Melanie S. Corwin
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

Jeffrey William Kilduff
Seth Aronson
Michael J. Walsh, Jr.
O'MELVENY & MYERS L.L.P.
1625 I Street, N.W.
Washington, D.C. 20006
*Counsel for Fannie Mae, Taylor Segue, William Harvey, Kenneth Duberstein, Manuel Justiz, and H. Patrick Swygert*

James D. Wareham
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
*Counsel for Daniel Mudd*

John H. Doyle, III  
Rhonda D. Orin  
ANDERSON KILL & OLICK, LLP  
2100 M Street, NW, Suite 650  
Washington, DC 20037  
*Counsel for Leslie Rahl*

Julia E. Guttman  
Nicholas A. Brady  
BAKER BOTTS L.L.P.  
The Warner  
1299 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004-2400  
*Counsel for Jamie Gorelick*

Steven Mark Salky  
Eric R. Delinsky  
Ellen D. Marcus  
Holly Ann Pal  
Tammy Gershoni  
Richard Miles Clark  
ZUCKERMAN SPAEDER, LLP  
1800 M Street, NW Suite 1000  
Washington, DC 20036  
*Counsel for Timothy Howard*

David S. Krakoff  
Eldad Zvi Malamuth  
Christopher F. Regan  
Adam B. Miller  
MAYER, BROWN, ROWE & MAW LLP  
1909 K Street, NW  
Washington, DC 20006  
*Counsel for Leanne Spencer*

Alex Giscard Romain  
2842 S. Columbus St  
Arlington, VA 22206  
*Counsel for Franklin Raines*

Kevin M. Downey  
Michelle D. Schwartz  
Joseph Marshall Terry, Jr.  
Daniel N. Marx  
Matthew L. Fore  
John E. Clabby  
Ilana T. Buschkin  
WILLIAMS & CONNOLLY, LLP  
725 12th Street, NW  
Washington, DC 20005  
*Counsel for Franklin Raines*

Francis J. Warin  
Andrew S. Tulumello  
Melanie L. Katsur  
Henry Charles Whitaker  
Claudia M. Osorio  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036  
*Counsel for KPMG LLP*

Cristen Sikes Rose  
DLA PIPER RUDNICK, GRAY CARY US LLP  
1200 19th Street, NW, Suite 700  
Washington, DC 20036  
*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

James Hamilton  
David I. Ackerman  
BINGHAM MCCUTCHEN LLP  
2020 K Street, NW  
Washington, DC 20006  
*Counsel for Joe Pickett*

Jonathan M. Stern  
SCHNADER HARRISON SEGAL & LEWIS LLP  
2001 Pennsylvania Avenue, NW, Suite 300  
Washington, DC 20006-1825  
*Counsel for Radian Guaranty Inc.*

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel to Goldman, Sachs & Co*


John C. Truong
U.S. Attorney's Office
for the District of Columbia
Civil Division
555 Fourth Street, NW, E4206
Washington, DC 20530
*Counsel for Interested Party OFHEO*


Carolyn M. Welshhans
DECHERT LLP
1775 I. Street, N.W.
Washington, DC 20006
*Counsel to Tom Gerrity in Fannie Mae Securities Litigation, Evergreen and Franklin Actions*

Aaron Futch
Alex Young K. Oh
Robert P. Parker
1615 L. Street, NW, Suite 1300
Washington, DC 20036-5694
*Counsel to Paul, Weiss, Rifkind, Wharton & Garrison LLP*

Richard H. Klapper
Michael T. Tomaino, Jr.
Jeremy C. Bates
Patrice A. Rouse
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
*Counsel to Goldman, Sachs & Co.*

Patrick D. Connor
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for Tom Gerrity in Civil Action No. 04-CV-1639, 06-CV-0139, MDL 1668 and 04-CV-1783*


    */s/ Megan D. McIntyre*
    Megan D. McIntyre