UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| ) | |
| Evergreen Equity Trust, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 1:06-cv-00082 (RJL) |
| ) | |
| v. ) | |
| ) | |
| Federal National Mortgage Association, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Franklin Managed Trust, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 1:06-cv-00139 (RJL) |
| ) | |
| v. ) | |
| ) | |
| Federal National Mortgage Association, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING**
**MOTION TO ADMIT JEFF A. ALMEIDA *PRO HAC VICE***

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted.  Jeff A. Almeida is admitted *pro hac vice* to appear and participate as counsel in the above-referenced actions under Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.  A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

Dated: May _____, 2007

_____
The Honorable Richard J. Leon