UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | ) ) ) ) ) | **MDL No. 1688** |
| **In Re Fannie Mae Securities Litigation** | ) ) ) ) ) ) | **Consolidated Civil Action No.: 1:04-CV-01639** **Judge Richard J. Leon** |

### DECLARATION OF AUTUMN W. SMITH IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM NON-PARTY DELOITTE & TOUCHE USA LLP

I, Autumn W. Smith, being duly sworn, hereby state as follows:

1. I am an associate at the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio"), co-lead counsel for Lead Plaintiffs in the captioned securities class action. I submit this declaration in support of Lead Plaintiffs' Motion to Compel the Production of Documents from Non-Party Deloitte & Touche USA LLP ("Deloitte").

2. Attached as Exhibit A hereto is a true and correct copy of Lead Plaintiffs' subpoena to Deloitte ("Subpoena"), which was served on Deloitte on April 7, 2006.

3. Attached as Exhibit B hereto is a true and correct copy of Deloitte's Responses and Objections to the Subpoena.

4. On May 29, 2007, I had a telephone conversation with Kavita Kumar Puri, an associate at the law firm of Arnold & Porter, which represents Deloitte. Ms. Kumar Puri stated that, while the portion of the production consisting of workpapers available only in hard copy was complete and ready for processing, the portion of the production consisting of electronic

workpapers was not yet ready for production. Ms. Kumar Puri explained that there is corrupt data in the middle of the production, and that, because the production is consecutive, the electronic workpapers cannot be produced in their consecutive order until the data is fixed. She did state that it would be possible to begin producing the workpapers as is, but that, because of the corrupt data, they would be out of order and virtually unusable. She added that once the data corruption issue is fixed, Arnold & Porter will do an approximately half-hour quality control of the documents before beginning to produce them. Overall, Ms. Kumar Puri estimated that production of the electronic workpapers would begin in about ten days.

     5.     Later in the day on May 29, 2007, I had a second telephone conversation with Ms. Kumar Puri in which she clarified that the entire set of electronic workpapers would not be produced within the ten day time period, but instead would be produced on a rolling basis. Ms. Kumar Puri estimated that the entire set of electronic workpapers would be produced within four to six weeks once the production started, with new batches of workpapers being produced once per week. Ms. Kumar Puri also stated that the workpapers would be produced consecutively, so that the first batch of workpapers would consist of the workpaper index. Finally, Ms. Kumar Puri added that the data corruption problems within the electronic workpapers had been fixed to an extent that would allow the production to begin, and clarified that the ten day delay was necessary not for the data problems to be fixed, but instead to allow sufficient time for the conversion of the electronic workpaper files to ".tiff" images.

     Signed under the pains and penalties of perjury this 29th day of May, 2007.

                                                /s/ Autumn W. Smith
                                              Autumn W. Smith