UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative and ERISA Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No.: 1:04-CV-01639<br><br>Judge Richard J. Leon |
| **In re Fannie Mae ERISA Litigation** | Consolidated Civil Action No.: 1:04-CV-01784<br><br>Judge Richard J. Leon |
| **Evergreen Equity Trust, et al.**<br>v.<br>**Federal National Mortgage Association, et al.** | Case No. 1:06-CV-00082 (RJL)<br><br>Judge Richard J. Leon |
| **Franklin Managed Trust, et al.**<br>v.<br>**Federal National Mortgage Association, et al.** | Case No. 1:06-CV-00139 (RJL)<br><br>Judge Richard J. Leon |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that, pursuant to Local Rule 83.6(b), Eldad Z. Malamuth hereby withdraws his appearance as counsel for Defendant Leanne G. Spencer in the above-captioned

cases. Appearances by succeeding counsel from Mayer, Brown, Rowe & Maw LLP have been entered. Please remove Mr. Malamuth from the service lists in those cases.

_____
Eldad Z. Malamuth

_____
Leanne G. Spencer

Dated: ~~April~~ June 5, 2007

Respectfully submitted,

By: _____
David S. Krakoff (D.C. Bar No. 229641)
Mark W. Ryan (D.C. Bar No. 359098)
Christopher F. Regan (D.C. Bar No. 433972)
Adam B. Miller (D.C. Bar No. 496339)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006
Tel. (202) 263-3000
Fax (202) 263-3300

*Counsel for Defendant Leanne G. Spencer*

## CERTIFICATE OF SERVICE

    I certify that on June 8, 2007, I caused the foregoing Notice of Withdrawal of Appearance to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                                     Adam B. Miller