UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation ) ) ) ) ) | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation ) ) ) ) ) | Consolidated Civil Action No.: 1:04-CV-01639<br><br>Judge Richard J. Leon |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR THIRD-PARTY DELOITTE & TOUCHE USA LLP TO RESPOND TO LEAD PLAINTIFFS' <u>MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS</u>**

Lead Plaintiffs and third-party Deloitte & Touche USA LLP ("Deloitte") respectfully submit this unopposed motion requesting that the time for Deloitte to file its opposition to Lead Plaintiffs' motion to compel be extended until July 6, 2007.

On May 29, 2007 Lead Plaintiffs filed a motion to compel the production of documents by third-party witness Deloitte & Touche USA LLP ("Deloitte") (D.E. 417). After the motion was filed, counsel for Deloitte represented that the "bulk" of Deloitte's final work papers would be produced by June 30, 2007. Based on the representation that the bulk of the documents will be produced by June 30, 2007, Lead Plaintiffs have agreed to extend Deloitte's time to respond to Lead Plaintiffs' motion to compel to July 6, 2007.

For the foregoing reason, Lead Plaintiffs and Deloitte jointly and respectfully request that the Court enter an order allowing Deloitte's time to file an opposition to Lead Plaintiffs' motion to compel be extended until July 6, 2007. A proposed order is attached.

| | |
|---|---|
| Dated: June 14, 2007 | Respectfully submitted,<br><br>ATTORNEY GENERAL OF OHIO<br>MARC DANN<br><br>WAITE, SCHNEIDER, BAYLESS<br>& CHESLEY CO., L.P.A.<br>s/ Stanley M. Chesley<br>Stanley M. Chesley<br>s/ James R. Cummins<br>James R. Cummins (D.C. Bar #OH0010)<br>Melanie S. Corwin<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, Ohio 45202<br>Telephone: (513) 621-0267<br>Facsimile: (513) 621-0262<br>E-mail: jcummins@wsbclaw.com<br>*Special Counsel for the Attorney General of Ohio*<br>*and Lead Counsel for Lead Plaintiffs*<br><br>BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br><br>s/Jeffrey C. Block<br>Jeffrey C. Block<br>Glen DeValerio<br>Kathleen M. Donovan-Maher<br>Julie A. Richmond<br>Autumn Smith<br>One Liberty Square<br>Boston, MA 02109<br>Telephone: (617) 542-8300<br>Facsimile: (617) 542-1194<br>E-mail: jblock@bermanesq.com<br>*Co-Lead Counsel for Lead Plaintiffs*<br><br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>s/ Daniel S. Sommers<br>Steven J. Toll (DC Bar #225623)<br>Daniel S. Sommers (DC Bar #416549)<br>Matthew K. Handley (DC Bar #489946)<br>1100 New York Avenue, N.W.<br>Washington, D.C.  20005<br>Telephone:  (202) 408-4600 |

Facsimile:  (202) 408-4699
E-mail:  stoll@cmht.com
*Local Counsel for Lead Plaintiffs*

ARNOLD & PORTER
s/ Scott Schreiber
Scott Schreiber (DC Bar #197681)
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
Telephone:  (202) 942-5672
Facsimile:  (202) 942-5999
E-mail:  scott.schreiber@aporter.com
*Counsel for Third-Party Deloitte & Touche USA LLP*