## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) MDL No. 1668 ) ) ) |
| In Re Fannie Mae Securities Litigation | ) ) Consolidated Civil Action No.: 1:04-CV-01639 ) ) Judge Richard J. Leon ) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE TIME FOR THIRD-PARTY DELOITTE & TOUCHE USA LLP TO RESPOND TO LEAD PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

The unopposed motion to extend the time for third-party Deloitte & Touche USA LLP to respond to Lead Plaintiffs' Motion to Compel the Production of Documents (D.E. 417) is GRANTED. Deloitte shall file its opposition on or before July 6, 2007.

IT IS SO ORDERED on this ____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE