UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) MDL No. 1688 ) ) |
| In re: Fannie Mae Securities Litigation | ) Consolidated Civil Action No. 04-1639-RJL |

**UNOPPOSED MOTION OF SECURITIES AND EXCHANGE COMMISSION
FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY
IN SUPPORT OF ITS MOTION TO INTERVENE AND FOR A PROTECTIVE ORDER**

The Securities and Exchange Commission ("Commission") requests a brief extension of time in which to reply to oppositions filed by defendants Raines, Howard, and Spencer to its motion to intervene and for a protective order. Given the staggered filing dates of these oppositions (Raines on June 8 and Howard and Spencer on June 11), the Commission asks to file its reply on Friday June 22, 2007. Commission counsel has spoken with counsel for Raines, Howard, and Spencer and obtained their agreement to this proposed extension.

For the foregoing reason, the Commission respectfully requests that the Court enter an order allowing the Commission's time to file its reply to be extended to Friday June 22, 2007. A proposed order is attached.

Respectfully submitted,

/s/
KATHLEEN CODY
D.C. Bar # 412517

Counsel for SEC
100 F Street, N.E.
Washington, D.C. 20549-9612
Tel: 202-551-5126
Fax: 202-772-9263

June 15, 2007

## CERTIFICATE OF SERVICE

I certify that on June 15, 2007, I electronically filed the foregoing Commission motion for extension of time, proposed order, and certificate of service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/_____
Kathleen Cody
Counsel for SEC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | ) ) MDL No. 1688 ) ) |
| In re: Fannie Mae Securities Litigation | ) Consolidated Civil Action No. 04-1639-RJL |

### PROPOSED ORDER

The unopposed motion to extend the time for the Securities and Exchange Commission to reply to oppositions filed by defendants Raines, Howard, and Spencer to its motion to intervene and for a protective order is GRANTED. The Commission shall file its reply on Friday June 22, 2007.

_____
United States District Court Judge

Dated: _____
  Washington, D.C.