UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |

| | |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 1:04-cv-01639 |
| | Judge Richard J. Leon |
| Evergreen Equity Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00082 (RJL) |
| and | |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Case No. 1:06CV00139 (RJL) |

## DIRECTOR DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS EVERGREEN AND FRANKLIN SECOND AMENDED COMPLAINTS

The Director Defendants hereby move for leave to file the attached Second Supplemental Brief in Support of Their Motion to Dismiss Evergreen and Franklin Second Amended Complaints that discusses the Supreme Court's recent decision in *Tellabs v. Makor*, 2007 WL 1773208, No. 06-484 (U.S. June 21, 2007), which establishes pleading standards for properly alleging a "strong inference" of scienter under the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 *et seq*.

Counsel for opt-out plaintiffs does not oppose this Motion, having been informed of the relief it seeks in a discussion pursuant to Local Civil Rule 7(m) conducted by telephone on June 29, 2007.

Dated: June 29, 2007

Respectfully submitted,

/s/ Jeffrey W. Kilduff
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Natasha Colton (DC Bar No. 479647)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006
T: 202/383-5300
F: 202/383-5414

*Counsel for Defendants Kenneth Duberstein, William R. Harvey, Taylor C. Segue III, H. Patrick Swygert, and Manuel Justiz*

/s/ Earl J. Silbert
Earl J. Silbert (D.C. Bar No. 053132)
Cristen Sikes Rose (D.C. Bar No. 473461)
DLA Piper US LLP
1200 19th Street, NW
Washington, DC 20036
T: 202/861-3900
F: 202/223-2085
-and-
John J. Clarke, Jr.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
T: 212/335-4500
F: 212/884-8520

*Counsel for Defendants Stephen B. Ashley, Ann Korologos, and Donald B. Marron*

/s/ Carolyn M. Welshhans
Carolyn M. Welshhans (D.C. Bar No. 489120)
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006
T: 202/261-3300
F: 202/261-3333
-and-
William K. Dodds
Neil A. Steiner
Dechert LLP
30 Rockefeller Plaza
New York, New York 10112
T: 212/698-3500
F: 212/698-3599

*Counsel for Defendant Tom Gerrity*

/s/ Julia E. Guttman
Julia E. Guttman (D.C. Bar No. 412912)
Nicholas A. Brady (D.C. Bar No. 484612)
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
T: 202/639-7700
F: 202/639-7890

*Counsel for Defendant Jamie S. Gorelick*

/s/ Barbara Van Gelder
Barbara Van Gelder (D.C. Bar No. 265603)
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
T: 202/719-7000
F: 202/719-7207

*Counsel for Defendants Frederic V. Malek and Anne Mulcahy*

2

| | |
|---|---|
| /s/ James D. Wareham<br>James D. Wareham (D.C. Bar No. 411799)<br>James Anklam (D.C. Bar No. 414122)<br>Carolyn W. Morris (D.C. Bar No. 463865)<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, NW<br>Washington, DC 20005<br>T: 202/551-1700<br>F: 202/551-1705<br><br>***Counsel for Defendant Daniel H. Mudd*** | /s/ James Hamilton<br>James Hamilton (D.C. Bar No. 108928)<br>Nader H. Salehi (D.C. Bar No. 458816)<br>Allison L. Phair (D.C. Bar No. 476061)<br>David I. Ackerman (D.C. Bar No. 482075)<br>Bingham McCutchen LLP<br>2020 K Street, NW<br>Washington, DC 20006<br>T: 202/373-6000<br>F: 202/373-6001<br><br>***Counsel for Defendant Joe K. Pickett*** |
| /s/ Rhonda D. Orin<br>Rhonda D. Orin (D.C. Bar No. 439216)<br>Daniel J. Healy (D.C. Bar No. 476233)<br>Anderson Kill & Olick, P.C.<br>2100 M Street, NW<br>Suite 650<br>Washington, DC 20037<br>T: 202/218-0049<br>F: 202/218-0055<br>-and-<br>John H. Doyle, III<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>T: 212/278-1000<br>F: 212/272-1733<br><br>***Counsel for Defendant Leslie Rahl*** | ***Of-Counsel for Defendant Manuel J. Justiz:***<br>Shannon H. Ratliff<br>Texas Bar No. 16573000<br>Michael L. Navarre<br>Texas Bar No. 00792711<br>Ratliff Law Firm, P.L.L.C.<br>600 Congress Avenue, Suite 3100<br>Austin, Texas 78701<br>T: 512/493-9600<br>F: 512/493-9625 |

## **CERTIFICATE OF SERVICE**

I certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

/s/ David Ackerman

3