UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:06-cv-00082 (RJL) |
| v. | ) ) | |
| Federal National Mortgage Association, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| Franklin Managed Trust, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:06-cv-00139 (RJL) |
| v. | ) ) | |
| Federal National Mortgage Association, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**THE EVERGREEN PLAINTIFFS' AND FRANKLIN PLAINTIFFS'
CONSENT MOTION FOR LEAVE TO FILE A BRIEF IN RESPONSE
TO THE DIRECTOR DEFENDANTS' PROPOSED SECOND
<u>SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS</u>**

The Director Defendants have moved for leave to file a second supplemental brief in support of their motions to dismiss the claims asserted by the Evergreen and Franklin Plaintiffs. While their motion correctly states that the Evergreen and Franklin plaintiffs do not oppose the filing of a second supplemental brief, they fail to note that the Evergreen and Franklin Plaintiffs' non-opposition was expressly made subject to the understanding that the Director Defendants will not oppose the Evergreen and Franklin Plaintiffs' filing of a response to the Director Defendants' second supplemental brief.

Accordingly, the Evergreen and Franklin Plaintiffs respectfully request that, if the Court grants the Director Defendants' motion for leave to file their second supplemental brief, the Court likewise grant the Evergreen and Franklin Plaintiffs leave to file a response to that brief. The Evergreen and Franklin Plaintiffs further request that they be given until July 10, 2007, to file their responsive brief. During a telephone conference on June 29, 2007, counsel speaking on behalf of the Director Defendants indicated that the Director Defendants would not oppose this request by the Evergreen and Franklin Plaintiffs.

Dated: June 29, 2007

Respectfully submitted,

*/s/ Stuart M. Grant*
GRANT & EISENHOFER P.A.
Stuart M. Grant (DC Bar ID #450895)
Megan D. McIntyre
Christine M. Mackintosh
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE  19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Plaintiffs Evergreen Equity Trust, et al.*
*and Plaintiffs Franklin Managed Trust, et al.*

# CERTIFICATE OF SERVICE

I certify that on June 29, 2007, the attached Evergreen Plaintiffs' And Franklin Plaintiffs' Consent Motion For Leave To File A Brief In Response To The Director Defendants' Proposed Second Supplemental Brief In Support Of Their Motions To Dismiss and Proposed Order were served on the following counsel of record by the method noted.

## VIA U.S. MAIL:

Fred F. Fielding
Barbara Van Gelder
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas Gerrity in the Evergreen Action*

Jonathan S. Liss
Dionna K. Litvin
David Smith
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, 36th Floor
Philadelphia, PA 19103
*Counsel for Radian Guaranty Inc.*

William K. Dodds
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas Gerrity*

Phyllis E. Brown, Esq.
LAW OFFICE OF PHYLLIS BROWN
119 East Court Street
Cincinnati, OH 45202
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

## VIA CM/ECF NOTIFICATION

Jeffrey C. Block
Kathleen M. Donovan-Maher
Julie A. Richmond
Joseph C. Merschman
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
One Liberty Square
Boston, MA 02169
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

James R. Cummins
Melanie S. Corwin
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems*

Steven Mark Salky  
Eric R. Delinsky  
Ellen D. Marcus  
Holly Ann Pal  
Tammy Gershoni  
Richard Miles Clark  
Caroline Reid  
ZUCKERMAN SPAEDER, LLP  
1800 M Street, NW Suite 1000  
Washington, DC 20036  
*Counsel for Timothy Howard*

David S. Krakoff  
Eldad Zvi Malamuth  
Christopher F. Regan  
Adam B. Miller  
MAYER, BROWN, ROWE & MAW LLP  
1909 K Street, NW  
Washington, DC 20006  
*Counsel for Leanne Spencer*

Jeffrey William Kilduff  
Seth Aronson  
Michael J. Walsh, Jr.  
O'MELVENY & MYERS L.L.P.  
1625 I Street, N.W.  
Washington, D.C. 20006  
*Counsel for Fannie Mae, Taylor Segue, William Harvey, Kenneth Duberstein, Manuel Justiz, and H. Patrick Swygert*

James D. Wareham  
PAUL, HASTINGS, JANOFSKY & WALKER LLP  
875 15th Street, N.W.  
Washington, D.C. 20005  
*Counsel for Daniel Mudd*

John H. Doyle, III  
Rhonda D. Orin  
ANDERSON KILL & OLICK, LLP  
2100 M Street, NW, Suite 650  
Washington, DC 20037  
*Counsel for Leslie Rahl*

Julia E. Guttman  
Nicholas A. Brady  
BAKER BOTTS L.L.P.  
The Warner  
1299 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004-2400  
*Counsel for Jamie Gorelick*

Francis J. Warin  
Andrew S. Tulumello  
Melanie L. Katsur  
Henry Charles Whitaker  
Claudia M. Osorio  
Scott A. Fink  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036  
*Counsel for KPMG LLP*

Cristen Sikes Rose  
DLA PIPER RUDNICK, GRAY CARY US LLP  
1200 19th Street, NW, Suite 700  
Washington, DC 20036  
*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

James Hamilton  
David I. Ackerman  
BINGHAM MCCUTCHEN LLP  
2020 K Street, NW  
Washington, DC 20006  
*Counsel for Joe Pickett*

Jonathan M. Stern  
SCHNADER HARRISON SEGAL & LEWIS LLP  
2001 Pennsylvania Avenue, NW, Suite 300  
Washington, DC 20006-1825  
*Counsel for Radian Guaranty Inc.*

Daryl A. Libow  
SULLIVAN & CROMWELL LLP  
1701 Pennsylvania Avenue, N.W.  
Washington, DC 20006  
*Counsel for Goldman, Sachs & Co*

John C. Truong  
U.S. Attorney's Office  
for the District of Columbia  
Civil Division  
555 Fourth Street, NW, E4206  
Washington, DC 20530  
*Counsel for Interested Party OFHEO*

Carolyn M. Welshhans  
DECHERT LLP  
1775 I. Street, N.W.  
Washington, DC 20006  
*Counsel for Thomas Gerrity*

Alex Giscard Romain  
2842 S. Columbus St  
Arlington, VA 22206  
*Counsel for Franklin Raines*

Richard H. Klapper  
Michael T. Tomaino, Jr.  
Jeremy C. Bates  
Patrice A. Rouse  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, NY 10004  
*Counsel for Goldman, Sachs & Co.*

Aaron Futch  
Alex Young K. Oh  
Robert P. Parker  
1615 L. Street, NW, Suite 1300  
Washington, DC 20036-5694  
*Counsel for Paul, Weiss, Rifkind, Wharton & Garrison LLP*

Ian Health Gershengorn  
Jerome L. Epstein  
David W. DeBruin  
JENNER & BLOCK, LLP  
601 13th Street, N.W., Suite 1200S  
Washington DC 20005  
*Counsel for Fannie Mae*

Kevin M. Downey  
Michelle D. Schwartz  
Joseph Marshall Terry, Jr.  
Daniel N. Marx  
Matthew L. Fore  
John E. Clabby  
Ilana T. Buschkin  
Laura J. Hildner  
WILLIAMS & CONNOLLY, LLP  
725 12th Street, NW  
Washington, DC 20005  
*Counsel for Franklin Raines*

       */s/ Megan D. McIntyre*  
       Megan D. McIntyre