# ARNOLD & PORTER LLP

202.942.5000
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

April 3, 2007

**VIA FACSIMILE**

Mr. Jeffrey C. Block
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Re:    _In re Fannie Mae Securities Litigation_, No. 1:04-cv-1639 (D.D.C.)

Dear Mr. Block:

In response to your ongoing conversations with Leslie Wharton regarding production of audit workpapers from Deloitte & Touche LLP ("Deloitte"), I am enclosing a proposal from SolutionsPlus+, which contains an itemized pricing schedule and estimated timeline for converting and producing the workpaper files. We request that you distribute the proposal to co-counsel and include us on that distribution. This schedule is contingent on the timely execution of a protective order, and Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte.

Please call me at (202) 942-5906 to confirm that you would like SolutionsPlus+ to begin production, and to indicate whether you and your colleagues would like SolutionsPlus+ to include an OCR field for the images produced. Feel free to call with any other comments, questions or concerns.

Sincerely,

Kavita Kumar Puri, Esq.

cc via facsimile:

Amy Longo, Esq.
O'Melveny & Meyers, LLP
400 South Hope Street, 15th Floor
Los Angeles, CA 90071

Washington, DC    New York    London    Brussels    Los Angeles    Century City    Northern Virginia    Denver

 **Solutions Plus+**

755 SE Main St
Simpsonville, SC 29681
phone (864) 967-6782
toll-free (800) 300-0432
fax (864) 967-6784
www.solutionsplus-usa.com

March 30, 2007

**Quote # DAT-0018I-01b**

Deloitte & Touche
1633 Broadway
New York, NY 10019-6754

Here is our proposal for converting images for the Fannie Mae project.

**Service Charges:**

| | |
|---|---|
| Conversion | **$0.10 per tiff** |
| OCR | **$0.04 per image** |
| Endorsement | **$0.02 per image** |
| Formatting | **$40.00 per hour** |
| Tech Time / Extraction Time | **$40.00 per hour** |
| DVD | **$75.00 per DVD** |

**Project Scope:**

Solutions Plus+ will convert the AS/2 records supplied into tiff group 4 format with an endorsement and bates stamp format supplied prior to the start of the project. A charge for formatting the excel spreadsheets will be included in the final invoice.

**Project Estimate:**

The estimate has been based on an extrapolation based on the total size of the AS/2 file and the number of documents therein, as well as past experience with AS/2 working paper files. Based on this, we estimate the number of resulting tiff images as between 1,750,000 and 2,500,000. The estimated costs at each end of that range are listed below and are +/- 15% of the estimated cost. Pricing can change as a result of changing production requirements.

| | | Images 1,750,000 | Images 2,500,000 |
|---|---|---|---|
| Conversion | $0.10 | $175,000 | $250,000 |
| OCR | $0.04 | $70,000 | $100,000 |
| Endorsement | $0.02 | $35,000 | $50,000 |
| Formatting | $40.00 | $36,000 | $48,000 |
| Tech Time w/ Extraction | $40.00 | $3,200 | $4,200 |
| DVD | $75.00 | $2,850 | $4,725 |
| | | $321,970 | $456,925 |

Our time estimate of 6 to 8 weeks to complete the entire production is based on Solutions Plus+ performing the work from start to finish. If an external review process is put in place, then the process can take longer.

Please remember that the "Project Estimate" is an estimate and the final cost of the project may be greater or less than originally believed.

**Other Production Considerations:**

In AS/2 there are separate "files" for the preparer and reviewer information and the underlying work paper - preparer and reviewer information are contained in the document manager file and the working paper itself is in the native Microsoft file. The two need to be put together in the production process. This takes additional time and effort. Solutions Plus+ will be extracting those files and producing tiff images that contain the complete working paper reflecting all preparer and reviewer information.

**Terms:**

The terms are Net 30 on all products and services provided by Solutions Plus+. The final invoice will also include all shipping and handling, if required. Please refer to this quote number in all correspondence. If payment is not received within the terms period, a 1.5% charge will apply.

J Woodlock
President, CEO