# CERTIFICATE OF SERVICE

       I certify that on July 6, 2007, I caused a copy of Non-Party Deloitte & Touche LLP's Response in Opposition to Lead Plaintiffs' Motion to Compel to be transmitted to the following counsel registered to receive electronic service:

Steven J. Toll, Esq.
Matthew K. Handley, Esq.
Daniel S. Sommers, Esq.
Cohen, Milstein, Hausfeld & Toll P.L.L.C.
1100 New York Avenue, N.W.
Washington DC, 20005
*Counsel for Plaintiffs Vincent Vinci; State Teachers Retirement System of Ohio; Anne E. Flynn; Robert L. Garber*

Julie A. Richmond, Esq.
Kathleen M. Donovan-Maher, Esq.
Jeffrey C. Block, Esq.
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

James R. Cummins, Esq.
Melanie S. Corwin, Esq.
Waite, Schneider, Bayless & Chesley Co. L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Special Counsel for the Attorney General of Ohio and Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Alan J. Statman, Esq.
Jeffrey P. Harris, Esq.
Statman, Harris & Eyrich LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

Michael J. Walsh, Esq.
O'Melveny & Meyers, LLP
1625 Eye Street, N.W.
Washington, DC 20006
*Counsel for Defendants Fannie Mae, Taylor C. Segue, III, William R. Harvey, Kenneth M. Duberstein and H. Patrick Swygert*

David S. Krakoff, Esq.
Christopher F. Regan, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006-1101
*Counsel for Defendant Leanne G. Spencer*

Kevin M. Downey, Esq.
Alex G. Romain, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
*Counsel for Defendant Franklin D. Raines*

Steven M. Salky, Esq.
Eric R. Delinsky, Esq.
Tammy Gershoni, Esq.
Zuckerman Spaeder LLP
1800 M Street, N.W. –10th Floor
Washington, DC 20036
*Counsel for Defendant J. Timothy Howard*

Frank J. Johnson, Esq.
Brett M. Weaver, Esq.
Law Office of Frank J. Johnson
402 W. Broadway, 27th Floor
San Diego, CA 92101
and
Robert W. Liles, Esq.
Liles Parker, PLLC
Attorneys & Counselors at Law
4400 MacArthur Blvd., N.W.
Suite 203
Washington, DC 20007
*Counsel for Plaintiff Sassan Shahrokhinia*

Megan D. McIntyre, Esq.
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
*Counsel for Evergreen Trust Plaintiffs and*
*Franklin Funds Plaintiffs*

Rhonda D. Orin, Esq.
Anderson Kill & Olick, LLP
2100 M Street, NW, Suite 650
Washington, DC 20037
-and-
John H. Doyle, III, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas New York, NY 10020
*Counsel for Defendant Leslie Rahl*

James D. Wareham, Esq.
James E. Anklam, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
*Counsel for Defendant Daniel H. Mudd*

Erica Salmon Byrne, Esq.
Cristen Sikes Rose, Esq.
DLA Piper US LLP
1200 19th Street, NW, Suite 700
Washington, DC 20036
*Counsel for Defendants Stephen B. Ashley, Ann Korologos and Donald B. Marron*

Julie E. Guttman, Esq.
Baker Botts L.L.P.
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

James Hamilton, Esq.
David I. Ackerman, Esq.
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
*Counsel for Defendant Joe K. Pickett*

3

Jonathan M. Stern, Esq.
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825
-and-
David Smith, Esq.
Jonathan S. Liss, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Philadelphia, Pennsylvania 19103-7286
*Counsel for Defendant Radian Group, Inc.*

I hereby certify that on July 6, 2007, I caused a copy of Non-Party Deloitte & Touche LLP's Response in Opposition to Lead Plaintiffs' Motion to Compel to be transmitted to the following counsel by U.S. mail:

Barbara Van Gelder, Esq.
Mark B. Sweet, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
*Counsel for Defendants Frederic V. Malek and Anne M. Mulcahy and for*
*Defendant Thomas P. Gerrity in the Evergreen Action*

Shannon H. Ratliff, Esq.
Michael L. Navarre, Esq.
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, Texas 78701
*Counsel for Defendant Manuel J. Justiz*

Patrick D. Conner, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
-and-
Robert M. Romano, Esq.
Rachelle M. Barstow, Esq.
Bonnie Altro, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
*Counsel for Defendant Thomas P. Gerrity*
*in the Franklin Action*

C. Francis Barrett, Esq.
Barrett and Weber, L.P.A.
Suite 500, 105 East Fourth Street
Cincinnati, OH 45202
*Special Counsel for the Attorney General of Ohio*

Samuel K. Rosen, Esq.
Wechsler Harwood LLP
488 Madison Avenue
New York, New York 10022
*Counsel for Plaintiffs David Gwyer, Terry Gagliolo and Gloria Sheppard in ERISA Action*

Stanley Chesley, Esq.
Waite, Schneider, Bayless & Chesley Co. L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
*Special Counsel for the Attorney General of Ohio and Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

John J. Clarke, Jr., Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
*Counsel for Defendants Stephen B. Ashley, Ann Korologos and Donald B. Marron*

Randall J. Baron, Esq.
Benny C. Goodman, III, Esq.
Lerach Coughlin Stoia Geller Rudman
& Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
*Co-Lead Counsel for Plaintiffs in In Re Fannie Mae Derivative Litig., Case No. 1:04-cv-01783*

Douglas S. Johnston, Jr., Esq.
George E. Barrett, Esq.
Barrett, Johnston & Parsley
217 Second Avenue North
Nashville, Tennessee 37201
*Co-Lead Counsel for Plaintiffs in In Re Fannie Mae Derivative Litig, Case No. 1:04-cv-01783*

John B. Ibister, Esq.
Lawrence J. Quinn, Esq.
Toyja E. Kelly, Esq.
Tydings & Rosenberg
100 East Pratt Street
Baltimore, MD 21202
*Counsel for Plaintiffs David Gwyer, Terry Gagliolo and Gloria Sheppard in ERISA Action*

Cyrus Mehri, Esq.
Steven A. Skalet, Esq.
Mehri & Skalet, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
*Local Counsel for Plaintiff in In Re Fannie Mae Derivative Litigation, Case No. 1:04-cv-01783*

F. Joseph Warin, Esq.
Andrew S. Tulumello, Esq.
Henry C. Whitaker, Esq.
Gibson Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Counsel for Defendant KPMG LLP*

Glenn B. Manishin, Esq.
Stephanie A. Joyce, Esq.
Kelley Drye & Warren LLP
3050 K Street N.W., Suite 400
Washington, DC 20007
-and-
William A. Krohley, Esq.
David E. Barry, Esq.
Christopher C. Palermo, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178-0002
*Counsel for Defendant John Wulff*

Glen Devalerio, Esq.
Autumn Smith, Esq.
Berman Devalerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02190
*Counsel for Plaintiffs Ohio Public Employees Retirement System; State Teachers Retirement System of Ohio*

                                                                  /s/ _Scott B. Schreiber_
                                                                  Scott B. Schreiber