UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____
                                    )
**In Re Federal National Mortgage Association** )
**Securities, Derivative, and "ERISA" Litigation** )    MDL No. 1668
                                    )
_____)
                                    )
**In re Fannie Mae Securities Litigation**    )    Consolidated Civil Action,
                                    )    No. 1:04-cv-1639 (RJL)
_____)


**ERRATA REGARDING
NON-PARTY DELOITTE & TOUCHE LLP'S RESPONSE
IN OPPOSITION TO LEAD PLAINTIFFS' MOTION TO COMPEL**

On July 6, 2007, Deloitte & Touche LLP inadvertently selected Fannie Mae Securities Litigation as the filing party instead Deloitte & Touche LLP for its Memorandum in Opposition to Lead Plaintiff's Motion to Compel (Docket No. 463). This error was corrected by the Clerk's Office on July 9, 2007 in the above-captioned case and in the related cases.

Date: July 9, 2007                              Respectfully submitted,

                                                ARNOLD & PORTER LLP

                                                __/s/ Scott B. Schreiber_____

                                                Scott B. Schreiber
                                                555 Twelfth Street, N.W.
                                                Washington, DC 20004
                                                Telephone: (202) 942-5000
                                                Facsimile: (202) 942-5999
                                                Email: scott.schreiber@aporter.com
                                                DC Bar Number: 197-681
                                                Counsel for Deloitte & Touche LLP

Case 1:06-cv-00082-RJL    Document 135    Filed 07/09/2007    Page 2 of 2