## **CERTIFICATE OF SERVICE**

       I certify that on July 10, 2007, the attached Evergreen Plaintiffs' And Franklin Plaintiffs' Joint Memorandum of Law in Response To The Director Defendants' Second Supplemental Brief In Support Of Their Motion To Dismiss The Evergreen and Franklin Second Amended Complaints were served on the following counsel of record by the method noted.

### **VIA U.S. MAIL:**

| | |
|---|---|
| Fred F. Fielding<br>Barbara Van Gelder<br>WILEY REIN & FIELDING LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas Gerrity in the Evergreen Action* | Jonathan S. Liss<br>Dionna K. Litvin<br>David Smith<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street, 36th Floor<br>Philadelphia, PA 19103<br>*Counsel for Radian Guaranty Inc.* |
| William K. Dodds<br>Neil A. Steiner<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*Counsel for Defendant Thomas Gerrity* | Phyllis E. Brown, Esq.<br>LAW OFFICE OF PHYLLIS BROWN<br>119 East Court Street<br>Cincinnati, OH 45202<br>*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems* |

### **VIA CM/ECF NOTIFICATION**

| | |
|---|---|
| Jeffrey C. Block<br>Kathleen M. Donovan-Maher<br>Julie A. Richmond<br>Joseph C. Merschman<br>BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>One Liberty Square<br>Boston, MA 02169<br>*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems* | James R. Cummins<br>Melanie S. Corwin<br>Jean M. Geoppinger<br>WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for State Teachers Retirement System of Ohio and Ohio Public Employees Retirement Systems* |
| Jeffrey William Kilduff<br>Seth Aronson<br>Michael J. Walsh, Jr.<br>O'MELVENY & MYERS L.L.P.<br>1625 I Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Fannie Mae, Taylor Segue, William Harvey, Kenneth Duberstein, Manuel Justiz, and H. Patrick Swygert* | James D. Wareham<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>*Counsel for Daniel Mudd* |

John H. Doyle, III  
Rhonda D. Orin  
ANDERSON KILL & OLICK, LLP  
2100 M Street, NW, Suite 650  
Washington, DC 20037  
*Counsel for Leslie Rahl*

Julia E. Guttman  
Nicholas A. Brady  
BAKER BOTTS L.L.P.  
The Warner  
1299 Pennsylvania Avenue, N.W.  
Washington, D.C. 20004-2400  
*Counsel for Jamie Gorelick*

Steven Mark Salky  
Eric R. Delinsky  
Ellen D. Marcus  
Holly Ann Pal  
Tammy Gershoni  
Richard Miles Clark  
Caroline Reid  
ZUCKERMAN SPAEDER, LLP  
1800 M Street, NW Suite 1000  
Washington, DC 20036  
*Counsel for Timothy Howard*

David S. Krakoff  
Eldad Zvi Malamuth  
Christopher F. Regan  
Adam B. Miller  
MAYER, BROWN, ROWE & MAW LLP  
1909 K Street, NW  
Washington, DC 20006  
*Counsel for Leanne Spencer*

Alex Giscard Romain  
2842 S. Columbus St  
Arlington, VA 22206  
*Counsel for Franklin Raines*

Kevin M. Downey  
Michelle D. Schwartz  
Joseph Marshall Terry, Jr.  
Daniel N. Marx  
Matthew L. Fore  
John E. Clabby  
Ilana T. Buschkin  
Laura J. Hildner  
WILLIAMS & CONNOLLY, LLP  
725 12th Street, NW  
Washington, DC 20005  
*Counsel for Franklin Raines*

Francis J. Warin  
Andrew S. Tulumello  
Melanie L. Katsur  
Henry Charles Whitaker  
Claudia M. Osorio  
Scott A. Fink  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, DC  20036  
*Counsel for KPMG LLP*

Cristen Sikes Rose  
DLA PIPER RUDNICK, GRAY CARY US LLP  
1200 19th Street, NW, Suite 700  
Washington, DC 20036  
*Counsel for Stephen Ashley, Donald Marron, and Ann Korologos*

James Hamilton
David I. Ackerman
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
*Counsel for Joe Pickett*

Jonathan M. Stern
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006-1825
*Counsel for Radian Guaranty Inc.*

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Counsel for Goldman, Sachs & Co*

Richard H. Klapper
Michael T. Tomaino, Jr.
Jeremy C. Bates
Patrice A. Rouse
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
*Counsel for Goldman, Sachs & Co.*

John C. Truong
U.S. Attorney's Office
for the District of Columbia
Civil Division
555 Fourth Street, NW, E4206
Washington, DC 20530
*Counsel for Interested Party OFHEO*

Aaron Futch
Alex Young K. Oh
Robert P. Parker
1615 L. Street, NW, Suite 1300
Washington, DC 20036-5694
*Counsel for Paul, Weiss, Rifkind, Wharton & Garrison LLP*

Carolyn M. Welshhans
DECHERT LLP
1775 I. Street, N.W.
Washington, DC 20006
*Counsel for Thomas Gerrity*

Ian Health Gershengorn
Jerome L. Epstein
David W. DeBruin
JENNER & BLOCK, LLP
601 13th Street, N.W., Suite 1200S
Washington DC 20005
*Counsel for Fannie Mae*

      */s/ Megan D. McIntyre*
      Megan D. McIntyre