UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 04-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, v. Federal National Mortgage Association, *et al.* | Civil Action No. 06-0082 (RJL) |
| and | |
| Franklin Managed Trust, *et al.* v. Federal National Mortgage Association, *et al.* | Civil Action No. 06-0139 (RJL) |

**ORDER**

For the reasons set forth in the Memorandum Opinion above, it is this 31st day of July, 2007, hereby

**ORDERED** that defendants' Motions to Dismiss [#208, #209, #212, #213, and #227] are **GRANTED**; and it is further

**ORDERED** that defendant Howard's Motion to Dismiss [#216] is **GRANTED** in part, and **DENIED** in part; and it is further

**ORDERED** that defendants' Joint Request for Judicial Notice [#214] is hereby **GRANTED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge