UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation ) | Consolidated Civil Action |
| ) | No. 1:04-cv-1639 (RJL) |
| ) | |
| Franklin Managed Trust, *et al.*, ) | Case No. 1:06CV00139(RJL) |
| *Plaintiffs*, ) | |
| vs. ) | |
| ) | |
| Federal National Mortgage Association, *et al.* ) | |
| *Defendants*. ) | |

## DECLARATION OF JAMES ANTHONY SHERMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

In compliance with Rule 83.2(d) of the Local Court Rules of the United States District Court for the District of Columbia, and under penalty of perjury, I, James Anthony Sherman, state the following in support of the motion for my admission *pro hac vice* on behalf of Defendant KPMG LLP in the above-styled matter:

1. My full name is James Anthony Sherman.

2. I am a staff attorney with McGuireWoods LLP, 1050 Connecticut Ave., NW, Suite 1200, Washington, DC 20036. My office phone number is (202) 828-2889. Before June 15, 2007, I was a staff attorney of McGuireWoods LLP and resident in the Firm's office in McLean, Virginia.

3. I am a member of the Maryland State Bar.

4. I certify that I am a member in good standing of the Maryland State Bar,

and that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the past two years.

6. My application for membership with the District of Columbia Bar was submitted on June 29, 2007.

SO SAYETH THE DECLARANT

*/s/ James A. Sherman*
James A. Sherman
McGuireWoods LLP
1050 Connecticut Ave., NW
Suite 1200
Washington, DC 20036
202.828.2889 (Direct Line)
202.857.1737 (Direct FAX)
jsherman@mcguirewoods.com

Counsel for KPMG LLP

Dated: August 6, 2007