IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| Franklin Managed Trust, *et al.*,  )<br>    *Plaintiffs*,  )<br>vs.  )<br>  )<br>Federal National Mortgage Association, *et al.*  )<br>    *Defendants*.  ) | Case No. 1:06-cv-00139 (RJL) |

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* and the Declarations of J. William Boland, Brian E. Pumphrey, Christine M. Mehfoud, and James A. Sherman attached thereto filed August 10, 2007, it is hereby:

**Ordered**, that J. William Boland, Brian E. Pumphrey, Christine M. Mehfoud, and James A. Sherman be admitted to the Bar of this Court, *pro hac vice*, for the purpose of representing defendant KPMG LLP in the above-captioned cases.

                                                                            _____
                                                                            Richard J. Leon
                                                                            United States District Court Judge

DATED: _____, 2007