UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Franklin Managed Trust, *et al.*, Plaintiffs, v. Federal National Mortgage Association, *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 1:06-cv-00139 (RJL) |

**[PROPOSED] ORDER GRANTING THE FRANKLIN PLAINTIFFS'
MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL
OF THEIR SECTION 18 CLAIM AGAINST DEFENDANTS FANNIE MAE,
FRANKLIN RAINES, TIMOTHY HOWARD, AND LEANNE SPENCER**

The Court having considered the Franklin Plaintiffs' Motion For Reconsideration Of The Court's Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Franklin Raines, Timothy Howard, and Leanne Spencer, the opposition papers and supporting documents thereto, the authorities cited by the parties, and the record in this case, it is this _____ day of _____, 2007, hereby

**ORDERED** that the Franklin Plaintiffs' Motion For Reconsideration Of The Court's Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Franklin Raines, Timothy Howard, and Leanne Spencer is **GRANTED**; and it is further

**ORDERED** that, upon reconsideration, the Motions to Dismiss by defendants Fannie Mae, Franklin Raines, Timothy Howard, and Leanne Spencer [#208, #212, #213, and #216 in Case No. 1:04-cv-1639] are **DENIED** to the extent they seek dismissal of the Franklin Plaintiffs'

Section 18 claim, as set forth in Count III of the Franklin Plaintiffs' Second Amended Complaint.

    **SO ORDERED.**

                                                                                                     _____
                                                                                                        RICHARD J. LEON
                                                                                                        United States District Court Judge