# **CERTIFICATE OF SERVICE**

     I certify that on August 14, 2007, the attached Franklin Plaintiffs' Motion for Reconsideration Of The Court's Dismissal Of Their Section 18 Claim As Against Defendants Fannie Mae, Raines, Howard, And Spencer; Memorandum Of Law In Support Of The Franklin Plaintiffs' Motion For Reconsideration Of The Court's Dismissal Of Their Section 18 Claim As Against Defendants Fannie Mae, Raines, Howard, And Spencer and Proposed Order were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those counsel of record in this matter who are registered on the CM/ECF system, and that service was accomplished on the following counsel who are not registered on the CM/ECF system via regular U.S. mail:

| | |
|---|---|
| Fred F. Fielding<br>Barbara Van Gelder<br>WILEY REIN & FIELDING LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendants Frederic V. Malek*<br>*and Anne Mulcahy and for Defendant Thomas*<br>*Gerrity in the Evergreen Action* | Jonathan S. Liss<br>Dionna K. Litvin<br>David Smith<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>1600 Market Street, 36th Floor<br>Philadelphia, PA 19103<br>*Counsel for Radian Guaranty Inc.* |

William K. Dodds
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas Gerrity*

 

                                                    */s/ Megan D. McIntyre*
                                                  Megan D. McIntyre