UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| ) | |
| Evergreen Equity Trust, *et al.*, ) | |
| Plaintiffs, ) | No. 1:06-cv-00082 (RJL) |
| v. ) | |
| Federal National Mortgage Association, *et al.*, ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING THE EVERGREEN PLAINTIFFS' MOTION FOR MODIFICATION OF THE COURT'S ORDER DATED JULY 31, 2007 TO INCLUDE THE ENTRY OF FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 54(b) ON THE EVERGREEN PLAINTIFFS' STATE LAW AND SECTION 18 CLAIMS**

The Court having considered the Evergreen Plaintiffs' Motion For Modification Of The Court's Order Dated July 31, 2007 To Include The Entry Of Final Judgment Pursuant To Federal Rule Of Civil Procedure Rule 54(b) On Plaintiffs' State Law And Section 18 Claims, the supporting documents thereto, the opposition papers and supporting documents thereto, the authorities cited by the parties, and the record in this case, it is this _____ day of _____, 2007, hereby

**ORDERED** that the Evergreen Plaintiffs' Motion For Modification Of The Court's Order Dated July 31, 2007 To Include The Entry Of Final Judgment Pursuant To Federal Rule Of Civil Procedure Rule 54(b) On Plaintiffs' State Law And Section 18 Claims is **GRANTED**; and it is further

**ORDERED** that this Court's Order dated July 31, 2007 [#482] is hereby **AMENDED** to include the following statement:

> Having determined that there is no just reason for delay, this Court hereby directs the entry of final judgment pursuant to Rule 54(b) as to the dismissal of Counts III, VI, VII, VIII and IX of the Evergreen Plaintiffs' Second Amended Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Court Judge