UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EVERGREEN EQUITY TRUST, *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:06CV00082 |
| ) | |
| v. ) | |
| ) | |
| FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of the undersigned, Tammy Gershoni, Esquire, as

attorney of record on behalf of J. Timothy Howard in the above-captioned matter.  In support of

such notice, undersigned counsel states the following:  As of August 24, 2007, Ms. Gershoni is

no longer at the law firm of Zuckerman Spaeder LLP.  Zuckerman Spaeder LLP continues to be

counsel of record in this matter.

Dated: August 23, 2007                    Respectfully submitted,

Tammy Gershoni
D.C. Bar # 473382
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
(202) 778-1800

*Counsel for Defendant, J. Timothy Howard*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

Tammy Gershoni

1428914.1