**CERTIFICATE OF SERVICE**

      I certify that on August 30, 2007, the attached Consent Motion For Extension Of Time and Proposed Order were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those counsel of record in this matter who are registered on the CM/ECF system, and that service was accomplished on the following counsel who are not registered on the CM/ECF system via regular U.S. mail:

| | |
|---|---|
| Fred F. Fielding | Jonathan S. Liss |
| Barbara Van Gelder | Dionna K. Litvin |
| WILEY REIN & FIELDING LLP | David Smith |
| 1776 K Street, N.W. | SCHNADER HARRISON SEGAL & LEWIS LLP |
| Washington, D.C. 20006 | 1600 Market Street, 36th Floor |
| *Counsel for Defendants Frederic V. Malek and Anne Mulcahy and for Defendant Thomas Gerrity in the Evergreen Action* | Philadelphia, PA 19103 |
| | *Counsel for Radian Guaranty Inc.* |

William K. Dodds
Neil A. Steiner
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas Gerrity*

                                                */s/ Megan D. McIntyre*
                                                Megan D. McIntyre