FILED

NOV 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
|---|---|
| In re Fannie Mae Securities Litigation | Civil Action No. 04-1639<br><br>Judge Richard J. Leon |

## SCHEDULING ORDER

As a result of a recent spate of unwarranted rumors and inaccurate speculation about the upcoming hearings, the following Scheduling Order sets forth the status conferences and hearings that will be held in the Fannie Mae Securities Litigation from November 30, 2007 through December 31, 2007. This Order supercedes all prior orders regarding the same.

The status conference and hearings schedule is as follows:

1. On November 30, 2007, at 2:00 p.m. in Courtroom 18, there will be a status conference for all cases in the consolidated Fannie Mae Securities Litigation, as originally scheduled during the prior status conference held on October 3, 2007;[1]

2. On December 3, 2007, at 4:00 p.m. in Courtroom 18, there will be a status conference for the limited purpose of addressing the document production issues raised in the motions filed at docket numbers #499 and #500; and

---

[1] The Court is in receipt of Lead Plaintiff's Suggestion for Status Conference Scheduling (Dkt. #546). To the extent Lead Plaintiffs are requesting a continuance of the November 30, 2007, status conference, any such request should be styled as a motion to continue a status conference. To the extent Lead Plaintiffs are seeking a date certain on which to have a status conference, the Court notes that the November 30, 2007, status conference, as confirmed in this Order, has always remained on the docket.

1

3.  On December 20, 2007, at 2:00 p.m. in Courtroom 18, there will be a motions hearing on the Executive Office of the President's and Office of Management and Budget's Motion to Quash Subpoena Duces Tecum (Dkt. # 514) and Defendant Franklin D. Raines's Cross-Motion to Compel Production of Documents in Response to Subpoena Duces Tecum Served on the Executive Office of the President and Office of Management and Budget (Dkt. #531).[2]

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

November 21, 2007

---

[2] The Court's law clerk has been directed to refrain from answering any further questions from counsel regarding these scheduling issues, lest she have no time to attend to her many other responsibilities.

2