McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

# McGUIREWOODS

C. Simon Davidson
Direct: 202.857.1715

cdavidson@mcguirewoods.com

November 6, 2007

**Via E-Mail and U.S. Mail**
Scott B. Schreiber
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004

      Re: *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Scott,

This letter responds to your October 17 and November 2 letters to Chuck McIntyre regarding Deloitte & Touche LLP's ("Deloitte") response to KPMG LLP's ("KPMG") subpoena. Chuck is traveling this week, so I am responding in his absence.

**Documents from Specific Employees**

Based on our discussions with you, we understand that, in responding to our subpoena as well as the other subpoenas that have been served upon Deloitte in this litigation, Deloitte has **not** conducted comprehensive searches of the electronic and hard copy files of the employees who worked on the OFHEO engagement or the Fannie Mae audit. We have previously indicated to you that we believe that Deloitte is obligated to conduct such searches in response to our subpoena, and urge Deloitte to conduct and complete such searches as quickly as possible.

With regard to such searches, we have previously stated that we are willing to work with Deloitte to identify an initial round of specific key Deloitte employees who worked on the engagements relating to OFHEO or the Restatement. In turn, Deloitte would produce all responsive documents from those employees' files as part of its initial production. As you know, to identify the key Deloitte employees, we had hoped to rely in part upon a list of key employees that, more than a month ago, you said you would provide. We had been waiting to receive that list before responding to your October 17 letter. However, because we have yet to receive that list, and because of the importance of gathering responsive documents as soon as possible, we have been left with no choice but to proceed without the list. For Deloitte's initial production, please produce all responsive documents from the electronic and hard copy files of the following individuals:

- All partners and all managers who worked on the audit of the Fannie Mae Restatement; and

- All partners and all managers who worked on the OFHEO engagement.



EXHIBIT I

November 6, 2007
Page 2

Additionally, when we receive the list of employees you have agreed to provide, we will identify any employees from whose files we request that Deloitte produce responsive documents. Please provide that list as soon as possible. Finally, during our review of Deloitte's production, we will identify additional employees from whose files we request that Deloitte produce responsive documents.

**Policies, Manuals, and Guidelines**

In your October 17, 2007 letter, you stated that any policies, manuals, and guidelines explicitly relied upon by Deloitte in connection with its audit of the Restatement would be incorporated and/or referenced within the workpapers. You also confirmed your previous suggestion that if KPMG has specific, narrowly crafted requests for documents concerning policies, manuals, and guidelines that are not referenced within Deloitte's workpapers, you would consider producing such documents. For the reasons we have previously stated, there is no question that such documents are responsive and relevant to KPMG's defense. Our first specific requests for such documents cover the following documents:

- Deloitte policies, manuals, and guidelines concerning FAS 91, FAS 115, FAS 125, FAS 133, FAS 140, or FAS 149

- Deloitte policies, manuals, and guidelines concerning FIN 39, FIN 46, and FIN 46R

- Deloitte policies, manuals, and guidelines concerning EITF 96-11

- Deloitte policies, manuals, and guidelines concerning Deloitte's procedures for conducting an audit of restated financial statements

In producing documents responsive to these requests for policies, manuals, and guidelines, we do not expect Deloitte to search the files of every Deloitte employee who conceivably might possess such documents. Rather, for the time being, in an effort to prevent Deloitte's production from being any broader than necessary, we are agreeable to Deloitte producing responsive documents from its national office alone. Please confirm that you will produce these documents as soon as possible.

**OFHEO E-Room Index**

In your October 17, 2007 letter, you enclosed an index of Deloitte's OFHEO E-room. We are reviewing that index and, per your instructions, will identify documents for Deloitte to produce.

Your letter states that the index redacts documents Deloitte believes are proprietary or non-responsive. We are having difficulty understanding how documents in Deloitte's OFHEO E-Room could be non-responsive to KPMG's subpoena. Moreover, as you know, there is a protective order in this litigation that governs the production of proprietary information, and does not permit Deloitte to withhold responsive documents merely because Deloitte believes them to be proprietary. Please describe each document that Deloitte has redacted and articulate the basis for Deloitte's conclusion that each such document is either proprietary or non-responsive.

November 6, 2007
Page 3

### Draft Workpapers

It is our understanding that, except to the extent that such documents are incorporated into the final set of workpapers that Deloitte has produced to date, Deloitte has not produced any draft workpapers relating to the Restatement. We are not aware of any legal basis for Deloitte withholding draft workpapers. To the contrary, these documents are highly relevant to KPMG's defense. Therefore, we request that Deloitte produce all draft workpapers from Deloitte's retention files relating to its audit of the Restatement. We request that Deloitte also produce all documents relating to the audit of the Restatement that Deloitte is required to retain under the Sarbanes-Oxley Act, and all regulations promulgated thereunder. Please confirm that you will produce these documents as soon as possible.

### 2005 and 2006 Audits

In our previous discussions, you had stated that you would at the very least consider producing specifically requested documents from the 2005 and 2006 audits. In your October 17, 2007 letter, however, you state that Deloitte will not produce documents from the 2005 and 2006 audit workpapers. We are not aware of any legal basis for Deloitte withholding responsive documents merely because they come from the 2005 or 2006 audit workpapers. To the contrary, documents from the 2005 and 2006 audits are relevant to KPMG's defense of this litigation. Nonetheless, in an effort to limit the scope of Deloitte's production, we do not intend to insist that Deloitte produce all workpapers from the 2005 and 2006 audits. Rather, as we initially discussed, we intend to identify a specific, narrowly crafted set of documents that we believe are most relevant to KPMG's defense.

As you know, depositions are ongoing in this matter, and KPMG cannot adequately prepare for some of the depositions without access to the documents it has requested in this letter. It is essential that Deloitte produce the requested documents as soon as possible.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Simon Davidson