McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

C. Simon Davidson | MᴄGUIREWOODS
Direct: 202.857.1715

cdavidson@mcguirewoods.com

November 30, 2007

<u>Via E-Mail and U.S. Mail</u>
Scott B. Schreiber
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

     Re:   *In re Fannie Mae Securities Litigation, No. 1:04-cv-1639 (D.D.C.)*

Dear Scott:

This letter responds to your letter dated November 15, 2007, and also follows up on our telephone call from Monday, November 19.

As a general matter, during our call you stated that Deloitte may possess more than 50 million pages of documents that are responsive to KPMG's subpoena. In light of this volume of responsive documents, we reiterated that we are agreeable to narrowing the focus of Deloitte's production such that it is no more voluminous than is necessary while still preserving KPMG's ability to obtain the documents it needs for its defense.

**Documents from the Files of Specific Employees**

During our call, you stated that you have now agreed to produce responsive documents from Deloitte employees who worked on the 2004 audit of Fannie Mae's restated financial statements, without first requiring KPMG to identify which employees it intends to depose. You requested that we identify a limited set of specific employees whose files Deloitte should search for responsive documents, and Deloitte will produce all responsive documents from the hard copy and electronic files of such employees. As we have previously stated, we believe that we are entitled to documents from the files *all* Deloitte employees who worked on the Restatement. However, to avoid delaying Deloitte's production any further, we have identified the following employees from whom we request Deloitte produce all responsive documents. We continue to review the documents that Deloitte has produced to date, and intend to supplement this list with additional names shortly.

Alexander Baret
Duncan Barks
Carrie Cristinzio
Al Hazard
Taylor Limbert
Scott Maker
Sean Manley
Chris Montielh



EXHIBIT

Scott B. Schreiber
November 30, 2007
Page 2


Kathleen O'Hare
Armando Pimentel
Scott Raso
Craig Schubert
Ann Thornton

Darrow Becker
Carrie Bloomer
Brandon Coleman
Xihao Hu
Tim Kersey
Jonathan Kyriakakis
Pinal Mazumdar
Alex McElroy
Brian Potsic
Scott Sauer
Phillip Snyman

Will Bible
Sherif Sakr

Peter Brecknock
JH Caldwell
Jo Ann Chen
Jeff Green
Elias Hebayeb
Alex Kornfeld
Sean Li
Steve Votaw

We could be agreeable to narrowing the scope of Deloitte's production further by specifically identifying the subject matters that we do not believe are relevant to this litigation for each employee, and permitting Deloitte to withhold documents concerning such subject matters from its production. Unfortunately, from the vague descriptions on the workstream that you provided, we are unable to determine whether it would be possible to limit Deloitte's production in this manner. However, if Deloitte provides further detail concerning the subject matters for which each employee was responsible, and the types of documents likely to be found in his or her files, we may be able to narrow further the scope of Deloitte's production from these employees. In the alternative, we can represent that, to the extent that any documents in these employees' files are related neither to the Fannie Mae Restatement, itself, nor to any of the accounting issues relating to the Restatement, KPMG is not interested in such documents at this time, but reserves its right to seek the documents in the future.

## Workpapers Relating to the 2004 Audit Not in the Files of Specific Employees

During our call, you stated that Deloitte may possess responsive documents that are not located in the files of individual employees. For example, draft workpapers may exist in Deloitte's retention files. You stated that you believe that it is unnecessary for Deloitte to search and

Scott B. Schreiber
November 30, 2007
Page 3

produce documents from such sources because all of the documents in which KPMG would be interested should be contained within the files of specific employees.

Again, we do not wish for Deloitte's production to be any more voluminous or burdensome than necessary. Therefore, we will consider your suggestion that, for the time being, Deloitte not search or produce draft workpapers relating to the 2004 audit from sources other than the files of specifically identified employees. However, we cannot agree to limit Deloitte's production in this manner on an ongoing basis without certain basic information regarding these sources of documents. Therefore, please describe in detail (1) the sources of responsive documents other than the files of individual employees; (2) the types of documents located in such sources and the authors; and (3) whether the documents located in such sources will also be found in the files of the individual employees on the work stream you provide.

