**ARNOLD & PORTER** LLP

Scott B. Schreiber
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

December 17, 2007

**VIA HAND DELIVERY**

C. Simon Davidson, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

      Re:    *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Simon:

    I am responding to your letter of December 14, 2007, to clarify our previous conversations as described in that letter.

    First, with respect to the background, Deloitte & Touche LLP ("Deloitte") does not agree that as a non party it is under an obligation to produce all documents for some 600 accounting employees who worked on the audit of Fannie Mae's restated financial statements. Doing so would yield potentially 40 to 50 million documents, which is our best estimate based on the gigabytes of data. We will, however, undertake to produce documents from the key individuals in the audit as discussed below.

    Second, Deloitte believes in good faith that the thirteen individuals set forth in your letter are the key players in the audit who are the universe of likely deponents. We confirm that this list is based on discussions with auditors who are very knowledgeable about the organization of the audit team. Although eliminating individuals with redundant documents and/or those who left the audit team before the critical time period were two filters used in arriving at this list, we also considered an individual's relative seniority and level of involvement in the audit. Again, while we have not specifically estimated the volume of material that may be produced from these individuals, we assume that any production would be in excess of one million pages.



EXHIBIT M

# ARNOLD & PORTER LLP

Mr. C. Simon Davidson
December 17, 2007
Page 2

      While we understand that you would like to receive documents from these individuals as soon as possible, before commencing our search we want to confirm that Deloitte's production will be limited to the subject matters associated with the accounting policies outlined in your November 6, 2007 letter. Our commencing document production is contingent on such confirmation. Further, although this will constitute our present agreement going forward, we understand that KPMG reserves the right to ask that Deloitte supplement its production with respect to these individuals in the future and that it may seek to include additional individuals.

      Third, regarding document sources, every document retained in connection with this audit was gathered by the individual custodians. To the best of our understanding, there is thus no document pertaining to the audit that is not stored by the individual or duplicated in the individual's files.

      Finally, Deloitte is currently processing the manuals requested in your November 6, 2007 letter for production. We anticipate producing these materials within the next 10 days.

      Please call me at (202) 942-5672 at your earliest convenience if you have any comments or concerns.

Sincerely,

*Scott B. Schreiber /WCP*

Scott B. Schreiber

cc:   Linda Beyer (via U.S. Mail)