McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

Darren W. Stanhouse
Direct: 202.857.1704



dstanhouse@mcguirewoods.com

November 5, 2007

**<u>Via Email and First-Class Mail</u>**

Kavita Kumar Puri, Esq.
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Re: *In Re Fannie Mae Securities Litigation*

Dear Kavita,

I am writing regarding the Deloitte & Touche ("Deloitte") workpapers that have been produced in the above-captioned litigation. After searching the document database, we have been unable to locate a number of workpapers identified on the workpaper index that you provided to us. We have reviewed the privilege logs produced by Deloitte, and it does not appear that any of the missing workpapers have been withheld on the basis of privilege. I have attached a list, arranged by document reference ID number, of the workpapers we have been unable to locate.

Please let me know, as soon as possible, whether Deloitte produced these workpapers. If not, please explain why the workpapers were not produced. If Deloitte has produced the workpapers, please contact Xerox and inform them that the workpapers are not present on the database, and that they should be uploaded and coded promptly. KPMG cannot adequately prepare for upcoming depositions without having access to these particular workpapers. In the past, significant delays have transpired between Deloitte's production to Xerox, and the completed upload of documents to the database. Therefore, regardless of whether Deloitte has produced the workpapers, please also provide copies directly to me as soon as possible. Please let me know what I can do to facilitate this process.

Thank you for your attention to this matter. Please don't hesitate to contact me if you have any questions.

Sincerely,

Darren W. Stanhouse

enc.

cc:   Scott B. Schreiber
      Melanie S. Corwin

**EXHIBIT**
O

## Missing Deloitte & Touche Workpapers

1) 1210.1: Assessment of Fraud, Control Environment, and Engagement Risk [S]
2) 1210.16: FAS- Risk Assessment
3) 1210.16B: FNMA Risk Factors and Response 2004 Supplement
4) 1210.2: Consideration of Fraud Risk Factors (10-04) [S]
5) 1210.3: Consideration of Engagement and Control Environment Risk Factors (10-04)
6) 1210.4(a): Inquiries of Management Regarding the Risk of Fraud [10-04] [S]
7) 1210.4(b): SAS 99 Interview Summaries
8) 1210.5: Engagement Team Discussion Regarding the Risk of Fraud [10-04] [S]
9) 1210.5A: Fraud Presentation- Delivered on 3/28/05
10) 1210.5C: Template signature form AUD 60 and Independence
11) 1210.6: Fraud, Control Environment and Engagement Risk [SDI]
12) 1211: Fraud Risk Assessment Checklist (10-04) [SDI]
13) 1212: Assessment of Auditor Independence- Planning [S]
14) 1215: Ques. for Identification of Insurance Risk [S]
15) 1220: Client Risk Profile- Exhibit 5
16) 1220A: Client Risk Profile- Exhibit 5- Appendix A
17) 1410: Understand the Entity's Business (10-04) [S]
18) 1411: Understand the Entity's Business (Smart Audit Support)
19) 1414: Audit Program for Identifying Related Parties (10-04) [S]
20) 1414A: Supplement To The 1414- "Listing of Related Parties"
21) 1415: Understand the Entity's Accounting Policies (Smart Audit Support) [S]
22) 1415A: Understand the Entity's Accounting Policies (10-04) [S]
23) 1416.1: Significant Findings or Issues Other Than Risks [S]
24) 1440: Standard Industry Risks (10-04) [SDI]
25) 1440B: Standard Industry Risks (10-04) [SMB]
26) 1510: Overview of the Accounting Process [S]
27) 1520: Classification of Client's Use of Computers [S]
28) 1531: Understand the Borrowing Business Cycle
29) 1530: Understand the Financial Accounting Cycle
30) 1536: Understand the Payroll and Personnel Business Cycle
31) 1537: Understand the Repossessed Assets Business Cycle
32) 1538: Understand the Treasury Business Cycle
33) 1539: Understand the Financial Closing and Reporting Business Cycle
34) 1532: Understand the Expenditure Business Cycle
35) 1533: Understand the Fixed Asset Cycle
36) 1534A: Understand the Credit Guaranty- Single Family Business Cycle
37) 1534B: Understand the Credit Guaranty- Multifamily Business Cycle
38) 1610: Preliminary Analytical Procedures [SFC]
39) 1611: Preliminary Analytical Procedures Analysis (10-04) [SFC]
40) 1620: Results of Deloitte Radar- U.S. Public Companies (10-04) [S]
41) 1621: Fannie Mae Risk Index Result form DDAR1
42) 1710: Determine Planning Materiality (S)
43) 1711A: Planning Materiality Calculations (10-04) [S]
44) 1810: Audit Planning Memorandum [SFC]

