# ARNOLD & PORTER LLP

**Scott B. Schreiber**
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

December 27, 2007

**Via Email and First Class Mail**

Charles Wm. McIntyre, Esquire
McGuire Woods
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC 20036-5317

Re:   *In Re Fannie Mae Securities Litigation*

Dear Charles:

    Your letter misstates our conversation on December 21. It also ignores the fact that Deloitte & Touche LLP ("Deloitte"), a non party, has already produced about two million pages of documents, including all its final working papers and the manuals you requested. You also have failed, despite our several requests, to identify the subject matter(s) of the documents you are seeking from the laptops of the designated individuals. Indeed, you indicated that the subject areas covered by the manuals you previously requested could not be used by Deloitte as a guide to govern the search of the laptops. As I explained, until you frame a reasonable request as to appropriate subject areas, it would be counterproductive, as well as burdensome, for Deloitte to start producing documents from the files of any of the designated individuals.

    While I would be happy to discuss this with you further, given that we seem to be at an impasse in view of the tone of your letter, these items probably should await the meeting with our clients at which time we can hopefully make some progress.

Sincerely,

Scott B. Schreiber

cc:   Linda Beyer
       Robert Schapperle
       Kavita Puri



EXHIBIT R