-----Original Message-----
**From:** Stanhouse, Darren William
**Sent:** Tuesday, November 27, 2007 3:39 PM
**To:** 'kavita.kumar.puri@aporter.com'
**Subject:** Fannie Mae Litigation: Deloitte Audit Summary Memo

Kavita,

I am writing to confirm that Deloitte's Audit Summary Memorandum, which Deloitte previously withheld from its production as proprietary and/or non-relevant, was included in Deloitte's November 20, 2007 production to Lead Plaintiff. Based on our telephone conversation on November 21, I understand that the Audit Summary Memorandum can be found on the third of three disks included in that production.

Thank you,
Darren


**Darren William Stanhouse**
McGuireWoods LLP
1050 Connecticut Aven., NW
Suite 1200
Washington, DC 20036-5317
202.857.1704 (Direct Line)
202.828.2995 (Direct FAX)
dstanhouse@mcguirewoods.com

---

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*



EXHIBIT
V

12/28/2007