# ARNOLD & PORTER LLP

Scott B. Schreiber
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

December 19, 2007

**VIA HAND DELIVERY**

Charles Wm. McIntyre, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

    Re:    *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Charles:

    I am responding to your letter of December 18, 2007 regarding documents that Deloitte & Touche LLP ("Deloitte") withheld as proprietary from its production of the final electronic workpapers to Lead Plaintiff. Upon receipt of your original letter, dated December 11, Deloitte began reviewing these documents again to determine whether any or all of them can be produced in redacted form. Given the holiday season, we anticipate completing that review within the next couple of weeks.

    I will try to reach you by phone today to discuss your letter personally. If we do not connect, please call me.

                          Sincerely,

                          Scott B. Schreiber /KKP
                          Scott B. Schreiber

cc:    Linda Beyer (via U.S. Mail)

EXHIBIT AA