McGuireWoods LLP
Washington Square
1050 Connecticut Avenue N.W.
Suite 1200
Washington, DC 20036-5317
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

Darren W. Stanhouse
Direct: 202.857.1704

dstanhouse@mcguirewoods.com

# McGUIREWOODS

September 12, 2007

Kavita Kumar Puri, Esq.
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Re: In Re Fannie Mae Securities Litigation

Dear Kavita,

Thank you for your call regarding the index to the Deloitte & Touche ("Deloitte") workpapers that have been produced in the above-referenced litigation. We understand that Deloitte has agreed to share a single copy of the index with KPMG, and that this copy must be returned when KPMG is finished reviewing the workpapers.

We propose that KPMG be allowed to make copies of the index that will only be shared with counsel for KPMG and its internal experts. It will be difficult, if not impossible, to conduct a meaningful review of the workpapers if KPMG cannot make copies of the index for its counsel and internal experts. KPMG, its counsel and internal experts will destroy any copies of the index upon completing review of the workpapers. The sole original index will be returned to Deloitte at that time.

The index will also be subject to the Second Amended Protective Order, a copy of which is attached to this letter, except that the terms of this letter will control to the extent that they are more restrictive than those outlined in the Second Amended Protective Order.

Please let me know if you have any questions or concerns.

Sincerely,

Darren W. Stanhouse

EXHIBIT
BB

# ARNOLD & PORTER LLP

Scott B. Schreiber
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

December 21, 2007

**VIA HAND DELIVERY**

C. Simon Davidson, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

Re: *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Simon:

Pursuant to your previous request and our conversations, we are providing the accompanying materials in response to your subpoena dated August 31, 2007, issued to Deloitte & Touche LLP ("Deloitte") in connection with the above-captioned matter. In particular, Deloitte is producing documents (Deloitte OFHEO 090437 through Deloitte OFHEO 093652) designated CONFIDENTIAL. For your convenience, we are providing these documents as group IV, single-page tiff images on the enclosed disc.

These materials include the documents from the OFHEO E-Room Index that you selected for production in your letter of November 30, 2007. We understand that you will make these documents available to other counsel in the litigation pursuant to previous agreement.

In addition we understand from Jerome Epstein, counsel for Fannie Mae, that the productions made by Fannie Mae through its Special Examination counsel, Paul Weiss, to OFHEO have already been produced in this litigation. To the extent certain of these documents were requested by you and haven not been produced, it is because they are subject to disputes regarding privilege among the parties. We have therefore not included the 21 "Paul Weiss" documents you selected on page 12 of the index in our production. Should you have any concerns, please contact Fannie Mae's counsel.

We are providing these documents with the understanding that they are governed by the Third Amended Stipulated Pretrial Protective Order, and with the agreement and understanding that if we have inadvertently included privileged and/or proprietary documents or information, there shall be no waiver of the claimed privilege or protection.

# ARNOLD & PORTER LLP

C. Simon Davidson, Esq.
December 21, 2007
Page 2

In addition, Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte.

Please call me at (202) 942-5726 if you have any comments or concerns.

Sincerely,

Scott B. Schreiber

cc: Linda Beyer (by U.S. Mail) (w/o enclosures)

Melanie Corwin, Esq. (by U.S. Mail) (w/o enclosures)
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202

Jerome L. Epstein (by U.S. Mail) (w/o enclosures)
Jenner & Block LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005

# ARNOLD & PORTER LLP

Scott B. Schreiber
Scott.Schreiber@aporter.com

202.942.5672
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

December 21, 2007

**VIA HAND DELIVERY**

C. Simon Davidson, Esq.
McGuire Woods LLP
Washington Square
Suite 1200
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5317

Re:    *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (D.D.C.)

Dear Simon:

Pursuant to your previous request, and our letter of December 17, 2007 and our previous discussions, we are providing the accompanying materials in response to your subpoena dated August 31, 2007, issued to Deloitte & Touche LLP ("Deloitte") in connection with the above-captioned matter. In particular, Deloitte is producing documents (Deloitte AM 000001 through Deloitte AM 002159) designated ATTORNEYS' EYES ONLY. For your convenience, we are providing these documents as group IV, single-page tiff images on the enclosed disc.

These materials include sections of Deloitte's current Accounting Manual that correspond to the policies and areas you identified in your November 6, 2007 letter. We understand that you will make these documents available to other counsel in the litigation pursuant to previous agreement.

We are providing these documents and information with the understanding that they are governed by the Third Amended Stipulated Pretrial Protective Order, and with the agreement and understanding that if we have inadvertently included privileged and/or proprietary documents or information, there shall be no waiver of the claimed privilege or protection. In addition, Deloitte retains the right not to provide copies of certain selected documents that contain trade secrets and/or proprietary business information of Deloitte.

# ARNOLD & PORTER LLP

C. Simon Davidson, Esq.
December 21, 2007
Page 2

Please call me at (202) 942-5726 if you have any comments or concerns.

Sincerely,

Scott B. Schreiber

cc: Linda Beyer (by U.S. Mail) (w/o enclosures)

Melanie Corwin, Esq. (by U.S. Mail) (w/o enclosures)
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202