# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities Derivative and "ERISA" Litigation | MDL No. 1668 |
| IN RE FANNIE MAE SECURITIES LITIGATION | Consolidated Civil Action No. 1:04CV01639 (RJL)<br><br>Judge Richard J. Leon |
| FRANKLIN MANAGED TRUST *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION *et al.*,<br>    *Defendants*. | No. 1:06CV00139 (RJL) |
| FANNIE MAE,<br>    *Plaintiff*,<br><br>v.<br><br>KPMG LLP,<br>    *Defendant*. | No. 1:06CV02111 (RJL) |

**KPMG LLP'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NONPARTY DELOITTE & TOUCHE LLP**

COMES NOW Defendant KPMG LLP ("KPMG"), by counsel, and moves this Court for leave to withdraw its Motion to Compel Production of Documents from Nonparty Deloitte & Touche LLP [Doc. #563] filed January 3, 2008, without prejudice to re-file, if necessary, on a later date. KPMG and Deloitte have conferred, and Deloitte does not oppose this motion.

After KPMG filed its Motion to Compel, Deloitte & Touche LLP ("Deloitte") contacted KPMG and the two have been working on solutions to KPMG's concerns. Based on Deloitte's current cooperation and promises of future cooperation regarding complying with KPMG's subpoena, KPMG believes that the Court's intervention is not necessary at this time.

WHEREFORE, KPMG respectfully requests that the Court grant this Motion to Withdraw KPMG's previously filed Motion to Compel without prejudice to re-file, if necessary, on a later date.

Date: January 7, 2008

                                                                     Respectfully submitted,

/s/ Charles Wm. McIntyre
Charles Wm. McIntyre (DC Bar No. 489302)
cmcintyre@mcguirewoods.com
C. Simon Davidson (DC Bar No. 490422)
cdavidson@mcguirewoods.com
Darren W. Stanhouse (DC Bar No. 494623)
dstanhouse@mcguirewoods.com
McGUIREWOODS LLP
Washington Square
1050 Connecticut Avenue, N.W.
Suite 1200
Washington, DC  20036-5317
202.857.1700 (phone)
202.857.1737 (fax)
*Counsel for KPMG LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of KPMG LLP's Unopposed Motion to Withdraw its Motion to Compel Production of Documents from Nonparty Deloitte & Touche LLP to be transmitted on January 7, 2008, by First Class and electronic mail to:

Scott B. Schreiber
Scott.Schreiber@aporter.com
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004
*Counsel for Nonparty Deloitte & Touche LLP*

I also caused a copy of the Motion to be transmitted on January 7, 2008, by electronic mail to the following counsel:

| | |
|---|---|
| James R. Cummins<br>Melanie S. Corwin<br>Jean Marie Geoppinger<br>Waite, Schneider, Bayless & Chesley<br>Co., L.P.A.<br>1513 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202<br>*Counsel for Lead Plaintiffs* | Daniel S. Sommers<br>Cohen, Milstein, Hausfeld & Toll<br>P.L.L.C<br>West Tower, Suite 500<br>1100 New York Ave., N.W.<br>Washington, D.C. 20005<br>*Counsel for Plaintiffs Vincent Vinci*;<br>*State Teachers Retirement System of*<br>*Ohio*; *Anne E. Flynn; Robert L. Garber* |
| Robert W. Liles<br>Liles Parker, PLLC<br>4400 MacArthur Blvd., N.W.<br>Suite 203<br>Washington, DC 20007<br>*Counsel for Plaintiff Sassan*<br>*Shahrokhinia* | Frank J. Johnson<br>Brett M. Weaver<br>Law Office of Frank J. Johnson<br>402 W. Broadway 27th Floor<br>San Diego, CA 92101<br>*Counsel for Plaintiff Sassan*<br>*Shahrokhinia* |

Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
Jeff A. Almeida
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
*Counsel for the Franklin Templeton Plaintiffs*

Steven M. Salky
Eric R. Delinsky
Ellen D. Marcus
Caroline E. Reid
Zuckerman Spaeder LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-2638
*Counsel for Defendant Timothy J. Howard*

David S. Krakoff
Christopher F. Regan
Adam B. Miller
Heather H. Martin
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Defendant Leanne G. Spencer*

James D. Wareham
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W., Suite 12
Washington, D.C. 20005
*Counsel for Defendant Daniel H. Mudd*

Jeffrey W. Kilduff
Michael J. Walsh, Jr.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

Kevin M. Downey
Alex G. Romain
Joseph M. Terry, Jr.
John E. Clabby
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5091
*Counsel for Defendant Franklin D. Raines*

Cristen Sikes Rose
Edward S. Scheideman III
John J. Clarke, Jr.
DLA Piper US LLP
1200 19th Street, N.W.
Washington, D.C. 20036
*Counsel for Defendants Stephen B. Ashley, Donald B. Marron, and Ann Korologos*

David I. Ackerman
James Hamilton
Bingham McCutchen, LLP
2020 K Street, N.W.
Washington, D.C. 20006
*Counsel for Defendant Joe Pickett*

John H. Doyle, III
Rhonda D. Orin
Anderson Kill & Olick LLP
2100 M Street, N.W. Suite 650
Washington, D.C. 20037
*Counsel for Defendant Leslie Rahl*

William H. Jeffress
Julia E. Guttman
Nicholas A. Brady
Baker Botts LLP
The Warner; 1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant Jamie S. Gorelick*

Barbara Van Gelder
Morgan, Lewis & Bockius LLP
111 Pennsylvania Ave., NW
Washington, DC 20004
*Counsel for Defendants Anne M. Mulcahy and Frederic v. Malek*
Shannon Ratliff
Ratliff Law Firm
600 Congress Avenue
Suite 3100
Austin, TX 78701
*Counsel for Manuel Justiz*

Ian H. Gershengorn
Jerome L. Epstein
Jenner & Block
601 13th Street, NW
Suite 1200S
Washington, DC 20005
William K. Dodds
Neil A. Steiner
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
*Counsel for Defendant Thomas P. Gerrity*

Seth Aronson
O'Melveny & Myers, LLP
400 South Hope Street
15th Floor
Los Angeles, Ca. 90071
*Counsel for Defendant Fannie Mae, Thomas P. Gerrity, Taylor C. Segue, III, William R. Harvey, Joe Pickett, Kenneth M. Duberstein, Manuel Justiz, H. Patrick Swygert, and Leslie Rahl*

/s/ Darren W. Stanhouse
Darren W. Stanhouse