UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JAN 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **In re Fannie Mae Securities Litigation** | **Consolidated Civil Action No. 04-1639 (RJL)** |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this _____, day of January, 2008, it is hereby

**ORDERED** that Lead Plaintiffs' Motion for Class Certification (Dkt. #163) is GRANTED in part; and it is hereby

**ORDERED** that this action is certified as a class action; and it is hereby

**ORDERED** that Ohio Public Employees Retirement System and State Teachers Retirement System of Ohio are designated as representatives of a plaintiff class; and it is hereby

**ORDERED** that Waite, Schneider, Bayless & Chesley Co., L.P.A. are appointed as Lead Class Counsel and Bernstein Liebhard & Lifshitz, LLP are appointed as Co-Lead Class Counsel; and it is hereby

**ORDERED** that the class is defined as: all purchasers of the publicly traded common stock and call options of Federal National Mortgage Association ("Fannie Mae"), and sellers of Fannie Mae publicly traded put options during the period from April 17, 2001, through December 22, 2004 (the "Class Period") who suffered damages thereby. Excluded from the Class are (i) the Defendants, (ii) any person who was an officer or director of Fannie Mae or any of its parents or subsidiaries during the Class Period, (iii) the members of the immediate family of each of the Individual Defendants, (iv) any entity in which any Defendant had a controlling interest during the Class Period, (v) any parent or subsidiary of Fannie Mae, (vi) any incentive, retirement, stock or other benefit plan that benefited solely the Individual Defendants; (vii) the legal



representatives, heirs, predecessors, successors or assigns of any of the foregoing excluded persons and entities.

**SO ORDERED.**

*/s/ Richard J. Leon*
RICHARD J. LEON
United States District Judge