UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re Fannie Mae Securities Litigation | ) ) ) | Consolidated Civil Action No. 1:04-cv-1639 (RJL) |
| Evergreen Equity Trust, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) | No. 1:06-cv-00082 (RJL) |
| v. | ) ) | |
| Federal National Mortgage Association, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION TO ENTER ORDER OF VOLUNTARY DISMISSAL OF**
***EVERGREEN EQUITY TRUST, ET AL. v. FANNIE MAE, ET AL.***

Plaintiffs Evergreen Equity Trust, Evergreen Select Equity Trust, Evergreen Variable Annuity Trust, and Evergreen International Trust (collectively, the "Evergreen Plaintiffs") hereby request that the Court enter the attached order dismissing the action captioned *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00082 (RJL), without prejudice. Defendants do not oppose this motion.

DATED: January 31, 2008

     /s/ Stuart M. Grant
Stuart M. Grant
Megan D. McIntyre
Christine M. Mackintosh
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Telephone: 302-622-7000
Facsimile: 302-622-7100
*Counsel for the Evergreen Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on January 31, 2008, the Unopposed Motion to Enter Order of Voluntary Dismissal of *Evergreen Equity Trust, et al. v. Fannie Mae, et al.*, together with the attached Stipulation and [Proposed] Order of Voluntary Dismissal of *Evergreen Equity Trust, et al. v. Fannie Mae, et al.*, were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those counsel of record in this matter who are registered on the CM/ECF system.

                                                  */s/ Megan D. McIntyre*
                                                  Megan D. McIntyre