UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| )<br>Evergreen Equity Trust, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>Federal National Mortgage Association, *et al.*, )<br>)<br>Defendants. )<br>) | No. 1:06-cv-00082 (RJL) |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF**
***EVERGREEN EQUITY TRUST, ET AL. v. FANNIE MAE, ET AL.***

Plaintiffs Evergreen Equity Trust, Evergreen Select Equity Trust, Evergreen Variable Annuity Trust, and Evergreen International Trust (collectively, the "Evergreen Plaintiffs") and defendants Federal National Mortgage Association, Franklin D. Raines, Timothy Howard, and Leanne G. Spencer (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, as follows:

1.      The action captioned *Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00082 (RJL) (the "Evergreen Action"), is hereby dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs.

2.      In consideration of the dismissal of the Evergreen Action, Defendants shall not take the position that the Evergreen Plaintiffs' filing, prosecution and/or dismissal of the Evergreen Action has in any way limited any rights the Evergreen

Plaintiffs may have to participate as members of the plaintiff class in *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (RJL).

       3. Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(c)(1), it is hereby acknowledged and agreed that the Evergreen Plaintiffs, the Defendants, and each of their attorneys conducted themselves in accordance with Rule 11(b) of the Federal Rules of Civil Procedure at all times during the course of this litigation, including with respect to all complaints, responsive pleadings, and dispositive motions.

DATED: January 31, 2008

| | |
|---|---|
| /s/ Stuart M. Grant | /s/ Jeffrey W. Kilduff |
| Stuart M. Grant | Jeffrey W. Kilduff |
| Megan D. McIntyre | Robert M. Stern |
| Christine M. Mackintosh | Michael J. Walsh, Jr. |
| GRANT & EISENHOFER P.A. | O'MELVENY & MYERS L.L.P. |
| Chase Manhattan Centre | 1625 Eye Street, NW |
| 1201 N. Market Street | Washington, DC 20006 |
| Wilmington, DE 19801 | Telephone: 202-383-5300 |
| Telephone: 302-622-7000 | Facsimile: 202-383-5414 |
| Facsimile: 302-622-7100 | *Counsel for Defendant Federal National Mortgage Association* |
| *Counsel for the Evergreen Plaintiffs* | |
| /s/ Kevin M. Downey | /s/ Steven A. Salky |
| Kevin M. Downey | Steven A. Salky |
| Alex G. Romain | Eric R. Delinsky |
| WILLIAMS & CONNOLLY LLP | ZUCKERMAN SPAEDER LLP |
| 725 Twelfth Street, NW | 1800 M Street, NW - Suite 1000 |
| Washington, DC 20005 | Washington, DC 20036 |
| Telephone: 202-434-5614 | Telephone: 202-778-1800 |
| Facsimile: 202-434-5029 | Facsimile: 202-822-8106 |
| *Counsel for Defendant Franklin D. Raines* | *Counsel for Defendant J. Timothy Howard* |

  /s/ David S. Krakoff_____
David S. Krakoff
Christopher F. Regan
MAYER BROWN LLP
1909 K Street, NW
Washington, DC 20006
Telephone:  202-263-3000
Facsimile:  202-263-3300
*Counsel for Defendant Leanne G. Spencer*

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge