

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 400 South Hope Street | NEW YORK |
| BRUSSELS | Los Angeles, California 90071-2899 | SAN FRANCISCO |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (213) 430-6000 | SILICON VALLEY |
| LONDON | FACSIMILE (213) 430-6407 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |

April 6, 2007

OUR FILE NUMBER
258,938-861

WRITER'S DIRECT DIAL
(213) 430-8351

**VIA FAX & FEDERAL EXPRESS**

WRITER'S E-MAIL ADDRESS
alongo@omm.com

Melanie S. Corwin, Esq.
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Re: *In re Fannie Mae Securities Litigation*
*Consolidated Civil Action No. 1:04-CV-01639*

Dear Melanie:

We are enclosing the following three sets of privilege logs:

(1) Privilege logs provided to OFHEO in connection with the Special Examination, enumerating privileged documents never produced to the regulators.

(2) A privilege log detailing privileged documents that were produced to the regulators but contain core work product central to the issues in this case. Pursuant to our prior discussions, if acceptable to you, we will produce to you the vast majority of privileged documents provided to the regulators in exchange for your agreement not to seek the documents listed on this log.

(3) We have begun the process of logging the privileged documents identified in the course of our approximately five million page March 20 production. This log is not yet complete, and we continue to supplement it. In lieu of creating a manual privilege log, this log was generated by Xerox software with minor input from O'Melveny attorneys. Please let us know if this level of detail, with the option of requesting additional information from us as to individual listed documents, will be acceptable to you.

EXHIBIT C

O'MELVENY & MYERS LLP
Melanie S. Corwin, Esq. - April 6, 2007 - Page 2

Thank you for your courtesy in this regard.

Very truly yours,

Amy J. Longo
of O'MELVENY & MYERS LLP

NB1:712554.1
Enclosure

cc:   <u>Via Fax & Mail</u>:
Jeff Block, Esq. (w/enc.)
Jim Cummins, Esq. (w/enc.)
Kathleen M. Donovan-Maher, Esq. (w/enc.)
David S. Krakoff, Esq. (w/enc.)
Kevin M. Downey, Esq. (w/enc.)
Steven M. Salky, Esq. (w/enc.)
Megan D. McIntyre, Esq. (w/enc.)
Jeffrey Kilduff, Esq.