FILED

FEB 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re Fannie Mae Securities Litigation ) | Consolidated Civil Action<br>No. 1:04-cv-1639 (RJL) |
| )<br>Franklin Managed Trust, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Federal National Mortgage Association, *et al.*, )<br>)<br>Defendants. ) | No. 1:06-cv-00139 (RJL) |

**AMENDED STIPULATION AND        ORDER OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
<u>FRANKLIN MANAGED TRUST, ET AL. v. FANNIE MAE, ET AL.</u>**

Plaintiffs Franklin Managed Trust, Institutional Fiduciary Trust, Franklin Investors Securities Trust, Franklin Value Investors Trust, Franklin Strategic Series, Franklin Capital Growth Fund, Franklin Templeton Investment Funds, Franklin Templeton Variable Insurance Products Trust, Franklin Custodian Funds, Inc., Franklin Templeton International Trust, Templeton MPF Investment Funds, Franklin Flex Cap Growth Corporate Class, Franklin Templeton Funds, Franklin Templeton Global Fund. Bissett Canadian Equity Fund, Bissett Institutional Balanced Trust, Franklin Templeton U.S. Rising Dividends Fund, Franklin World Growth Corporate Class, Franklin Global Trust, Franklin MPF U.S. Equity Fund, Lyxor/Templeton Global Long Short Fund Limited, Templeton Global Long-Short Fund PLC, Templeton Global Long-Short Fund Ltd., University of Hong Kong General Endowment Fund, and University of Hong Kong Staff Provident Fund (collectively, the "Franklin Plaintiffs") and defendants Federal

National Mortgage Association, Franklin D. Raines, Timothy Howard, Leanne G. Spencer and KPMG LLP (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, as follows:

1. The action captioned *Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al.*, No. 1:06-cv-00139 (RJL) (the "Franklin Action"), is hereby dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs.

2. In consideration of the dismissal of the Franklin Action, Defendants shall not take the position that the Franklin Plaintiffs' filing, prosecution and/or dismissal of the Franklin Action has in any way limited any rights the Franklin Plaintiffs may have to participate as members of the plaintiff class in *In re Fannie Mae Securities Litigation*, No. 1:04-cv-1639 (RJL).

3. KPMG's cross-claims against Fannie Mae filed in the Franklin Action also shall be dismissed without prejudice.

4. Pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(c)(1), it is hereby acknowledged and agreed that the Franklin Plaintiffs, the Defendants, and each of their attorneys conducted themselves in accordance with Rule 11(b) of the Federal Rules of Civil Procedure at all times during the course of this litigation, including with respect to all complaints, responsive pleadings, and dispositive motions.

Dated: February 11, 2008

| | |
|---|---|
| /s/ Stuart M. Grant | /s/ Jeffrey W. Kilduff |
| Stuart M. Grant | Jeffrey W. Kilduff |
| Megan D. McIntyre | Robert M. Stern |
| Christine M. Mackintosh | Michael J. Walsh, Jr. |
| GRANT & EISENHOFER P.A. | O'MELVENY & MYERS L.L.P. |
| Chase Manhattan Centre | 1625 Eye Street, NW |
| 1201 N. Market Street | Washington, DC 20006 |
| Wilmington, DE 19801 | Telephone: 202-383-5300 |
| Telephone: 302-622-7000 | Facsimile: 202-383-5414 |
| Facsimile: 302-622-7100 | *Counsel for Defendant Federal National Mortgage Association* |
| *Counsel for the Franklin Plaintiffs* | |

| | |
|---|---|
| /s/ Alex G. Romain | /s/ Eric R. Delinsky |
| Kevin M. Downey | Steven A. Salky |
| Alex G. Romain | Eric R. Delinsky |
| WILLIAMS & CONNOLLY LLP | ZUCKERMAN SPAEDER LLP |
| 725 Twelfth Street, NW | 1800 M Street, NW - Suite 1000 |
| Washington, DC 20005 | Washington, DC 20036 |
| Telephone: 202-434-5614 | Telephone: 202-778-1800 |
| Facsimile: 202-434-5029 | Facsimile: 202-822-8106 |
| *Counsel for Defendant Franklin D. Raines* | *Counsel for Defendant J. Timothy Howard* |

| | |
|---|---|
| /s/ Christopher F. Regan | /s/ Andrew S. Tulumello |
| David S. Krakoff | F. Joseph Warin |
| Christopher F. Regan | Andrew S. Tulumello |
| MAYER BROWN LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1909 K Street, NW | 1050 Connecticut Avenue, NW |
| Washington, DC 20006 | Washington, DC 20036 |
| Telephone: 202-263-3000 | Telephone: 202-955-8500 |
| Facsimile: 202-263-3300 | Facsimile: 202-467-0539 |
| *Counsel for Defendant Leanne G. Spencer* | *Counsel for Defendant KPMG LLP* |

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2/12/08