## The OFHEO Engagement

Based on your letter and our call, it is our understanding that Deloitte has searched the hard copy and electronic files of all Deloitte employees who worked on the OFHEO Engagement, and has produced all documents from the files of those employees that are responsive to KPMG's subpoena. Please let us know immediately if this is not the case.

In addition, whereas Deloitte initially provided a copy of its OFHEO Index that had some entries redacted, on Monday, November 19, we received a clean version of that index, with no redacted entries. Per your request, on the attached index, we have highlighted, in blue, the additional documents that we would like Deloitte to produce. Given that the un-redacted entries appear to be neither non-responsive nor proprietary, we assume that Deloitte will produce all documents that we have requested, without regard to whether Deloitte had previously redacted entries concerning those documents. Please let us know immediately if this is not the case.

## Document Production Urgency

Finally, we cannot stress strongly enough the importance of Deloitte gathering and producing responsive documents as rapidly as possible. As you know, there are ongoing depositions in this matter, and KPMG cannot adequately prepare for many of those depositions without access to the documents KPMG has requested. Nonetheless, more than three months have passed since KPMG served its subpoena, and aside from a small volume of billing records, Deloitte has yet to produce any documents directly in response to KPMG's subpoena. We would greatly appreciate Deloitte's prompt production of documents.

Please do not hesitate to contact me with any questions you may have.

Sincerely,

C. Simon Davidson

Enclosure

**Deloitte/OFHEO**
**Special Examination Engagement**
**E-Room Index**



- Accounting Stream
  - Accounting Issues Memos
    - CapPremium.doc
    - Derivatives Offsetting Swaps.doc
    - Derivatives Redesignation.doc
    - FAS 91 Issue Write-up.doc
    - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ No Longer Used. See
    - Issues Tracking Worksheet .xls
    - National Office Consultation Log.xls
    - Phase II-Issues Tracking Worksheet .xls
    - Phase I-Issues Tracking Worksheet .xls
  - Document requests
    - Acctg doc requestSRT.doc
    - OFHEO Accounting Additional Documentation Request List - 3-11-04.doc
    - OFHEO Accounting Correspondence Request 04-10-04.doc
    - FAS 133 Potential&Actual Exhibits.zip
  - Weekly Updates
    - Acctg Status 3-17.doc
    - Acctg Status 3-25.doc
  - Accounting Training Presentations
    - ofheoFAS115.ppt
    - ofheoFAS133.ppt
    - ofheoFAS140.ppt
    - ofheoFIN46_Ver2.ppt
- Bates - "Intentionally Left Blank"
  - Intentionally Left Blank FNME Production Pages.xls
- Consent Order
  - consentorder12901.pdf

1



Document Production Index -- From OFHEO
- Fannie Mae's Special Examination Production to OFHEO 11.22.xls
- Old Versions
  - Copy of Fannie Mae's Special Examination Production to OFHEO 21 May 2004.xls
  - Copy of Fannie Mae's Special Examination Production to OFHEO 25 June 2004.xls
  - Copy of Fannie Mae's Special Examination Production to OFHEO 8.2.04.xls
  - Fannie Mae's Special Examination Production to OFHEO 07_28_04.xls
  - Fannie Mae's Special Examination Production to OFHEO 08-16-2004.xls
  - Fannie Mae's Special Examination Production to OFHEO 11.1.xls
  - Fannie Mae's Special Examination Production to OFHEO 21 May 2004.xls
  - Fannie Mae's Special Examination Production to OFHEO 8.2.04.xls
  - Fannie Mae's Special Examination Production to OFHEO 9.15.04.xls
  - Fannie Mae's Special Examination Production to OFHEO as of 02 June 2004.xls
  - Fannie Mae's Special Examination Production to OFHEO as of 10 June 2004.xls
  - Fannie Mae's Special Examination Production to OFHEO as of 25 May 2004.xls
  - Fannie Mae's Special Examination Production to OFHEO as of 26 May 2004.xls
  - Fannie Mae's Special Examination Production to OFHEO.xls
  - Fannie Mae's Special Examination Production to OFHEO1 as of 07 June 2004.xls

Document Request Reconciliation
- Consolidated Document Request Reconciliation- 1-21-05.xls
- Old Versions
  - Consolidated Document Request Reconciliation- 10-1-042.xls
  - Consolidated Document Request Reconciliation- 1-21-05.xls