45) 1821: Cash- APA [SDI]
46) 1822: Other Short- Term Investments- APA [SDI]
47) 1825: Investments- APA [SDI]
48) 1825A: Asset- Based Securities- APA [SDI]
49) 1825C: Derivative Instruments and Hedging Activities- APA [SDI]
50) 1829: Loans/Finance Receivables (including Interest Income) - APA [SDI]
51) 1830: Allowance for Credit Losses- APA [SDI]
52) 1831: Loans Held for Sale, Loan Sales, and Securitizations- APA (SDI)
53) 1834: Repossessed assets (including Real Estate Owned) - APA [SDI]
54) 1841: Premises and Equipment- APA [S]
55) 1843: Receivables from Investors- APA [SFC]
56) 1844: Servicing Related Balances- APA [SDI]
57) 1845: Prepaid Expenses and Other Assets- APA [SDI]
58) 1852: Borrowings- APA [SFC]
59) 1853: Accrued Expenses and Reserves- APA [SDI]
60) 1861: Accrued Other Postretirement Benefits- APA [S]
61) 1862: Fair Value Disclosures- APA [SDI]
62) 1865: Equity- APA [SDI]
63) 1870: Servicing Fee Revenue- APA [SDI]
64) 1876: Payroll- APA (SDI0
65) 1877: Operating Expenses- APA [S]
66) 1878: Stock-Based Compensation- APA [S]
67) 1879: Other income and guarantee- APA [S]
68) 1880: Non-Interest Expense- APA (S0
69) 1881: Income Taxes- APA [S]
70) 1910.1: Audit Supervision & Review Quest. - Planning [S]
71) 1910.2: Audit Supervision & Review Quest. – Engagement Management- Planning [S]
72) 2224a:  U.S. GAAP Compliance Checklist Memo
73) 2224b: U.S. GAAP Compliance Checklist
74) 2315: Audit Supervision Review Ques- SF
75) 2315.1: Audit Supervision Review Ques- ACF/LIHTC/MRE/CDFI
76) 2315.1: Audit Supervision Review Ques- ALL
77) 2315.1: Audit Supervision Review Ques- COM
78) 2315.1: Audit Supervision Review Ques- CORP
79) 2315.1: Audit Supervision Review Ques- DEBT
80) 2315.1: Audit Supervision Review Ques- DER
81) 2315.1: Audit Supervision Review Ques- FIN46
82) 2315.1: Audit Supervision Review Ques- GFAS
83) 2315.1: Audit Supervision Review Ques- LIP
84) 2315.1: Audit Supervision Review Ques- MBS
85) 2315.1: Audit Supervision Review Ques- MF
86) 2315.1: Audit Supervision Review Ques- REO
87) 2315.1: Audit Supervision Review Ques- ST
88) 2315.1: Audit Supervision Review Ques- TAX
89) 2315.1: Audit Supervision and Review Ques- Final [S]