2

- Consolidated Document Request Reconciliation_Master_17 June 2004 (2).xls
- Consolidated Document Request Reconciliation_Master_17 June 2004.xls
- Copy of Consolidated Document Request Reconciliation-1-21-05.xls
- Copy of Consolidated Document Request Reconciliation_Master_17 June 2004 (2).xls
- Copy of Consolidated Document Request Reconciliation_Master_Week of 31 May 2004 v2.xls
- Document Request Reconciliation_Master_Week of 25 May 2004.xls

- Document Review Worksheet and Index
  - Archive - Consolidated Document Review Worksheets
    - Consolidated_DRW_07April2004.xls
    - Consolidated_DRW_11 May 2004.xls
    - Consolidated_DRW_14April2004.xls
    - Consolidated_DRW_18 May 2004.xls
    - Consolidated_DRW_20 April 2004.xls
    - Consolidated_DRW_25 May 2004.xls
    - Consolidated_DRW_27 April 2004.xls
    - Consolidated_DRW_30 June 2004.xls
    - Consolidated_DRW_4 May 2004.xls
  - OFHEO Document Management
    - OFHEO Document Management Guidelines.doc
  - Document Review - Controls
    - Controls_DRW_03_10_04.xls
    - Controls_DRW_031904.xls
    - Controls_DRW_032204.xls
  - Document Review - Valuation
    - OFHEO Additional Documentation Request List - Val.doc
    - Valuation Stream_DRW_27 April 2004.xls
    - Valuation Stream030904.xls
- Email Production
  - Email Directory 082504.xls
  - Email Directory 090204.xls
  - Email Directory 101404.xls
  - Email Production Letter - Wilmer
    - 144_Baer_2004-11-18-email.pdf
- Exhibit Index
  - Exhibit 080904.xls
  - Exhibits 012105.xls
  - Exhibits 072304.xls
  - Exhibits 081704.xls
  - Exhibits 111604.xls
  - Exhibits 113004.xls
  - Exhibits 121504.xls
  - Exhibits Final 012405.xls
- Fannie Mae Correspondence
  - Additional Document Request Letters
    - 109_Kappler_2004-12-01.pdf
    - 14_Kappler_2004-05-04.pdf
    - 94_Kelley_2004-11-17.pdf

3

- ⊟ Electronic File Interrogation
  - 144_Baer_2004-11-18-email.pdf
  - 20_Kappler_2004-06-02.pdf
  - Fannie Mae E-Discovery Worksheet Response.TIF
  - Fannie Mae Email Request List 21 June 2004.doc
- ⊟ FNMA Documentation Received
  - 4_Kappler_2004-01-21_11bx.pdf
  - Comparison of Request to Documents Received 4_08_04 lms.xls
- ⊟ FNMA Production Letters
  - 1_Kappler_2003-07-22.txt
  - 10_Kappler_2004-03-12_9bx.pdf
  - 11_Kappler_2004-03-12_9bx.pdf
  - 113_Remy_2004-10-12.pdf
  - 11a_attach_Kappler_2004-03-12.pdf
  - 12_Kelley_2004-03-181.pdf
  - 124_Remy_2004-10-26.pdf
  - 13_Kelley_2004-03-19.pdf
  - 134_Kelley_2004-11-05.pdf
  - 135_Remy_2004-11-08.pdf
  - 136_Remy_2004-11-10.pdf
  - 137_Kelley_2004-11-121.pdf
  - 14_Kappler_2004-05-04.pdf
  - 140_Remy_2004-11-15.pdf
  - 142_Griffith_2004-11-18.pdf
  - 149_Smollen_2004-11-30.pdf
  - 15_Kelley_2004-03-24.pdf
  - 16_Kelley_2004-04-01.pdf
  - 166_Kelley_2004-12-7 Wells.pdf
  - 167_Kelley_2004-12-7 Wells.pdf
  - 169_Remy_2004-12-9.pdf
  - 17_Kelley_2004-04-02.pdf
  - 170_Kelley_2004-12-9.pdf
  - 171_2004-12-10.pdf
  - 173_Griffith_2004-12-13.pdf
  - 174_Kelley_2004-12-14 Stawarz.pdf
  - 178_Kelley_2004-12-15 Boyles.pdf
  - 18_Kelley_2004-04-07.pdf
  - 183_Kelley_2004-12-20.pdf
  - 188_Bruemmer_2004-12-22.pdf
  - 19_Kelley_2004-04-14.pdf
  - 192_Bruemmer_2004-12-27 Boyles.pdf
  - 193_Bruemmer_2004-12-28 Boyles.pdf
  - 194_Bruemmer_2004-12-29.pdf
  - 197_Bruemmer_2004-12-30 Boyles.pdf
  - 198_Bruemmer_2004-12-30.pdf
  - 199_Bruemmer_2005-01-05.pdf
  - 2_Kappler_2003-11-07.pdf
  - 20_Kelley_2004-04-01.pdf
  - 200_Bruemmer_2005-01-10.pdf
  - 201_Bruemmer_2005-01-10.pdf