90) 2315.1A: Audit Supervision Review Ques- Consolidated Workpaper
91) 2315.2: Audit Supervision Review Ques- eBiz
92) 2315.2: Audit Supervision and Review Questionaire, Engagement Management
93) 2320: Financial Statement Review Program (10-04) [S]
94) 2321: Financial Statements Review [10-04] [SFC]
95) 2330: Audit Summary Memorandum [S]
96) 2332: Assessment of Auditor Independence- Reporting [S]
97) 2340.1: LIP- Adjustments Passed or Unrecorded
98) 2340.11: REO-Adjustments Passed or Unrecorded
99) 2340.11a: MF REO- Adjustments Passed or Unrecorded
100) 2340.12: ALL- Adjustments Passed or Unrecorded
101) 2340.13: TAX- Adjustments Passed or Unrecorded
102) 2340.13A: Wind Partnership- FIN 46
103) 2340.15: ACF- Adjustments Passed or Unrecorded
104) 2340.16: GFEE- Adjustments Passed or Unrecorded
105) 2340.17: Commitments- Adjustments Passed or Unrecorded
106) 2340.18: FIN 46- Adjustments Passed or Unrecorded
107) 2340.2A: MBS- Adjustments Passed or Unrecorded 83006
108) 2340.2A.01: AIR Audit Adjustments
109) 2340.2A.02: Calls & Redemption Audit Adjustments
110) 2340.2A.03: CSTD Audit Adjustments
111) 2340.2A.04: Custodian Audit Adjustments
112) 2340.2A.05: Factor Audit Adjustments
113) 2340.2A.06: Org PremDisc Audit Adjustments
114) 2340.2A.07: Other Assets and Suspense Accounts
115) 2340.2A.08: Purchase Audit Adjustments
116) 2340.2A.09: Sale Audit Adjustments
117) 2340.2A.10: UPB Audit Adjustments
118) 2340.2A.11: Data Anomalies Audit Adjustments
119) 2340.2A.12: Impairments Audit Adjustments
120) 2340.2A.14: SCBSL Passed Deminimus Adjustments
121) 2340.2A.15: HUD/Bear Stearns Audit Adjustments
122) 2340.2A1: Contractual Model- Amortization- Adjusting entry
123) 2340.3: Debt- Adjustments Passed or Unrecorded
124) 2340.4: DER- Adjustments Passed or Unrecorded
125) 2340.5: ST Adjustments Passed or Unrecorded
126) 2340.6: eBiz- Adjustments Passed or Unrecorded
127) 2340.7: MF- Adjustments Passed or Unrecorded
128) 2340.8: SF- Adjustments Passed or Unrecorded
129) 2340.8J: SF- Adjustments Passed or Unrecorded- less than deminis
130) 2340.8a: Analysis of the Misstatements on Cash loan AP (includes interest income)
131) 2340.8c: Main Summary of Errors (Total extrapolation items)
132) 2340.8d: UPB extrapolation items
133) 2340.8e: PTR NR extrapolation items
134) 2340.8f: LPI extrapolation items

135) 2340.8g: D&T Impact Analysis of Odd Due Date Loans
136) 2340.8h: Memo: Evaluation of AP Errors
137) 2340.8h.1: Attribute Financial Statements Impact (PBC)
138) 2340.8i: Odd Due Date Impact Analysis
139) 2340.9: Corporate Journal Entries [M] 20.004
140) 2340.9: CO- Adjustments Passed or Unrecorded
141) 2340A: 2001 Summary of Passed Misstatements
142) 2340B: 2002 Summary of Passed Misstatements
143) 2340C: 2003 Summary of Passed Misstatements
144) 2340D: 2004 Summary of Passed Misstatements
145) 2341: Summary of Disclosure Items Passed (10-04) [S]
146) 2345A: 2001- Summary of Recorded Adjustments [10-04] [S]
147) 2345B: 2002- Summary of Recorded Adjustments [10-04] [S]
148) 2345C: 2003- Summary of Recorded Adjustments [10-04] [S]
149) 2345D: 2004- Summary of Recorded Adjustments [10-04] [S]
150) 2346: Data Discrepancy Documentation
151) 2347: Control Evaluation of Misstatements Detected
152) 2370: Subsequent Events Review- MAP [S]
153) 2375.1: Litigation, Claims, and Assessments- MAP [S]
154) 2393: Audit Program for Testing Related-Party Transactions & Balances 910-04 [S]
155) 2411.2: Pre-Loan Funding Purchase Transactions Memo [M] 20.001
156) 2610: Summary of Compliance Observations [SDI]
157) 5520.3. 230J REO Data Transfer Testing ARROW to PORLQ01 PM...
158) 5520.3. 230K REO Data Transfer Testing ARROW to PORLQ01 Rec...
159) 5520.3. 650E: REO Population Re-Creation PBC Expense Selection - 20...
160) 59971.2E1: IWTVis- 1st Part
161) 59971.2E2: IWTVis- 2nd Part