4

202_Griffith_2005-01-12.pdf
203_Bruemmer_2005-01-13.pdf
21a_attach_Kelley_2004-4-22_prodlist1.pdf
22_Kelley_2004-04-23.pdf
22a_attach_2004-4-23aud rpts.pdf
22b_#58.pdf
23_Kelley_MH_2004-04-091.pdf
24_Kappler_2004-04-27.pdf
25_FNM_2004-04-12.pdf
26_Kelley_2004-04-13.pdf
26_Kelley_2004-04-30.pdf
27_Kelley_2004-04-14.pdf
27_Kelley_2004-05-03.pdf
28_Kelley_2004-05-03.pdf
29_Kelley_2004-05-051.pdf
3_Raines_2003-11-25.pdf
30_Kelley_2004-05-07.pdf
31_Kelley_2004-05-10.pdf
32_Kelley_2004-5-13.pdf
33_Kelley_2004-05-14.pdf
34_Kelley_2004-05-18.pdf
34a_Kelley_2004-05-18.pdf
35_Kappler_2004-05-19.pdf
36_Kelley_2004-05-21.pdf
36a_Kelley_2004-05-21.pdf
37_Kelley_2004-05-21.pdf
38_Kelley_2004-05-24.pdf
39_Kelley-2004-05-24.pdf
4_Kappler_2004-01-21_11bx.pdf
41_Kelley_2004-05-28.pdf
42_Kelley_2004-05-28.pdf
42_Kelley_2004--05-28.pdf
44_Kelley_2004-06-4.pdf
45a_Kelley_2004-06-4.pdf
48_Kelley_2004-06-18.pdf
49_Kelley_2004-06-18.pdf
5_Kappler_2004-02-11.pdf
30_Kelley2003-06-25.pdf
51_Kelley_2004-07-02.pdf
55_Kelley_2004-07-14.pdf
56_Kelley_2004-07-20.pdf
56a_Kelley_2004-07-20.pdf
57_Kelley_2004-07-21.pdf
58_Kelley_2004-07-21.pdf
59_Kelley_2004-07-23.pdf
6_Kelley_2004-02-20.pdf
6_Kelley_MH_2004-04-19.pdf
60_Kelley_2004-07-26.pdf
60a_Kelley_2004-07-26.pdf
63_Kelley_2004-07-27.pdf
66_Kelley_2004-07-29.pdf
66a_Kelley_2004-07-29.pdf
67_Kelley_2004-07-29.pdf
67a_Kelley_2004-07-29.pdf
68_Kelley_2004-07-30.pdf

5

- 69_Kelley_2004-08-02.pdf
- 7_Kappler_2004-02-24.pdf
- 72_Kelley_2004-08-04.pdf
- 72a_Kelley_2004-08-04.pdf
- 73_Remy_2004-08-04_1CD.pdf
- 74_Remy_2004-08-05.pdf
- 75_Remy_2004-08-06.pdf
- 77_Remy_2004-08-09 (2).pdf
- 77_Remy_2004-08-09.pdf
- 78_Remy_2004-08-11.pdf
- 79_Remy_2004-13-04_#165 &1CD.pdf
- 7a_Kappler_2004-02-23.pdf
- 8_Kappler_2004-02-25_16bx.pdf
- 80_Remy_2004-8-13_6CDs.pdf
- 82_Remy_2004-08-16.pdf
- 83_Remy_2004-08-17.pdf
- 84_Remy_2004-08-17.pdf
- 85_Remy_2004-08-18.pdf
- 86_Fannie_2004-08-20.pdf
- 87_Remy_2004-08-23.pdf
- 88_Remy_2004-08-23.pdf
- 89_Remy_2004-08-23.pdf
- 9_Kappler_2004-03-02_2bx.pdf
- 90_Kelley_2004-08-25.pdf
- 91_Kelley_2004-08-26.pdf
- 92_Kelley_2004-08-26.pdf
- 93_Kelley_2004-08-26.pdf
- 94_Kelley_2004-08-26.pdf
- 95_Kelley_2004-08-27.pdf
- KPMG Workpaper Access
  - 18_Britt_KMPG_2004-06-01.pdf
  - 19a_Britt_KPMG_2004-6-1.pdf
- OFHEO letters to the SEC
  - 4_CutlerBerger OFHEO SEC-SFAS 133.pdf
- Subpoena Letters
  - Barbieri
    - 66a_Levy_2004-10-29 subpoena Barbieri.pdf
  - Barnes
    - 41_Terri Legal Services_2004-08-13 subpoena barnes.pdf
    - 51_Kappler_2004-10-13 Barnes doc.pdf
  - Boyles
    - 105_Levy_2004-11-23 subpoena boyles.pdf
    - 106_Remy_2004-11-23 subpoena boyles.pdf
  - Document Requests
    - 85_Kappler_2004-11-04.pdf
  - Douthit
    - 71_Caldwell_2004-11-03 subpoena Douthit.pdf
  - E&Y
    - 69_Joseph_2004-11-03 Ernst & Young.pdf
  - Janet Pennewell
    - 52_Trager_2004-10-13.pdf
    - SUBPOENA - Pennewell.doc
  - Jeffrey Juliane
    - 21_Kelley_2004-06-03.pdf

6



22_Kelley_2004-06-04.pdf
Word Versions
  18_ Kappler 2005-5-20 subpoena.doc
  18a_JulianneSubpoena.doc
  18b_attachmentB definitions.doc
  Simpler document request for Juliane subpoena.doc
Other - Subpoena Related
  21_Kelley_2004-06-04.pdf
  25_Kappler_2004-6-10.pdf
  42_Remy_2004-08-16 subpoena dt.pdf
  44_Remy_sub.pdf
  45_Kappler_2004-08-26.pdf
  Copy of 42_Remy_2004-08-16 subpoena dt.pdf
  Kappler_07-01-04.pdf
  start subpoenas letter to Kappler 5-20-04.doc
Pennewell
  54_Remy_2004-10-13 subpoena Pennewell.pdf
Quinn and Howard
  27_Kelley_2004-6-28-Quinn-Ho.pdf
Sam Rajappa and Paul Jackson
  24_Kelley_2004-06-09.pdf
Sarkani
  53_Remy_2004-10-13 subpoena Sarkani.pdf
Skladony
  43_Remy_2004-08-16 subpoena Skladony.pdf
Spencer
  83_Remy_2004-11-04 subpoena Spencer.pdf
Wells
  90_Levy_2004-11-12 subpoena Wells.pdf
  91_Remy_2004-11-12 subpoena Wells.pdf
Fannie Mae Meeting Notes
Minutes_ Lewers_052004.doc
Minutes__Boyles_052004.doc
Minutes_8-10-04_document reconciliation.doc
Minutes_Barnes_051904.doc
Minutes_Benson_042204.doc
Minutes_Bonsaile_050604.doc
Minutes_Boyles_050704.doc
Minutes_DeCastro_050504.doc
Minutes_Donilon_051204.doc
Minutes_Douthit_051104.doc
Minutes_Gifford_042804.doc
Minutes_Graham_042904.doc
Minutes_Hairston_052004.doc
Minutes_Howard_050704.doc
Minutes_Knight_042304.doc
Minutes_Martin_050604.doc
Minutes_Marzol_042904.doc
Minutes_McCormick_050504.doc
Minutes_Mills_051204.doc
Minutes_Niculescu_051204.doc
Minutes_Quinn_051104.doc
Minutes_Ramaswamy_051904.doc
Minutes_Roman_042304.doc

7

- Minutes_SEC Call 99-20_050704.doc
- Minutes_Simmons_052004.doc
- Minutes_St John_042204.doc
- Minutes_Stieber_050504.doc
- Minutes_Thompson_042804.doc
- Fannie Mae Public Information
  - Executives
    - CCO and EVP Marzol.doc
    - ███████
    - ███████
    - ███████
    - ███████
    - ███████
    - ███████
    - ███████
    - ███████
    - ███████
    - EVP Niculescu.doc
  - SEC Filings
    - 2001fullreport.pdf
    - 2002annualreport.pdf
    - f10kDec2002.pdf
    - f10qJune2003.pdf
    - f10qMarch2003.pdf
    - f10qSept2003.pdf
  - Final Update Memos
    - ALLL.doc
    - DB MOD.doc
    - Dollar rolls.doc
    - FAS 115.doc
    - FAS 149.doc
    - FAS 91 update.doc
    - FIN 46.doc
    - Forward Starting Debt. Embedded Derivatives. Investment Securities.doc
    - Journal Entry Controls.doc
    - New Template.doc
    - OOPS.doc
    - Recognition of income_expense.doc
- Freddie Mac
  - ███████
  - ███████
  - ███████
  - Baker Botts Report
    - BB-1.pdf
    - FHMLCspecialreport122003.pdf
  - SEC Filings
    - 2_27_04InformationStatement12_02.pdf
    - 2002annualrpt.pdf
    - 3_26_01Information Statement12_00.pdf
    - 3_29_02Information Statement12_01.pdf
    - annual2001.pdf

8



- Internal Controls Stream
  - Group of 30 Report: Enhancing Public Confidence in
    Financial Reporting
    - G30Accounting Report - Final 12-17.pdf
    - G30summary.pdf
  - Internal Controls Meeting List_18 March 2004.xls
- Interview Schedule /Identified Interviewees
  - 2005 Interviews
    - Interview Schedule 12_20.ppt
    - Prioritized Interview list (High Med Low) 122004.doc
  - Inquiry Topics 10.27.04.xls
  - Interview Schedule 11.18.xls
  - OFHEO Subpoena Interview Schedule_03 Aug 2004.doc
  - OFHEO Subpoena Interview Schedule_09 Aug 2004.doc
  - OFHEO Subpoena Interview Schedule_15 June 2004.doc
  - OFHEO Subpoena Interview Schedule_18 Aug 2004.doc
  - OFHEO Subpoena Interview Schedule_23 July 2004.doc
  - OFHEO Subpoena Interview Schedule_25 Aug 2004.doc
  - OFHEO Subpoena Interview Schedule_29 July 2004.doc
  - Schedule as of 10.12.04.ppt
  - Schedule Deloitte 11_16.ppt
  - Schedule Deloitte 11_19.ppt
  - Schedule Deloitte 11_5.ppt
  - Schedule10_271.ppt
  - Schedule11_2.ppt
- KPMG Access Letter
  - 22_8ntt_2004-06-03.pdf
- New Team Member Information
  - DCMetroMap.doc
  - Hotels in Washington DCVer2.xls
  - NDA.TIF
  - OFHEO Rules of the Road.doc
- News Clips



OFHEO Proposal
  OFHEO-Fannie Vol I - Final.pdf
  OFHEO-FAnnie Vol II - Final.pdf
Paul Weiss Production
  Interview Notes
    1 Interview Memos 120704.pdf
    Cov_Ltr_Interview Memos.pdf
  Production
    FAS 133 Work Plan Matrix.doc
    Paul Weiss 1 120204.pdf
    Paul Weiss 10 01012004.pdf



- ▶ ▢ ____Wanda 11 112004.pdf
- ▶ ▢ ████████
- ▶ ▢ ████████ 01 2004.pdf
- ▶ ▢ ████ 15 012004.pdf
- ▶ ▢ ████████.pdf
- ▶ ▢ ████████.pdf
- ▶ ▢ ████████.pdf
- ▶ ▢ ████████ .pdf
- ▶ ▢ ████████.pdf
- ▶ ▢ ████████ 01 2004.pdf
- ▶ ▢ ████ 12 012004.pdf
- ▶ ▢ ████████ 012004.pdf
- ▶ ▢ ████████ 01 2004.pdf
- ▶ ▢ ████ ████ 12004.pdf
- ▶ ▢ ████████ 2004.pdf
- ▶ ▢ ████████.pdf
- ▶ ▢ ████████.pdf
- ▶ ▢ ████████.pdf
- ▶ ▢ ████████
- ⊟ ▶ ▢ Production Letters
  - ▶ ▢ 152_Parker_2004-11-23.pdf
- ██████████████████
- ⊟ ▶ ▢ PTO Calendar
  - ⊟ ▶ ▢ Old versions
    - ▶ ▢ PTO Calendar 5.22.04.xls
  - ▶ ▢ PTO Calendar 7.28.04.xls
- ⊟ ▶ ▢ Subpoena Request Lists
  - ▶ ▢ Kappler_07-01-04.pdf
  - ▶ ▢ subpoena document request 7-1-04.doc
- ⊟ ▶ ▢ Team Contact
  - ▶ ▢ Contact List Deloitte Project Team 16 _June_04.xls
  - ▶ ▢ OCA (Wanda's Team) Contact List.doc
  - ▶ ▢ Office of Compliance - OC (Chris' Team).doc
  - ▶ ▢ OFHEO Contacts.xls
- ⊟ ▶ ▢ Templates
  - ▶ ▢ OFHEO Additional Documentation Request List - Template.doc
- ██████████████████
- ⊟ ▶ ▢ Transcripts
  - ▶ ▢ Barbieri Transcript 1110.pdf
  - ▶ ▢ Boyles3 Transcript 1207.pdf
  - ⊟ ▶ ▢ Dirty Disks
    - ▶ ▢ 1110 Barbieri.txt
    - ▶ ▢ Sarkani dirtydisk11-4.txt
  - ▶ ▢ Douthit_12152004.pdf
  - ▶ ▢ EILERS0723.pdf
  - ▶ ▢ Gangisetty transcript 111204.pdf
  - ▶ ▢ Juliane0608.pdf
  - ▶ ▢ Lawler062404.pdf

12



LeRouzes Transcript_0716.pdf
Lewers Transcript 071304.pdf
...ony.PDF
Raines Testimony.PDF
Patel_Official Transcript_0908.pdf
Pennewell Transcript_1028.pdf
Pennewell0615.pdf
QUINN0726.pdf
Rajappa061704.pdf
Salfi Transcript 10.26.04.pdf
Sarkani Transcript 110404.pdf
Schlemmer Transcript070104.pdf
Skladony Transcript 082604.pdf
Spencer062204.pdf
Spencer2_Transcript_0812.pdf
Spencer3_Transcript_120920041.pdf
Stawarz_12142004.pdf
Testimony_Barnes_2004-09-01 (dirty disk).pdf
Testimony_Barnes_2004-09-01.pdf
Transcipt_Jackson0817.pdf
Transcript Howard 0805.pdf
Transcript Philip 0721.pdf
Transcript_Boyles 0803.pdf
Transcript_Boyles2_0824.pdf
Transcript_Juliane_2004-8-31.rtf
Wells Transcript 113004.pdf
Update Memos - Final
    Final Update Memos.zip
Useful links
    Fannie Mae
    Freddie Mac
    OFHEO
Weekly Client Status Meeting Agendas
    OFHEO Status 022504_final.doc
    OFHEO Status 030304 final.doc
    OFHEO Status 031104Final.doc
    OFHEO Status 031804Final.doc
    OFHEO Status 032504Final.doc
    OFHEO Status 04_01_04final.doc
    OFHEO Status 04_08_04Final.doc
    OFHEO Status 04_22_04 Final.doc
    OFHEO Status 04_29_04 final.doc
    OFHEO Status 05_13_04_final.doc
    OFHEO Status 05_20_04_final.doc
    OFHEO Status 05_27_04_final.doc
    OFHEO Status 06_03_04_BACKUP_STATUS MEETING WAS
    CANCELLED.doc
    OFHEO Status 06_10_04_BACKUP_STATUS MEETING WAS
    CANCELLED.doc
Weekly Meeting Calendars
    Archive
    OFHEO Meeting Calendar - Week of 12 April 2004.doc

13



OFHEO Meeting Calendar - Week of 19 April 2004.doc
OFHEO Meeting Calendar - Week of 29 March 2004.doc
OFHEO Meeting Calendar - Week of 5 April 2004.doc
OFHEO Meeting Calendar - Week of March 01, 2004.doc
OFHEO Meeting Calendar - Week of March 12, 2004.doc
OFHEO Meeting Calendar - Week of March 15 and 22 2004.doc
OFHEO Meeting Calendar - Week of 3 May 2004.doc

14